| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| EMIL HASHIMAN<br>14381 RAFAEL ST.<br>CABAZON CALIFORNIA 92230<br>(909) 450-9668<br>(909) 541-8445<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | **FILED**<br>APR 16 2020<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>URBAN LOGIC CONSULTANTS, INC<br><br><br><br>Debtor(s). | CASE NO.: 6:19-bk-13367-SY<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 7 |
|---|---|
| <br><br><br>Plaintiff(s) (*if applicable*).<br>vs.<br><br><br><br><br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): <u>EMIL HASHIMAN AKA AIMAL HASHEMEYAN</u>

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
    ☐ Plaintiff
    ☐ Defendant
    ☒ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
    ☒ Debtor
    ☒ Creditor
    ☐ Trustee
    ☐ Other (*describe*):

m1  4-16-20

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   ORDER: (1) APPROVING THE SALE OF THE ESTATE'S INTEREST IN THE DEBTOR'S ACCOUNTS RECEIVABLE PURSUANT TO BANKRUPTCY CODE §363(b)(1), SUBJECT TO OVERBIDS, AND APPROVING BIDDING PROCEDURES UTILIZED; AND (2) GRANTING RELATED RELIEF was lodged on (date) April 3, 2020 and is attached. This order relates to the motion which is docket number 50.  SEE ATTACHED.
2. The date the judgment, order, or decree was entered: (4/3/2020)

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:
   Attorney:

   Lynda T. Bui, Trustee
   3550 Vine Street, Suite 210
   Riverside, California 92507
   Telephone: (949) 340-3400
   Facsimile: (949) 340-3000
   Email: trustee.bui@shulmanbastian.com

2. Party: City of Beaumont
   Attorney: c/o Slovak Baron Empey Murphy & Pinkney LLP
   Attn: Peter J. Nolan, Esq.
   Email: nolan@sbemp.com

3 — Interested Party: Brent S Clemmer    gardunc@sbemp.com, clemmer@sbemp.com
4 — Interested Party: Caroline Djang    caroline.djang@bbklaw.com, evelyn.gomez@bbklaw.com; sansanee.wells@bbklaw.com
5 — Attorney for Debtor: Jenny L Doling    JD@jdl.law, dolingjr82080@notify.bestcase.com
6 — Interested Party: United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____    Date: 4/05/20
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to Inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
14341 RAFAEL ST.
CABAZON CA 92230

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 4/15/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Bankruptcy Court
Attn: Honorable Scott H. Yun
3420 Twelfth Street, Suite 345
Riverside, CA 92501

Lynda T. Bui, Trustee
3550 Vine Street, Suite 210
Riverside, California 92507
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:  trustee.bui@shulmanbastian.com

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed. BY EMAIL

EMAIL → Chapter 7 Trustee: Lynda T. Bui (TR)    trustee.bui@shulmanbastian.com, C115@ecfcbis.com
Interested Party: Brent S Clemmer    garduno@sbemp.com, clemmer@sbemp.com
Interested Party: Caroline Djang    caroline.djang@bbklaw.com, evelyn.gomez@bbklaw.com; sansanee.wells@bbklaw.com
Attorney for Debtor: Jenny L Doling    JD@jdl.law, dolingjr92080@notify.bestcase.com
Interested Party: United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

Buyer (via Email):
City of Beaumont
c/o Slovak Baron Empey IV
Attn: Peter J. Nolan, Esq.
Email: nolan@sbemp.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

4/15/20    Emil Hashiman    *[signature]*
Date    Printed Name    Signature

ATTACHMENT TO 417A

PART 2- IDENTIFY THE SUBJECT OF THIS APPEAL CONTINUED FROM PAGE 2

1-THE ORDER BY HONORABLE JUDGE SCOTT H YUN AT THE 3/26/2020 HEARING INCLUDED THE FOLLOWING CONDITIONS: THE PURCHASE OF DEBTOR'S ACCOUNTS RECEIVAL BY THE CITY OF BEAUMONT FOR $75,000.00 WAS GRANTED WITH THE CONDITION OF BAD FAITH ; THE CITY, AS A THIRD PARTY, INTENTIONS TO PROSECUTE THE PURCHASED ACCOUNTS RECEIVABLE IN STATE COURT WAS IN BAD FAITH , THE CITY MAY HAVE HAD INSIDER INFORMATION: THIS IMPORTANT PART OF THE ORDER WAS NOT INCLUDED IN THE TRUSTEE'S 4/3/2020 ORDER ENTRY.

2- THE OBJECTION TO DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE AND TRUSTEE'S QUESTIONS WHETHER DEBTOR'S REMEDIES LIE IN STATE, NOT BANKRUPTCY COURT (6:10-BK-11820-WJ DOCKET ENTRY 39) BY TRUSTEE ROD DANIELSON ON 3/25/2020 AND SERVED ON HONORABLE JUDGE SCOTT H YUN BEFORE THE 3/26/2020 HEARING HAD THE WRONG ADDRESS FOR THIS DEBTOR: THE ADDRESS USED WAS,- EMIL HASHIMAN P.O.BOX 418 MONTCLAIR CA 91763 THE CORRECT ADDRESS IS 14381 RAFAEL ST, CABAZON CA 92230. ROD DANIELSON WAS DISCHARGED AS THIS DEBTOR'S CHAPTER 13 TRUSTEE, TRUSTEE'S BOND EXONERATED AT THE CLOSING OF DEBTOR CASE ON 5/13/2020 SEE DOCKET ENTRY 33 IN CASE 6:10-BK-11820-WJ. IT IS UNCLEAR WHAT TRUSTEE SEEKS IN FILING THIS OBJECTION AND SERVING IT ON THIS CASE;

ATTACHED :
A- 4 PAGES JUDGEMENT ORDER PLEADINGS BY, LYNDA BUI TRUSTEE.
B- 4 PAGES, CHAPTER 13 TRUSTEE, ROD DANIELSON OBJECTION'S TO MOTION TO REOPEN CASE

1

A

Lynda T. Bui, Trustee
3550 Vine Street, Suite 210
Riverside, California 92507
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:    trustee.bui@shulmanbastian.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:19-bk-13367-SY |
| **URBAN LOGIC CONSULTANTS, INC.,** | Chapter 7 |
| Debtor. | **ORDER:** |
| | (1) APPROVING THE SALE OF THE ESTATE'S INTEREST IN THE DEBTOR'S ACCOUNTS RECEIVABLE PURSUANT TO BANKRUPTCY CODE §363(b)(1), SUBJECT TO OVERBIDS, AND APPROVING BIDDING PROCEDURES UTILIZED; AND |
| | (2) GRANTING RELATED RELIEF |
| | **Hearing Date:** <br> Date: March 26, 2020 <br> Time: 9:30 a.m. <br> Place: Courtroom 302 <br> 3420 Twelfth Street <br> Riverside, California 92501 |

The *Motion for Order: (1) Approving the Sale of the Estate's Interest in the Debtor's Accounts Receivable Pursuant to Bankruptcy Code §363(b)(1), Subject to Overbids, Combined With Notice of Bidding Procedures and Request for Approval of the Bidding Procedures Utilized; and (2) Granting Related Relief* ("Motion") (docket number 50) filed by Lynda T. Bui, the Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Urban Logic Consultants, Inc., came on for continued hearing on

LYNDA T. BUI,
CHAPTER 7 TRUSTEE
3550 Vine Street
Suite 210
Riverside, CA 92507

Sale Motion TC Urban re Accounts Receivable, Order v2
23140-000

1

1  March 26, 2020, the Honorable Scott H. Yun, United States Bankruptcy Judge
2  presiding.
3      The Trustee and other parties appeared telephonically as reflected on the Court's
4  record.
5      The Court, having considered the Motion, the Declaration of Lynda T. Bui
6  annexed to the Motion and the Supplemental Declaration of Lynda T. Bui filed in
7  support of the Motion (docket number 62), the Declaration of Todd Parton (docket
8  number 57), the Oppositions filed (docket numbers 61 and 63), arguments and
9  representations of the Trustee, counsel, and the record in this case; the Court having
10  found that proper notice has been given; and it appearing that the relief requested by
11  the Motion is in the best interests of the Estate and its creditors; and good cause having
12  been shown, the Court **ORDERS** as follows:
13      1.    The Motion is granted in its entirety.
14      2.    The Bidding Procedures described in detail in the Motion and utilized by
15  the Trustee are approved.
16      3.    The Trustee is authorized to sell to the City of Beaumont and/or its
17  assignee[1] ("Successful Bidder") for the sum of $75,000 the Estate's interest in the
18  Debtor's accounts receivable ("Accounts Receivable"), which includes the claim in the
19  lawsuit filed by Urban Logic Consultants, Inc. against the City of Beaumont in the
20  amount of $880,000.00 in Riverside County Superior Court Case No. RIC1707201 and
21  is listed in Schedules A/B items 11 (Accounts Receivable) and 74 (Causes of Action
22  against Third Parties) filed by the Debtor in this bankruptcy case.
23      4.    The sale of the Accounts Receivable to the Successful Bidder shall be on
24  the terms and conditions as set forth in the Agreement for Purchase and Sale of
25  Accounts Receivable ("Agreement"), a copy of which is attached as Exhibit 1 to the
26  Declaration of Lynda T. Bui annexed to the Motion, provided however, that the
27  consideration to be paid shall be the sum of $75,000.

---

[1] Any assignee will require the Trustee's consent.

LYNDA T. BUI,
CHAPTER 7 TRUSTEE
3550 Vine Street
Suite 210
Riverside, CA 92507

2

Sale Motion TC Urban re Accounts Receivable, Order v2
23140-000

5. The Trustee is authorized and empowered to (i) perform under, consummate, and implement the Agreement (ii) execute all additional instruments and documents that may be reasonably necessary or desirable to implement the Agreement and the transactions contemplated by the Agreement, (iii) take all further actions as may be necessary or appropriate for the purposes of assigning, transferring, granting, conveying, encumbering or transferring the Accounts Receivable as contemplated by the Agreement, and (iv) take such other and further steps as are contemplated by the Agreement or reasonably required to fulfill the Trustee's obligations under the Agreement, all without further order of the Court. The Trustee is authorized to execute all documents in connection with the sale transaction approved by this Order on behalf of the Trustee. Thus, the Trustee is authorized to execute a Bill of Sale transferring the Accounts Receivable to the City of Beaumont.

6. The sale of the Accounts Receivable is "as is-where is" without warranties of any kind, express or implied, being given by the Trustee.

7. In recognition of the need to effectuate a closing of the sale as quickly as possible, notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective immediately.

###

LYNDA T. BUI,
CHAPTER 7 TRUSTEE
3550 Vine Street
Suite 210
Riverside, CA 92507

3

Sale Motion TC Urban re Accounts Receivable, Order v2
23140-000



**Bankruptcy LODGED ORDER UPLOAD FORM**

Friday, April 03, 2020

CONFIRMATION :

Your Lodged Order info:
( **10272264.doc** )
A new order has been added

- **Office**: Riverside
- **Case Title**: Urban Logic Consultants Inc.
- **Case Number**: 19-13367
- **Judge Initial**: SY
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 50
- **On Date**: 04/03/2020 @ 03:50 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

B —

| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-1749<br>(951) 826-8000   FAX (951) 826-8090<br><br>☒ Chapter 13 Trustee | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | Case No. 6: 10-bk-11820 WJ |
| In re:<br><br>EMIL HASHIMAN,<br><br><br><br>Debtor(s). | HEARING DATE: 4/22/20<br>HEARING TIME: 2:00 PM<br>COURTROOM: 304 |

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☒ OTHER: <u>DEBTOR'S MOTION TO REOPEN CASE</u>

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on 3/18/20 at docket entry #35, recommends:

☒ DISAPPROVAL for the following reasons:

1. All creditors and interested parties are entitled to full and fair notice of debtor's motion. Due process and LBR 9013-1 demand no less. The proof of service attached to the motion reflects that all creditors disclosed in the filing have <u>not</u> been served.

2. The trustee questions whether any purpose would be served by re-opening this 10 year old case that was dismissed pre-confirmation. Although it is unclear exactly what debtor seeks, it appears that debtor's remedies (apparently concerning ownership of real property) lie in state, not bankruptcy, court.

B

3. In the interests of assisting debtor, the trustee notes that the motion includes the disclosure of Personally Identifiable Information (PII). 11 U.S.C. 101(41A). Debtor is urged to immediately contact an experienced attorney for assistance in remedying the disclosure.

*Rod Cal*
Rod Danielson, Chapter 13 Trustee

Rod Danielson
2020.03.24
14:28:13
-07'00'

2

B

| In re:    **EMIL HASHIMAN** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:10-bk-11820-SY** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **TRUSTEE COMMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **03/25/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee: ustpregion16.rs.ecf@usdoj.gov

☐ Service Information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **3/25/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
EMIL HASHIMAN
PO BOX 418
MONTCLAIR, CA 91763

Attorney for Debtor
ERIC C MORRIS, ESQ
2151 E CONVENTION
CENTER WAY
STE 211
ONTARIO, CA 91764

HONORABLE SCOTT H. YUN
3420 TWELFTH STREET
COURTROOM 302
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/25/2020 | Susan Jones | _/s/ Susan Jones_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG 173 - RD

3



Rod Danielson
Chapter 13 Trustee
4365 Latham Street, Suite 270
Riverside, CA 92501
Tel: (951) 826-8000
Fax: (951) 826-8090

ORIGINAL

FILED
MAY 13 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE:

EMIL HASHIMAN

Debtor(s).

Case No.: 6:10-bk-11820-PC

DISCHARGE OF CHAPTER 13 TRUSTEE AND ORDER CLOSING CASE
(DISMISSED CASE)

LODGED
MAY 13 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Pursuant to the Trustee's Final Report & Account, and the Trustee's Declaration re Non-Opposition on file herein,

IT IS ORDERED that the Chapter 13 Trustee is discharged, and the Trustee's Bond is exonerated, and this case closed.

Dated: 5/13/2010

For the Court

KATHLEEN J. CAMPBELL