United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 19-13367-SY
Urban Logic Consultants, Inc.                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6        User: admin            Page 1 of 1           Date Rcvd: Apr 15, 2020
                            Form ID: pdf042        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.
db             +Urban Logic Consultants, Inc.,    8549 Wilshire Blvd # 962,    Beverly Hills, CA 90211-3104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:
              Brent S Clemmer    on behalf of Interested Party    Courtesy NEF garduno@sbemp.com,
               clemmer@sbemp.com
              Caroline Djang    on behalf of Interested Party    Courtesy NEF caroline.djang@bbklaw.com,
               sansanee.wells@bbklaw.com
              Caroline Djang    on behalf of Creditor    Western Riverside Council of Governments
               caroline.djang@bbklaw.com,    sansanee.wells@bbklaw.com
              Jenny L Doling    on behalf of Debtor    Urban Logic Consultants, Inc. JD@jdl.law,
               dolingjr92080@notify.bestcase.com;jdoling@jubileeBK.net
              Lynda T. Bui (TR)    trustee.bui@shulmanbastian.com, C115@ecfcbis.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                             TOTAL: 6

Lynda T. Bui, Trustee
3550 Vine Street, Suite 210
Riverside, California 92507
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:  trustee.bui@shulmanbastian.com

Chapter 7 Trustee

**FILED & ENTERED**

**APR 15 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** potier    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>**URBAN LOGIC CONSULTANTS, INC.,**<br><br>Debtor. | Case No. 6:19-bk-13367-SY<br><br>Chapter 7<br><br>**ORDER:**<br><br>**(1) APPROVING THE SALE OF THE ESTATE'S INTEREST IN THE DEBTOR'S ACCOUNTS RECEIVABLE PURSUANT TO BANKRUPTCY CODE §363(b)(1), SUBJECT TO OVERBIDS, AND APPROVING BIDDING PROCEDURES UTILIZED; AND**<br><br>**(2) GRANTING RELATED RELIEF**<br><br>Hearing:<br>Date: March 26, 2020<br>Time: 9:30 a.m.<br>Place: Courtroom 302<br>       3420 Twelfth Street<br>       Riverside, California 92501 |

The *Chapter 7 Trustee's Motion for Order: (1) Approving the Sale of the Estate's Interest in the Debtor's Accounts Receivable Pursuant to Bankruptcy Code §363(b)(1), Subject to Overbids, Combined With Notice of Bidding Procedures and Request for Approval of the Bidding Procedures Utilized; and (2) Granting Related Relief* ("Motion") [docket number 50] filed by Lynda T. Bui, the chapter 7 trustee ("Trustee") for the

LYNDA T. BUI,
CHAPTER 7 TRUSTEE
3550 Vine Street
Suite 210
Riverside, CA 92507

1

Order#1290473#cc3c19e8-4a45-40aa-abad-8a7de734259d
23140-000

bankruptcy estate of Urban Logic Consultants, Inc. ("Estate") came on for continued hearing on March 26, 2020, the Honorable Scott H. Yun, United States Bankruptcy Judge presiding. The Trustee and other parties appeared telephonically as reflected on the court's record.

The court, having considered the Motion, the declaration of Lynda T. Bui annexed to the Motion and the supplemental declaration of Lynda T. Bui filed in support of the Motion [docket number 62], the declaration of Todd Parton [docket number 57], the oppositions filed [docket numbers 61 and 63], arguments and representations of the Trustee, counsel, and others at the hearing, and the record in this case, finds that proper notice has been given; and good cause has been shown,

**IT IS ORDERED** as follows:

1. The Motion is granted.

2. The Bidding Procedures[1] described in detail in the Motion and utilized by the Trustee are approved.

3. The Trustee is authorized to sell to the City of Beaumont or its assignee[2] ("Successful Bidder") for the sum of $75,000 the Estate's interest in the debtor's accounts receivable ("Accounts Receivable"), which includes the claim in the lawsuit filed by Urban Logic Consultants, Inc. against the City of Beaumont in the amount of $880,000.00 in Riverside County Superior Court Case No. RIC1707201, which is listed in Schedules A/B items 11 (Accounts Receivable) and 74 (Causes of Action against Third Parties) filed by the debtor in this bankruptcy case.

4. The sale of the Accounts Receivable to the Successful Bidder shall be on the terms and conditions as set forth in the Agreement for Purchase and Sale of Accounts Receivable ("Agreement"), a copy of which is attached as Exhibit 1 to the declaration of Lynda T. Bui annexed to the Motion, provided, however, that the consideration to be paid shall be the sum of $75,000.

---

[1] Any terms not defined in this order shall have the same meaning as in the Motion.

[2] Any assignee will require the Trustee's consent.

LYNDA T. BUI,
CHAPTER 7 TRUSTEE
3550 Vine Street
Suite 210
Riverside, CA 92507

2

Order#1290473#cc3c19e8-4a45-40aa-abad-8a7de734259d
23140-000

5. The Trustee is authorized and empowered to (i) perform under, consummate, and implement the Agreement, (ii) execute all additional instruments and documents that may be reasonably necessary or desirable to implement the Agreement and the transactions contemplated by the Agreement, (iii) take all further actions as may be necessary or appropriate for the purposes of assigning, transferring, granting, conveying, encumbering, or transferring the Accounts Receivable as contemplated by the Agreement, and (iv) take such other and further steps as are contemplated by the Agreement or reasonably required to fulfill the Trustee's obligations under the Agreement, all without further order of the court.  The Trustee is authorized to execute all documents in connection with the sale transaction approved by this order on behalf of the Estate.  Thus, the Trustee is authorized to execute a bill of sale transferring the Accounts Receivable to the City of Beaumont.

6. The sale of the Accounts Receivable is "as is-where is" without warranties of any kind, express or implied, being given by the Trustee.

7. In recognition of the need to effectuate a closing of the sale as quickly as possible, notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective immediately.

###

Date: April 15, 2020

Scott H. Yun
United States Bankruptcy Judge

LYNDA T. BUI,
CHAPTER 7 TRUSTEE
3550 Vine Street
Suite 210
Riverside, CA 92507

3

Order#1290473#cc3c19e8-4a45-40aa-abad-8a7de734259d
23140-000