FILED

MAY 2 7 2020

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

EMIL HASHIMAN
14381 RAFAEL ST.
CABAZON CALIFORNIA 92230
(909) 450-9668

In pro per

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA- RIVERSIDE Division

| | |
|---|---|
| In re | Case No. 6:19-bk-13367-SY |
| URBAN LOGIC CONSULTANTS Inc., | Chapter: 7 |
| | Title: |
| | RESPONSE FROM EMIL HASHIMAN TO CHAPTER 7 TRUSTEE LYNDA T. BUI'S NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o)] |
| Debtor | |

HEARING DATE: [No Hearing Requested]

TIME:

COURTROOM 304

3420 TWELFTH STREET

RIVERSIDE CALIFORNIA 92501

1

TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE NITED STATES TRUSTEE, THE DEBTOR AND ITS COUNSEL, THE CHAPTER 7 TRUSTEE AND ITS COUNCEL, AND ALL INTERESTED PARTIES.

Emil Hashiman ("Interested Party") objected to the sale of Acoounts recievable in the Urban Logic Consultant case in March 2020. A hearing was held on 3/26/2020 where Hashiman's opposition was overruled and the auction proceeded where the city of Beaumont was awarded the highest bid. At the conclusion of the hearing Honorable Judge Scott Yun indicated to the city's attorney that the sale of the accounts receivable was in bad faith.

Chapter 7 Trustee, Lynda T. Bui failed to include that important statement of "Bad Faith" in the final order docketed on 4/3/2020. Hashiman filed an appeal based only on that point.

1-NEED FOR LEGAL COUNSEL

Miss Bui has indicated in the pleadings that she has employed the services of Shulman Bastian Friedman & Bui LLP to investigate Hashiman's past history to include "breach of fiduciary duties, fraud, misappropriation of funds, fraudulant transfers, conversion, indemnification, contribution and breach of contract, among others. The Trustee will need assistance in the investigation and evaluation of the Insider Claims related to events occuring prior to and after the Petition Date, and if appropriate the pursuit of such Insider Claims...If deemed appropriate, the Trustee may need to file complaints and commence adversary proceedings to seek declaratory relief and/or for recovery of assets of the Estate that were improperly transferred."

RESPONSE:

Hashiman became aware that Movant, Judgement Creditor and other creditors in his base case 6:10-bk-11820-PC(WJ)which was under

362(d)(1) and non dischargeable, were in pursuit of collecting on claims that were already paid and satisfied by Hashiman in 2010 and 2013. Hashiman became aware of the fact that his name and bankruptcy estate was included in the Bikram's Yoga College of India LLP's case as a Debtor case number 9:17-bk-12045-DS. This mistake and error was corrected on 5/20/2020 by the United States Trustees office.

In order to save Miss. Bui, it's counsel and this Court, time and efforts in investigating Hashiman's previous history as stated above, I have included herein in Exhibits A-E.

Exhibit A- Letter, email sent to chapter 11 Trustee on 5/20/2020 in Bikram case regarding the Court's error in including Hashiman name the Bikram case as a Debtor. Miss Itkins's response on 5/21/2020.

Exhibit B- Letter/email to United States Trustee Brian D. Fittipaldi regarding the Court's error, the history of Hashiman's base case and Hashiman's filing a criminal complaint against the creditors in his case for violation of automatic stay 362 and 1104(e) and his response.

Exhibit C- Letter from UST Brian D. Fittipaldi confirming the removal of Emil Hashiman's name and case from the Bikram case due to Court error dated 5/20/2020.

Exhibit D- Letter/ email to UST Brian D. Fittipaldi in regards to Urban logic consultants Inc. case and Shulman Bastian Friedman & Bui's involvement as chapter 7 trustees related to my base case.

Exhibit E- UST Brian D. Fittipaldi's response: " I am forwarding your email to Cameron Ridley of our Riverside office regarding your case. You may want to contact the Santa Barbra Clerks Office regarding how the mistake occured. In any event, you are not listed on PACER as connected to Bikram cases any longer. Thank you."

Exhibit F- Response to Motion Regarding the Automatic Stay and

Declaration(s) in Support prepared by Hashiman to be filed in the Bikram case regarding Movant's in Hashiman's Base case for violating Automatic stay.

In conclusion, Hashiman's intervention in the Urban Logic Consultant case was not without cause or reason. It was due to Court errors made to which Hashiman had to take action to protect his interests. If Hashiman's estate is not in the inventory of Chapter 7 Trustee Lynda Bui and her case is not directly or indirectly connected to the Bikram case or any of Hashiman's Creditors, then Hashiman has no concerns.

Hashiman has filed an appeal to reopen his case with BAP filed on 5/4/2020 case number CC-20-1107.

Executed on May 23, 2020 at Cabazon, California

Emil Hashiman

4

EXHIBIT   A

Search  Images  Maps  Play  YouTube  News  **Gmail**  Drive  More»

isaachashiman@gmail.com | Google Account | Settings | Help | Sign out

You are currently viewing Gmail in basic HTML.  **Switch to standard view** | Set basic HTML as default view

# ⋈ Gmail

| Search Mail | Search the Web |  Show search options
Create a filter

**Compose Mail**

**Inbox (59)**
Starred ☆
Sent Mail
**Drafts (16)**
All Mail
Spam
Trash

**Contacts**

Labels
Notes
 Edit labels

« Back to Inbox  | Archive | | Report Spam | | Delete |
More Actions... ▼ | Go |

‹ **Newer 2** of about **120**
**Older** ›

 Expand all   Print   New window

## Bankruptcy case no. 9:17-bk-12045-DS jointly administered with 9:17-12046, 9:17-12047, 9:17-12048 and 9:17-12049  Inbox

 i has<isaachashiman@gmail.com>
To: robbin.itkin@dlapipe.com
Tue, May 19, 2020 at 7:13 PM

Reply | Reply to all | Forward | Print | Delete | Show original

To: Robbin L Itkin ( Chapter 11 Trustee)
DLA Piper LLP
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles CA 90067-4704

VIA CERTIFIED MAIL

Date:5/21/2020

From: Emil Hashiman
14381 Rafael Street
Cabazon California 92230
909 450 9668

Dear Miss Itkin,
This email is being sent to confirm our telephone conversation on
Monday  5/20/2020.
The topic of our conversation was my concerns on how and why my name
Emil Hashiman, became associated  as a Debtor-co Debtor in your case,
Bikram's Yoga College of India LP and associated cases as mentioned
above.
You are listed as the Chapter 11 Trustee in the case and were unable
to give me a reason for it except to say that it was a Clerk's error.
US Trustee Brian Fittipaldi was also contacted on the same day and he
was unable to explain why I was listed as a Debtor in the case either.
He promised that he would meet with you that afternoon to get an
explanation.
I mentioned to both parties the same information,1- I have never known
anyone associated with Bikram yoga College of India and its associated
jointly administered cased or individuals who prepared these
bankruptcy forms and petitions. 2- I filed an opposition to the sale
of Estate property on 3/19/2020 docket #38 in this case after
obtaining the notice from the Bankruptcy court's website. 3- I have
not filed for any other Bankruptcy case except for the 2010 chapter 13
case no 6:10-bk-11820-PC which was dismissed and closed but not
discharged to where it has remained in the bankruptcy estate.
Your assurance that none of my bankruptcy estate was involved in your
current and active 363(b) under rules 6004 and 6007 sales and
reorganization and confirmation plans in the 5 district courts.
You also promised to check with all the attorneys in your firm
associated with this case to confirm their involvement or non
involvement in the issue and case.
I cannot express the magnatude of concern I have being associated with
such a horrific and disgusting case such as Bikram and his Yoga
College and his crimianl cases. If I do not get a written response and

your remedy to the bar and the immediate removal of my name from
this case immediately, I will file a response motion to the Court and
appropriate agencies.

Thank you for your Immediate attention to this vitaly important matter,
Emil Hashiman
I

Reply | Reply to all | Forward | Print | Delete | Show original

   i has<isaachashiman@gmail.com>                  Wed, May 20, 2020 at 12:25 PM
To: "Fittipaldi, Brian (USTP)" <brian.fittipaldi@usdoj.gov>, "Clementson, Russell (USTP)"
<russell.clementson@usdoj.gov>

Reply | Reply to all | Forward | Print | Delete | Show original

  - Show quoted text -

   **Mail Delivery Subsystem**             Wed, May 20, 2020 at 8:52 PM
   **i has**                       Wed, May 20, 2020 at 9:54 PM
   **Itkin, Robbin**<robbin.itkin@dlapiper.com>     Thu, May 21, 2020 at 6:42 AM
To: i has <isaachashiman@gmail.com>

Reply | Reply to all | Forward | Print | Delete | Show original

Mr. Hashiman,
As discussed, Mr.Fittipaldi and I spoke and he is following up with the Clerk's office to rectify this. Again,
neither I nor my counsel have any idea how your name suddenly appeared in the caption of the Bikram's
Yoga College of India, LP bankruptcy cases. We remain as eager as you to finally resolve this. The
Clerk's office is the entity that can fix this. Let's be patient and let them do their job.
Best,
Robbin

Robbin Itkin
Partner

T: +1 310.500.3390
F: +1 310.595.3343
E: robbin.itkin@us.dlapiper.com

DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
United States
www.dlapiper.com

**From:** i has <isaachashiman@gmail.com>
**Sent:** Wednesday, May 20, 2020 9:54:07 PM
**To:** Itkin, Robbin <Robbin.Itkin@us.dlapiper.com>
**Subject:** Fwd: Bankruptcy case no. 9:17-bk-12045-DS jointly administered with 9:17-12046,
9:17-12047, 9:17-12048 and 9:17-12049

[EXTERNAL]
- Show quoted text -

The information contained in this email may be confidential and/or legally privileged. It has been
sent for the sole use of the intended recipient(s). If the reader of this message is not an intended
recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination,
distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you
have received this communication in error, please reply to the sender and destroy all copies of the
message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**Quick Reply**

**To:** "Itkin, Robbin" <robbin.itkin@dlapiper.com>          | More Reply Options |

EXHIBIT B

 Gmail

i has <isaachashiman@gmail.com>

## Bankruptcycy case 9:17-12045-PC (chapter 11) and 6:10-bk-11820-PC (chapter 13)

**Fittipaldi, Brian (USTP)** <Brian.Fittipaldi@usdoj.gov>                    Wed, May 20, 2020 at 12:11 PM
To: i has <isaachashiman@gmail.com>
Cc: "Clementson, Russell (USTP)" <Russell.Clementson@usdoj.gov>, "Misken, Kenneth M. (USTP)"
<Kenneth.M.Misken@usdoj.gov>, "Feuerstein, Abram S. (USTP)" <Abram.S.Feuerstein@usdoj.gov>

Dear Mr. Hashiman:

Thank you for your information. I did speak with the Chapter 11 Trustee, Ms. Itkin and I did notify the U.S Bankruptcy
Court Clerk's Office of the fact that your name somehow appears as a Debtor in the Bikram case in Santa Barbara on the
PACER introductory page. The Clerk's Office is looking into it. As for your Chapter 13 concerns in your Riverside case, it
appears from your e-mail that you have made a criminal complaint in your case, is that correct?

Thank you, Brian Fittipaldi

-----Original Message-----
From: i has <isaachashiman@gmail.com>
Sent: Wednesday, May 20, 2020 11:56 AM
To: Fittipaldi, Brian (USTP) <Brian.Fittipaldi@UST.DOJ.GOV>
Cc: Clementson, Russell (USTP) <Russell.Clementson@UST.DOJ.GOV>
Subject: Fwd: Bankruptcycy case 9:17-12045-PC (chapter 11) and 6:10-bk-11820-PC (chapter 13)

To:
Brian D. Fittipaldi
United States Department of Justice/OUST
1415 State Street Suite 148
Santa Barbra CA 93101
From:
Emil Hashiman
14381 Rafael Street
Cabazon CA 92230
Date:5/21/2020

Dear Mr. Fittipaldi,
As per our phone conversation yesterday, the concerns raised was how and why my name Emil Hashiman is associated
and listed as a Debtor/Co Debtor to Buikram's Yoga College of India LLP's bankruptcy case to which you were unsure of
and had promised to contact the Trustee, Robbin Itkins of DDLPiper LLP on Monday 5/20/20 afternoon. I contacted Miss.
Itkin yesterday after our phone call and asked her the same questions above. She told me that she was certain that a
mistake had taken place and she would consult with other attorneys in her firm as to how my case  (6:10-bk-11820-PC)
could have gotten mixed up with Bikram's case and associated jointly administerd cases.
I also understand that things of this magnatude does not just happen and there are underlying reasons for these actions
that is why the office of the United States Trustees office was created so it can conduct an investigation to bring out
justice in such matters.
My case was commenced on 1/24/2010, a volutary chapter 13 and  was dismissed  on 3/12/10 (admistrative) under
362(d)(1) - (non
dischargeable) where Movant the judgement creditor, Danat Invesment Co. was awarded reliefe from automatic stay in
Non bankruptcy forum by Honorable Judge Peter Carroll based on the evidence of alleged fraud presented to him by
Movant against me. I did not attend the 3/10/10 creditors meeting where a plan was structured and two days later the
case was dimissed. The Court appointed Rod Danielson as the chapter 13 bankruptcy Trustee who prepared his final
report on 3/17/2010 and closed the case on 5/27/2010 pending final report in non bankruptcy forum. The case was
dismissed at the request of my attorney.
Under 11 US Code 1112(b), (1)on request of a party in interest and after notice and hearing, the court shall convert under
this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interest of Creditors
and the estate, for cause unless the court determines that the appointment under section
1104(a) of a tustee or an examiner is in the best interest of Creditors and the banruptcy estate.
Brian, as recent as 5/13/2020, I prepared the attached certified letter to Danat Investment Company for their violation of
automatic stay (362) which I also sent to the United States Trustees Fraud investigation Deparment in Orlando Florida
which I think you should know and seeand investigate. First and foremost the UST and the courts relies on the honest

and correct information that it receives from creditors in administring the bankruptcy estate. Attached are certified letters sent to two additional Creditors  in my case, 1- DALW Holdings and 3-Fidelity Mortgage lenders.

.1- Danat Invesment Compny has filed to report to the court or the commitee the final non bankruptcy or State Court Judgement which was rendered on 8/11/2010 which I recorded in the Los Angeles County recorders office as instrument number 20200022549 on 1/7/2020. Danat was awarded as judgement creditor for the two properties, 705 and 711 Enchanted way and I was awarded Reimbursed payment for aprox.

$50,000.00. (see attachment)

Danat has fraudulently recorded with the LA county recorders office aknowledgement of satisfaction of judgements on November 2012 and April of 2019 on my behalf alleging that somehow they have not yet been paid.

2- DALW Holdings the second petitionig creditor on my schedule was paid in full in October 2012 from the $50,000 Reimbustment due to me from Danat Investment co. according to the state court Judgement and the amount was deducted from the $50K thus Leaving $40K which Danat paid me with a cashier check on 10/30/2012. As late as December 2019, I spoke to DALW Holdings attorney, Michael Plotkins and he denied having  been paid. The same recording as above Instrument 20200022549 shows the payment to DALW and attached is a certified letter I sent to DALW Holdings on 5/4/2020 regarding the issue herein attached.

3- Fidelity Motrgage Lenders is a post petitioned creditor which loaned me $275,000 on 3/9/2010, three days before the dismissal of my case but was not reported on my bankrupcy schedule by my attorneys. I paid this creditor in full on July 2013 and they gave me a defective reconveyance. I have disputed the defective reconveyance note issued in a Certified letter sent to them on 4/29/2020. herein attached.

The above were all unsecured creditors.

4- Franchise Tax Board has filed a claim for aprox. $15884.75  filed 2/12/2010. That claim was satisfied in November 2010 and a Lien Release was recorded with the San Bernardino County recorders office as instrument #20100465934.

Secured Creditor 5-Indymac Bank, One West had a claim on my schedule for $190,000 for a loan on the 705 Enchanted Way property which judgement Creditor Danat Investment Company was awarded judgement in State Court on 3/9/2010 (3 days before the case dismissal of 3/12/2010), There was an Order by the State Court that Danat pay off the Indy Mac loan on 1/11/2010.

The order in here in attached

6- Central Mortgage was reported on my schedule back in 2010 for a
$85,000 loan on my primary residence. that mortgage was paid in full
in 1012 as instrument number  2012-0125811        recorded in the
San Bernardino recorders office herein attached.

attached I have included the schedules from my 2010 chapter 13 filing which you can access in my case as well. You will find that I have fulfilled all the payments and obligations under the plan Danat Investment Company brought charges of Fraud against me for signing a quitclaim deed for 705 and 711 Enchanted way as a partner to Danat which I was not. Attached you will find the actual quitclaim deed signed by me with no mention of "partner to Danat" I have included a notarized copy of a affidavit that was signed by Danat authorixzng me as an agent for Danat. Danat also alleged in the bankruptcy pleadings that I had NO ownership rights to the 2 properties which was not true. I have exhibited checks in docket #35 of my case where I paid $6700  and $6000 from my checking account in

2000 to purchase the properties.  These issues are all stated in the letter herein attached to Danat.

There are clear violations of Automatic Stay by the Movnt in my chapter 13 case as outlined above. and possible violations of 1104(e) I have appealed the Denyal of opening of my case with BAP filed on 5/4/2020. In my appeal I will bring forth the inclusion of my name in the Bakram case. This can all be avoided and court resources can be reduced by the US Trustees investigation of this matter.

I am sending you this email, the attachments will be individually emailed following this letter.

 I have emailed Miss Itkins the trustee for Bikram case and asked her to correct the mistakes made in the Bikram case by removing me as a Debtor to that horrible criminal case which I have nothing to do with.

She has not returned my email with a response. I will forward that email to you. I have no choice at this time other than to file a response to the court on the motion of automatic stay and file an emergency motion to the BAP appeals court to notify them of the current situation. If mistakes have been made in regards to my case, I leave it to your office to correct them.

The exhibits to the letter to Danat Investment Co is 134 pages. It is too large for this email. If you request, I can send them to your fax immediatetly


Sincerely Emil Hashiman

 Gmail                                    i has <isaachashiman@gmail.com>

## Bankruptcycy case 9:17-12045-PC (chapter 11) and 6:10-bk-11820-PC (chapter 13)

**i has** <isaachashiman@gmail.com>                           Wed, May 20, 2020 at 12:14 PM
To: "Fittipaldi, Brian (USTP)" <Brian.Fittipaldi@usdoj.gov>
Cc: "Clementson, Russell (USTP)" <Russell.Clementson@usdoj.gov>, "Misken, Kenneth M. (USTP)"
<Kenneth.M.Misken@usdoj.gov>, "Feuerstein, Abram S. (USTP)" <Abram.S.Feuerstein@usdoj.gov>

Yes that is correct.
[Quoted text hidden]

E.. TASTI..
14381 RAFAEL ST
CABAZON CA 92230

TO: DAWAT INVESTMENT CO.
     DANIEL J. EGET General partner
C/o Attorney EDWIN SAGHIAN
     SAGHIAN LAW FIRM
170 S. BEVERLY DRIVE
     SUITE 305
BEVERLY HILLS CALIFORNIA
     90212

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

BEVERLY HILLS, CA 90212

| | |
|---|---|
| Certified Mail Fee | $3.55 |
| | 0230 |
| | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $1.40 |
| Total Postage and Fees | $4.95 |

Postmark
Here

05/13/2020

7015 1660 0000 4930 7096

SAGHIAN LAW FIRM
170 S. Beverly Dr. #305
Beverly Hills CA 90212

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

TO:

OFFICE OF THE US TRUSTEE

ATTENTION OFFICE OF CRIMINAL ENFORCEMENT

GEORGE C. YOUNG FEDERAL BUILDING AND COURTHOUSE

400 W. WASHINGTON STREET SUITE 1100

ORLANDO FLORIDA 32801

DANAT INVESTMENT COMPANY

C/O JEFFREY S. SHINBROT APLC  BANKRUPRCY ATTORNEY FOR MOVANT AND PETITIONIN CREDITR

DANAT INVESTMENT CO.

8200 WILSHIRE BLBVD.SUITE 400

BEVERLY HILLS CA 90211

DANIEL  J EGET , GENERAL PARTNER FOR DANAT INVESTMENT COMPANY (CREDITOR)

C/O ATTORNEY MATT KOHN,  IMHOFF & ASSOCIATES LAW  FIRM

844 25TH STREET

SANTA MONICA CA 90403

SAGHIAN LAW FIRM

REPRESENTING DANAT INVESTMENT COMPANY, DANIEL J. EGET- PETITIONING CREDITOR

170 S. BEVERLY DRIVE SUITE 305

BEVERLY HILLS CA 90212

ATTENTION: EDWIN SAGHIAN

FROM: EMIL HASHIMAN BANKRUPTCY DEBTOR AND DEFENDANT TO STATE CASE SC103155

14381 RAFAEL STREET

CABAZON CA 92230

REGARDING: ACTS OF FRAUD BY CREDITOR POST BANKRUPTCY CASE DISMISSAL/CLOSURE IN A NON
DISCHARGEABLE CASE  AND AN APPEAL FILED BY DEBTOR TO REOPEN BANKRUPTCY CASE 6:10-
BK-11820-WJ BASED ON THE NEW EVIDENCE DISCOVERED

May 4, 2020

MR. SAGHIAN,

YOU ARE THE LAST KNOWN ATTORNEY TO DANAT INVESTMENT CO., REFERRED HEREIN AS "DANAT"
WHO WAS A PETITIONING CREDITOR TO MY VOLUNTARY BANKRUPTCY CHAPTER 13 CASE #6:10-
BK-11820-PC COMMENCED ON 1/24/2010 (SEE ATTACHED EHIBIT "1"). YOR REPRESENTATION OF
DANAT STARTED IN 2012 SO AS TO INFORM YOU OF THE PAST (BRIEF HISTORY), DANAT INVESTMENT
CO  FILED FRAUD CHARGES AGAINST HASHIMAN WITH THE LOS ANGELES DISTRICT ATTORNEY'S
OFFICE ON OR ABOUT MARCH 17, 2009 (SEE EXHIBIT "3 L" ) INITIATING "POLICE ACTION" AGAINST
HASHIMAN IN BANKRUPTCY COURT TO CAUSE A NON DISCHARGEABLE (INVOULANTARY
PROCEEDINGS) . HASHIMAN HAD PREVIOUSLY FILED REAL ESTATE FRAUD CHARGES AGAINST DANAT
WITH THE LOS ANGELES DISTRICT ATTORNEY'S OFFICE ON 10/15/2007 (SEE EXHIBIT "3E1"). THE
COMPLAINT FILED BY HASHIMAN WAS  FOR DANAT'S RECORDATION OF A FRAUDULANT QUITCLAIM
DEED ON 705 ENCHANTED WAY PROPERTY ON 7/21/2007, SEE EXHIBIT "3D2". HASHIMAN
PROCEEDED IN TRANSFERRING THE PROPERTIES BACK TO HIS NAME IN ORDER TO STOP DANAT FROM
SELLING THE PROPERTIES TO AN INTERESTED BUYER RS FAMILY PARTNERSHIP, LLP. ON 10/18/2007

HASHIMAN CONVEYED THE PROPERTIES  FROM DANAT INVESTMENT CO TO EMIL HASHIMAN NAME SIGNING ON BEHALF OF DANAT INVESTMENT COMPANY. THE AUTHORITY USED BY HASHIMAN TO SIGN ON DANAT INVESTMENT COMPANY'S AGENT AND REPRESENTATIVE FOR THE CONVEYANCES IS A NOTARIZED AGENT AFFIDAVIT FORM SIGNED BY DANAT INVESTMENT COMPANY; SEE EXHIBIT "3 J". EXHIBIT "3" IS A COPY OF A LETTER SENT TO DANAT INVESTMENT COMPANY BY HASHIMAN'S NEWLY RETAINED COUNCEL SOMERS AND SOMERS LLP ON NOVEMBER 13 2007. HASHIMAN'S INITIATING THE DISSOLUTION OF THE PARTNERSHIP BETWEEN DANAT AND HASHIMAN IS ILLUSTRATED IN THIS LETTER. DANAT DID NOT RESPOND TO THE LETTER TO TERMINATE THE PARTNERSHIP. EXHIBIT "3 A" IS A COPY OF A LETTER FROM HASHIMAN TO SOMERS AND SOMERS LLP ON OR ABOUT NOVEMBER 2007 DETAILING THE RELATIONSHIP BETWEEN DANAT AND HASHIMAN AND THEIR RELATIONSHIP LEADING UP TO DANAT'S FRAUDULANT TRANSFER OF JOINT ASSETS ON 9/21/2007. THE LETTER ALSO DETAILS MS. GLORIA VALLES'S ROLE AS MR. EGET'S PRIVATE NOTARY PUBLIC IN CREATING THE FRAUDULANT 705 ENCHANTED QUITCLAIM WHICH WAS FILED BY MR. DANIEL EGET ON 9/21/2007 AS ILLUSTRATED IN THE COMPLAINT FILED BY HASHIMAN AGAINST VALLES TO THE SECRETARY OF STATE NOTARY PUBLIC SECTION IN EXHIBIT "3 F". THE LETTER TO SOMERS ALSO NOTES THE RELATIONSHIP BETWEEN AN INTERESTED BUYER FOR THE ENCHANTED PROPERTIES IN THE JOINT VENTURE WHICH DANAT WAS IN SECRET NEGOTIATIONS WITH,. THAT PARTY WAS RS FAMILY PARNERSHIP, MR. SARANBAHA A MEGA DEVELOPER WHO OWNED THE THREE LOTS CONNECTED TO THE ENCHANTED LOTS DIRECTLY BELOW US. MR. SARANBAHA HAD PREVIOUSLY OFFERED TO BUY THE ENCHANTED LOTS FROM HASHIMAN AND HAD ENTERED INTO A PURCHASE CONTRACT WITH COLDWELL BANKERS IN 2001 WITH HASHIMAN AND EGET. UPON THE TERMINATION OF THAT CONTRACT, SARANBAHA JOINED HASHIMAN AND EGET IN A MUTUAL GEOTECHNICAL CONTRACT WITH SASSAN GEOTECHNICAL FIRM TO OBTAIN PERMIT APPROVAL FROM THE LOS ANGELES BUILDING AND SAFETY GRADING DEPARTMENT FOR ALL FIVE LANDSLIDE LOTS SEE EXHIBITS "4B1", "3B2" AND "3B3". AFTER SIX YEARS OF HASHIMAN'S WORK WITH SASSON GEOTECHNICAL AND OTHER GEOTECHNICAL FIRMS, IN AUGOUST OF 2007, APPROVAL FOR PERMITS WAS GAINED BY SASSON GEOTECHNICAL AND A LETTER OF APPROVAL WAS SENT TO DANT AND HASHIMAN'S SHARED OFFICE WHERE DANAT RECIEVED THE LETTER AND AN EMAIL WAS SENT TO HASHIMAN BY DANT'S SECRETARY JENIFFER TALLEK ON AUGOUST 30, 2007 SEE EXHIBIT "3C2". THE APPROVAL FOR BUILDING THE PROPOSED 5 MILLION DOLLAR HOMES ON THE LANDSLIDE LOTS DRAMATICALLY INCREASED THE VALUE OF THE TWO ENCHANTED LOTS FROM THE INITIAL PURCHASE VALUE OF $225,000 IN THE YEAR 2000 TO 1.3 MILLION DOLLARS. HASHIMAN WAS IN RANCHO CUCAMONGA CONDUCTING OTHER BUSINESSES WHILE DANAT HAD PLANS IN SELLING THE ENCHANTED PROPERTIES TO SARANBAHA FOR AN UNDISLOSED PRICE. HASHIMAN'S EMAIL RESPONSES TO DANAT'S ATTEMPTED CONVEYANCE OF PROPERTIES AND SUBSIQUENT SECRET SALES NEGOTIATIONS WITH SARANBAHA IS ILUSTRATED IN EXHIBITS "3C1", "3C2", "3C4", "3C5"  "3C6" AND "3C7" DATES BETWEEN JUNE 12, 2007 THROUGH OCTOBER 9, 2007. THE EMAILS CONFIRMS INDIPUTABLY THE MINDSET OF DANAT IN CONCEALING FROM HASHIMAN THE TERMS OF PRICE OFFERED BY SARANBAHA FOR THE PURCHASE OF THE ENCHATED PROPERTIES IN HASHIMAN'S NAME. DANAT'S DISHONESTY TO HASHIMAN IS CLEARLY LAID OUT IN THE 5 PAGE LETTER TO SOMERS IN NOVEMBER OF 2007. HASHIMAN'S PERSONAL RELATIONSHIP WITH DAN EGET, AS HIS GENERAL CONTRACTOR FOR BOTH HIS PERSONAL HOMES AND BUSINESSES DATED BACK TO 1992. HASHIMAN DATED EGET'S DAUGHTER BEWEEN 1992 THROUGH 1995. AFTER HASHIMAN MARRIED WITH HIS CURRENT WIFE IN 1996, THE RELATIONSHIP WAS REESTABLISHED IN 1999 WHEN HASHIMAN AND EGET ENTERED INTO A CONTRACT TO BUILD HIS GRANDAUGHTER'S INVESTMENT HOME AT 938 GALLOWAY STREET PACIFIC PALISADES CA. DANAT HAD CONTROL OF ALL HASHIMAN'S FINANCES THROUGH A SHARED OFFICE AND ALL THE FINANCIAL TRANSACTIONS OF HASHIMAN'S PACIFIC PALISADES PROJECTS WERE HANDLED BY TALLEK, HIS

PERSONAL SECRETARY INCLUDING ALL LOANS AND BANKING.
ADDITIONAL FALSE AND FRAUDULANT LOAN INTEREST STATEMENTS SENT BY DANAT TO THE
INTERNAL REVENUE SERVICES FOR HASHIMAN'S TAX YEARS  1999 AND 2000 ARE FILED IN DOCKET #35
OF HASHIMAN'S BANKRUPTCY CASE.

 TWO YEARS LATER IN MARCH 17, 2009, DANAT FILED IT'S OWN FRAUD CHARGES IN RETALIATION
AGAINST HASHIMAN WITH THE LOS ANGELES DISTRICT ATTORNEYS OFFICE, DANAT THEN PROCEEDED
IN FILING STATE CIVIL ACTION SUIT AGAINST HASHIMAN ON 5/18/2010, (SEE EXHIBIT "5"  AND
DOCKET #9 PAGE 10) ON PAGE 6  OF THE DOCUMENT IT STATES THAT: HASHIMAN FRAUDULENTLY
CONVEYED TO HIMSELF BY QUITCLAIM DEED DATED OCTOBER 7, 2007 TITLE AND INTERESTS TO LOT
41 PROPERTY 705, AND RECORDED IT OCTOBER 18, 2007 AS INSTRUMENT NUMBER 20072375316
OFFICIAL RECORDS RECORDERS OFFICE, LOS ANGELES COUNTY, CALIFORNIA AND, b. WITHOUT THE
KNOWLEDGE, AUTHORITY, AUTHORIZATION, PERMISSION, CONSENT, PRIVILIDGE, LICENSE...
HASHIMAN FRAUDULENTLY CONVEYED TO HIMSELF BY QUITCLAIM DEED... LOT 42 PROPERTY 711 ...
AS INSTRUMENT 20072375315 ... ITEMS c AND  d OF THE SAME PAGE IT SAYS: HASHIMAN
MATERIALLY AND FRAUDULENTLY MISREPRESENTED HIMSELF AS AN AGENT AND/OR PARTNER OF
DANAT IN PREPARATION AND RECORDAING THE FRAUDULENT CONVEYANCE OF PROPERTY 705 AND
711 ... A FELONY OF GRAND THEFT UNDER PENAL CODE 487. ON PAGE 10 ITEM 30 STATES: HASHIMAN
AQUIRED PROERTY 705 AND PROPERTY 711 BY FRAUD; HASHIMAN IS PRESENTLY IN FRAUDULENT
POSSESSION OF THE PROPERTIES; DANAT IS THE TRUE , LEGAL AND EQUITABLE OWNER IN FEE OF THE
PROPERTIES, THE MARKET VALUE ARE TIME- SENSATIVE IN THE REAL ESTATE MARKET AND
APPRAISALS MUST BE PROVIDED TO PROVE THE FAIR REPLACEMENT COSTS... HASHIMAN'S
CONDUCT ...SUBJECTED TO CRUEL AND UNJUST HARDSHIP AND CONCIOUS DISREGARD OF DANAT'S
RIGHTS ... AND IN DOCKET #17 PAGE 12 IT STATES :DEFENDANT EMIL HASHIMAN ("HASHIMAN") IS A
FORMER FRIEND OF ONE OF MR. EGET'S CHILDREN AND SOMEONE MR. EGET ACCEPTED INTO HIS
HOME. HASHIMAN WAS NEVER A PARTNER OF DANAT.
BECAUSE OF HASHIMAN'S ATTORNEY 'S MISCONDUCT, MISREPRESENTATION (ALSO SEE DOCKET #42)
AND COLLUSION WITH THE PLAINTIFFS, THE FOLLOWING EVIDENCE WAS NEVER PRESENTED TO THE
COURTS NOR THE DISTRICT ATTORNEY'S OFFICE TO COUNTER DANAT'S FALSE FRAUD ALLEGATIONS
AGAINST HASHIMAN.
EXHIBIT "6" IS THE GRANT DEED FOR 705 ENCHANTED WAY PROPERTY DATED 12/15/2000 SHOWING
EMIL HASHIMAN OWNERSHIP INTERESTS IN THE PROPERTY RECORDED INSTRUMENT NUMBER
01-0126462 IN THE COUNTY OF LOS ANGELES RECORDER OFFICE.
EXHIBIT "6A" IS THE ESCROW DOCUMENTS FROM BRENTWOOD ESCROW   DATED 7/24/2000 WHEN
HASHIMAN PURCHASED THE PROPERTY.
EXHIBIT "6B" IS THE CHECK FOR $6000.00 FROM HASHIMAN'S COMPANY, EMI CONSTRUCTION CO. TO
COLDWELL BANKER ON 7/12/2000 TO PURCHASE THE PROPERTY.
EXHIBIT "7" IS THE GRANT DEED FOR 711 ENCHANTED WAY DATED JULY 10, 2000 SHOWING EMIL
HASHIMAN AND HAWA HASHIMAN HUSBAND AND WIFE AS JOINT TENANTS RECORDED IN COUNTY
RECORDERS OFFICE OF COUNTY OF LOS ANGELES AS INSTRUMENT 00-1079427.
EXHIBIT "7A" IS ESCROW DOCUMENTS  SIGNED BY EMIL HASHIMAN WITH BRENTWOOD ESCROW FOR
THE PURCHASE OF THE 711 ENCHANTED PROPERTY ON 3/2/2000 FOR $225,000.00.
EXHIBIT "7B" IS A COPY OF THE CHECK TO COLDWELL BANKERS FROM HASHIMAN'S COMPANY EMI
CONSRUCTION FOR $6750.00 ON 2/29/2000 FOR THE PURCHASE OF 711 ENCHANTED PROPERTY.
THE ABOVE  IS INDISPUTABLE EVIDENCE THAT HASHIMAN HAD OWNERSHIP RIGHTS TO THE
PROPERTIES COUNTER TO DANAT'S FRAUD CLAIMS.

11/30/2009- COMPLAINT FILED BY ATTORNEY ERIC MORRIS AND ATTORNEY WALTER HUFF AGAINST DANIEL EGET AND GLORIA VALLES AS DEFENDANTS. CASE SC105908 SANTA MONICA REG.705 AND 711 ENCHANTED NEW CASE.

1/11/2010 STIPULATION BY PARTIES TO CONSOLIDATE BOTH CASES SC103155 AND SC105908

1/24/2010 (SUNDAY) CHAPTER 13 BANKRUPTCY PETITION FILED BY ATTORNEYS ERIC C MORRIS, WALTER HUFF AND JOHN BAKHIT FOR EMIL HASHIMAN SEE "7C"

1/25/2010 ORDER BY STATE TRIAL JUDGE TO RESCHEDULE TRIAL DATE TO 3/9/2010 PENDING BANKRUPTCY PETITION

2/1/2010 BOTH PARTIES PRESENTED EVIDENCE OF THE FRAUD FILED BY DANAT ON 3/17/09 AGAINST HASHIMAN TO THE BANKRUPTCY COURT : RELIEF FROM AUTOMATIC STAY FILED BY DANAT SEE EXHIBIT "7D"   ACTION TO NON BANKRUPTCY FORUM

EXHIBIT "7E" DOCKET #10 PAGE 24 (FILED 2/8/2010) HEREIN ATTACHED LISTS SUITS AND ADMINISTRATIVE PROCEEDINGS, PROPERTY SEIZURES UNDER ANY LEGAL OR EQUITABLE PROCESS WITHIN  ONE YEAR OF THE COMMENCEMENT OF THE CASE. HASHIMAN'S ATTORNEY ERIC MORRIS AND BANKRUPTCY JOHN BAKHIT OF MORRIS'S FIRM, BOTH IN PREPERATION OF THE BANKRUPTCY PETITION, FAILED TO REPORT DANAT'S FILING AND RECORDATION OF TWO LIS PENDENCE FILINGS OF 5/18/2009 FOR 705 AND 711 ENCHANTED WAY, PACIFIC PALISADES CA PROPERTIES ON THIS FORM ( SEE  EXHIBITS "5" AND "5A" ). ONLY DALW HOLDING'S LIEN OF FEBRUARY 2008 ON 711 ENCHANTED WAY PACIFIC PALISADES CA IS  LISTED ON THIS BANKRUPTCY DOCUMENT ON 2/08/2010. THIS "7C" BANKRUPTCY  DOCUMENT STATES DANAT'S STATE CIVIL ACTION SUIT SC103155 FILED ON 5/18/2009 WITH DANAT INVESTMENT CO.  AS PLAINTIFF AND EMIL HASHIMAN AS DEFENDANT FOLLOWED BY THE  COMPLAINT FILED BY ERIC C. MORRIS CASE NO. SC105908 FILED NOVEMBER 30, 2009 AND (ORDER OF STIPULATION) CONSOLIDATED ON JANUARY 11, 2010.  WHERE EMIL HASHIMAN IS PLAINTIFF AND DANIEL EGET, GENERAL PARTNER OF DANAT INVESTMENT CO, PUBLIC NOTARY GLORIA VALLES, (INDISPENSIBLE PARTIES: INDYMAC BANK FSB, FDIC) AS DEFENDANTS.
NATURE OF PROCEEDINGS SC103155: COMPLAINT TO QUIET TITLE, BREACH OF CONTRACT, SET ASIDE FRAUDULENT TRANSFERS, BREACH OF FIDUCIARY DUTY, FRAUD, DECEIT, COMMON COUNTS, ACCOUNTING, UNFAIRCOMPETITION,CONVERSION, INTERFERENCE W/PROSPECTIVE BUSINESS, SLANDER OF TITLE, REMEDIES. CROSS COMPLAINT:SC105908 CANCELLATION OF INSTRUMENTS, QUIET TITLE, CANCELLATION OF CLOUD ON TITLE, DECLARATORY RELIEF, FRAUD, CONSPIRACY TO DEFRAUD, TEMPORARY PRELIMINAY AND PERMINJUNCTIONS, EQUITABLE LIEN, CONVERSION, ACCOUNTING, CIVIL CONSPIRACY, UNFAIR BUSINESS PRACTICES, UNJUST ENRICHMENT, RICO. REGARDING HASHIMAN'S PROPERTY 705 AND 711 ENCHANTED WAY, PACIFIC PALISADES, CALIF. BOTH CASES IN  THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, SANTA MONICA CA. BOTH CASES "PENDING" AS OF 2/8/10 FILING OF THIS DOCUMENT. STATE TRIAL DATE SET FOR 3/9/10

3/4/2010 BANKRUPTCY HEARING :JUDGEMENT GRANTED FOR RELIEF FROM AUTOMATIC STAY  TO CREDITOR'S DANAT INVESTMENT CO, DALW HOLDINGS, UNDER 362(d)(1)  PENDING STATE TRIAL (NON BANKRUPTCY) BANKRUPTCY ESTATE WHICH INCLUDED THE FOLLOWING PROPERTIES OF HASHIMAN'S 7O5 AND 711 ENCHANTED , 5379 GRANADA MONTCLAIR,CA  5025 STATE STREET MONTCLAIR/ONTARIO CA, JEWEL AND JUNGFRAU PROERTIES IN CRESTLINE CA. (ALL ADMINISTERED )

3/9/2010 STATE CIVIL TRIAL CONSOLIDATED CASES SC103155 AND SC10598 ONE DAY TRIAL; JUDGEMENT IN FAVOR OF DANAT INVESTMENT CO PLAINTIFF/PETITIONING CREDITOR, DAN EGET AND GLORIA VALLES;  COURT ORDER FOR ACCOUNTING FOR 4/22/2010.

3/10/2010  BANKRUPTCY CREDITORS MEETING ALL CREDITORS HASHIMAN WAS NOT INVITED TO ATTEND  PLAN WAS STRUCTURED: INVOLUNARY SEISURE RECEIVER APPOINTED TO ESTATE CREDITOR UNDER RELIEF FROM AUTOMATIC STAY CONTIUES

3/12/2010 CASE DISMISSAL REQUESTED BY ATTORNEY ERIC MORRIS  CSE IS DIMISSED ON A NON DISCHARGEABLE PETITION

4/20/2010 NEW CASE FILING BY ATTORNEY WALTER HUFF CASE BC436117 NOTICE OF PENDANCY OF ACTION ON 17854 LECCO LANE PACIFIC PALISADES CA  PROPERTY FILED IN LOS ANGELES  CENTRAL DIVISION COURT AND RECORDED AS INSTRUMENT NUMBER 20100535244
PLAINTIFF EMIL HASHIMAN DEFENDANT DANIEL EGET AN INDIVIDUAL (DANAT'S GENERAL PARTNER), DANAT INVESTMENT CO. AN UNKNOWN ENTITY (DISSOLVED IN 2007) THE ESTATE OF NATHAN REESE (DANAT'S GENERAL PARTNER)
WRONG  PROPERTY DESCRIPTION. THE PROPERTY DESCRIPTION IN THE SUIT STATES "LOT 10 IN BLOCK 49 OF TRACT NO. 9300 IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES , STATE OF CALIFORNIAPER MAP RECORDED IN BOOK 125, PAGE 55 TO 78 OF MAPS IN THE OFFICE OF THE COUNTY RECORDERS OF SAID COUNTY . (SEE EXHIBIT "10" PAGE 2)
THE CORRECT PROPERTY DESCRIPTION IS: LOT 2 IN BLOCK 1 OF CASTELLAMMARE, AS PER MAP RECORDED IN BOOK 113 PAGE 3 OF 8 INCLUSIVE OF MAPS IN THE OFFICE OF THE COUNTY RECORDERS OF SAID COUNTY COMMONLY KNOWN AS 17854 LECCO LANE LOS ANGELES CALIFORNIA AS DOCUMENTED IN EXHIBIT "11", GRANT DEED RECORDED INSTRUMENT 00-0754598 LOS ANGELES COUNTY RECORDERS OFFICE. EXECUTED ON MAY 12, 2000 BY GRANTOR DANIEL J EGET TO GURANTEE, DANAT INVESTMENT COMPANY SIGNED AND STAMPED BY GLORIA VALLES NOTARY PUBLIC.
**NEWLY DISCOVERED EVIDENCE OF FRAUDULANT RECORDATION OF DOCUMENTS BY DANAT**
EXHIBIT "12"  QUITCLAIM DEED  RECORDED AS INSTRUMENT 00-0754599 IN THE COUNTY OF LOS ANGELES RECORDERS OFFICE: THE PROPERTY DESCRIPTION : "LOT 10 IN BLOCK 49 OF TRACT NO. 9300 IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES , STATE OF CALIFORNIAPER MAP RECORDED IN BOOK 125, PAGE 55 TO 78 OF MAPS IN THE OFFICE OF THE COUNTY RECORDERS OF SAID COUNTY. EXECUTED ON MAY 1, 2000 BY GRANTOR DANIEL J EGET TO GURANTEE, DANAT INVESTMENT COMPANY SIGNED AND STAMPED BY GLORIA VALLES NOTARY PUBLIC. (SIGNED BY DANIEL EGET ON 1/17/2000). THIS QUITCLAIM IS FOR 17854 LECCO LANE HOWEVER DOES NOT MATCH THE PROPERTY DESCRIPTION FOR LECCO LANE. WALTER HUFF USED THE SAME WRONG PROPERTY DESCRIPTION ABOVE IN HIS PENEDECY OF ACTION SUIT IN EXHIBIT "10".

EXHIBIT "13"; AMENDED JUDGEMENT ON 6/24/2010 FOR CASE SC103155 AND 105908 FOR 705 AND 711 ENCHANTED PROPERTIES STATE CIVIL ACTION ORIGINALLY FILED ON 5/18/09 AND 11/30/09 RESPECTIVELY JUDGEMENT ORDER GRANTED ON 3/9/10 ONE DAY TRIAL. ACCOUNTING SUBMITTED ON 4/22/2010. DOCUMENT RECORDED BY DANAT IN THE LOS ANGELES COUNTY RECORDERS OFFICE AS INSTRUMENT NUMBER 20100931032 ON 7/08/2010. ON THE DAY OF THE ORDER 6/24/2010, JUDGE ORDERS WERE TO COMPETE ACCOUNTINGS AND REIMBUSEMENT; HEARING SET FOR 8/11/10

EXHIBIT "13 A"  MINUTE ORDER DANAT VS HASHIMAN CONSOLIDATED WITH SC105908 SC103155

LEAD CASE; HEARING ON JUDGEMENT RE: REIMBURSEMENT; MATTER WAS CALLED FOR HEARING AND IS ARGUED; THE COURT ORDERS PLAINTIFF DANAT INBESTMENT TO PAY DEFENDANT EMIL HASHIMAN IN REIMBURSEMENT THE SUM OF $50,317.45 PAYABLE AT 10%PER ANNUM INTEREST FROM 4/22/2010. IF PLAINTIFF PAYS ANY LIEN AGAINST THE DEFENDANT FROM DALW HOLDINGS IN THE AMOUNT OF $15,141.00, THAT SUM IS TO BE DEDUCTED FROM THE TOTAL AMOUNT OF THE REIMBURSEMENT. PLAINTIFF IS ORDERED TO GIVE A 5 COURT DAY NOTICE TO THE DEFENDANT PRIOR TO ANY LIEN PAYMENT.
THE COURT HAS RECEIVED NOTICE OF RELATED CASES SC103155 AND BC436117. THE COURT FINDS THAT CASE NUMBER SC103155 AND BC436117 ARE NOT RELATED WITHIN THE MEANING OF CALIFORNIA RULES OF COURT 804 AND LOCAL RULE 7.3.

EXHIBIT "14" IS A CERTIFIED COPY OF THE AMENDED JUDGEMENT OBTAINED BY HASHIMAN ON 5/22/201 AND RECORDED AS INSTRUMENT NUMBER 20200022549 AT THE COUNTY OF LOS ANGELES RECORDERS OFFICE. THIS DOCUMENT HAS THE HONORABLE JUDGE KARLAN'S 8/11/2010 JUDGEMENT ORDER HAND WRITTEN ON PAGE 3 OF THE ORDER.

EXHIBITS "15" AND "15A" NOTICE OF WITHDRAWL OF LIS PENDENS ON 711 AND 705 ENCHANTED PROPERTIES AWARDED TO DANTAT ON 3/9/10 (AFTER COMMENCEMENT OF THE BANKRUPTCY OF 1/24/2010 AND BEFORE THE DISMISSAL OF THE BANKRUPTCY CASE ON 3/12/2010) RECORDED  BY DANAT AS INSTRUMENTS 20100928180 AND 20100928181 WITH THE COUNTY OF LOS ANGELES RECORDERS OFFICE.

MR. SAGHIAN, THE ABOVE HISTORY OF DANAT'S RELATIONSHIP WITH HASHIMAN IS INTENDED TO FAMILIARIZE YOU WITH THE CASE UP TO THE YEAR 2012 WHEN YOUR FIRM SENT ME A LETTER CONFIRMING YOUR REPRESENTATION OF DANAT INVESTMENT CO. AND DANIEL EGET AS COUNCEL. THE PERIOD AFTER THE DISMISSAL OF HASHIMAN'S BANKRUPTCY CASE OR POST BANKRUPTCY DISMISSAL PERIOD. I HAVE RECENTLY DISCOVERED SEVERAL DOCUMENTS THAT WAS RECORDED IN THE COUNTY OF LOS ANGELES RECORDERS OFFICE BETWEEN 2012 AND 2019 BY YOUR FIRM ON HASHIMAN'S BEHALF. THE FRAUD TAINTED CASE HAS EVOLVED POST BANKRUPTCY DISMISSAL PERIOD WITH YOUR INVOLVEMENT AS DANAT'S COUNCEL. AS ILLUSTRATE ABOVE IN THE AMENDED JUDGEMENT OF 8/11/10, THE CONSOLIDATION OF THE TWO CASES PUT DANAT AND DANIEL EGET AS PLAINTIFF /(CREDITOR) IN SC103155/105908 CASE AWARDING DANAT THE PROPERTIES AND DEFENDANT (DEBTOR) EMIL HASHIMAN AS REIMBURSED DEFENDANT FOR $50,317.46.
ON MAY 23, 2012 HASHIMAN FILED AN ABSTRACT OF JUDGEMENT AGAINST DANAT FOR THE CALCULATED $46,426.65 OWED FOR THE REIMBURSMENTS (AFTER DEDUCTING DALW HOLDINGS LIEN ON 711 ENCHANTED WHICH WAS ORDERED FOR DANAT TO PAY FROM THE $50317.46 AWARDED HASHIMAN PLUS INTEREST).THE ABSTRACT OF JUDGEMENT BY HASHIMAN WAS RECORDED IN THE COUNTY OF LOS ANGELES AS INSTUMENT NUMBER 20120770697 ON 5/23/2012 (SEE EXHIBIT  "16") LISTING DANAT INVESTMENT AS  JUDGEMENT DEBTOR IN LINE #1a  AND EMIL HASHIMAN AS JUDGEMENT CREDITOR LINE 3. LINE 8a JUDGEMENT ENTERED DATE 6/24/10 THIS SHOULD HAVE BEEN 8/11/10 AND MISTAKE WAS MADE BY HASHIMAN TO OVERLOOK THAT DETAIL SINCE THE HANDWRITTEN JUDGEMENT ORDER DATE AT THE BOTTOM OF THE PAGE WAS HARD TO READ. A MONTH AFTER FILING THE ABSTRACT JUDGEMENT, HASHIMAN RECEIVED A LETTER FROM SAGHIAN LAW FIRM HERE ATTACHED AS EXHIBIT "17". YOUR LETTER MENTIONES REMEDIES AND ACTIONS SOUGHT BY EGET & REESE FAMILIES RESULTANT FROM THE TERMINATION OF CIVILACTIONS WRONGFULLY BROUGHT BY HASHIMAN. THOSE INCLUDED 1-JUDGEMENT AGAINST HASHIMAN TO QUIET TITLE; 2- JUDGEMENT AGAINST HASHIMAN FOR COST OF SUIT; 3- AN ABSTRACT OF

JUDGEMENT HASHIMAN RECENTLY RECORDED; AND 4- THE PASSAGE OF TIME WITHIN WHICH TO FILE ANY FURTHER APPEALS. YOUR MENTION OF INTENTIONAL TORTS COMMITTED BY HASHIMAN...IN LIGHT OF THE FOREGOING , YOU MENTION, I URGE THAT YOU CONTACT THIS OFFICE FORTHWITH TO PREVENT THE IMMEDIATE FILING OF LITIGATION AGAINST YOU. SINCERELY, EDWIN SAGHIAN SHORTLY AFTER RECEIPT OF THE SAGHIAN'S LETTER,  SAGHIAN WAS CONTACTED AND A DATE OF 10/10/2012 WAS SET TO PICK UP THE CAHIERS CHECK FROM DANAT FOR THE $46,426.65 DEMANDED BY THE ABSTRACT OF JUDGEMENT FILED. DANAT DISPUTED THE AMOUNT DEMANDED AND THE MEETING WAS MOVED TO 10/25/2012. SAGHIAN HAD PREPARED THE AKNOWLEDGEMENT OF SATISFACTION OF JUDGEMENT DOCUMENT FOR HASHIMAN TO DELIVER WITH THE NOTARY SEAL TO THE 10/25/2012 MEETING. ARRANGEMENTS WERE THEN MADE FOR 10/30/2012 TO PICK UP THE SETTLED $40,154.92 CASHIERS CHECK. THE CORRECTION ON THE DATE WAS MADE ON THE DOCUMENT FROM 10/25/2012 TO 10/30/2012 AND REQUIRED A NEW NOTARY SEAL WHICH WAS PROVIDED AT THAT MEETING. MR. SAGHIAN WAS LEFT TO RECORD THE DOCUMENT WITH THE RECORDERS OFFICE. HASHIMAN HAS RECENTLY DISCOVERED THAT THE ABOVE DESCRIBED DOCUMENT WAS RECORDED ON 11/13/2012 AS INSTRUMENT NUMBER 20121719102 WITH THE COUNTY OF LOS ANGELES RECORDERS OFFICE . WITHOUT HASHIMAN'S KNOWLEDGE, SAGHIAN ADDED 2 EXTRA PAGES TO THE ACKNOWLEDGEMENT OF SATISFACTION OF JUDGEMENT AS SEEN IN EXHIBITS "19B" AND "19C". THE PHRASE "SEE EXHIBIT A" WAS ADDED TO  BOX NUMBER 6 OF THE ACKNOWLEDGEMENT OF SATISFACTION WITHOUT HASHIMAN'S KNOWLEDGE OR CONSENT. "EXHIBIT A" IS THE PROPERTY ADDRESS AND PROPERTY DESCRIPTION FOR THE 17854 LECCO LANE  LOS ANGELES PROPERTY  SEE EXHIBIT "19B". THE DATE AND INSTRUMENT NUMBER IN LINE 6 DOES MATCH THE ABSTRACT OF JUDGEMENT FILED BY HASHIMAN ON 5/23/2012
IT IS UNCERTAIN WHY YOUR FIRM WOULD ATTACH THE LECCO PROPERTY WHEN THE SATISFACTION OF JUDGEMENT HAS  CASE NUMBER SC103155 WRITTEN IN THE CASE NUMBER BOX, AS WE KNOW THAT CASE PERTAINS TO ONLY 705 AND 711 ENCHANTED PROPERTIES AND HAS NOTHING TO DO WITH LECCO LANE. PLUS, THE ABSTRACT OF JUDGEMENT FILED BY HASHIMAN ON 5/23/2012 WAS ONLY MONEY JUDGEMENT AND HAD NO MENTION OF ANY PROPERTY. AGAIN TO REMIND YOU, DANAT WAS THE JUDGEMENT CREDITOR IN CASE SC103155 OBTAINING BOTH 705 AND 711 ENCHANTED PROPERTIES FROM JUDGEMENT DEBTOR EMIL HASHIMAN. THE ONLY TIME HASHIMAN OBTAINED JUDGEMENT CREDITOR STATUS IN THIS CASE WAS FOR THE REIMBURSABLE FUNDS. THIS DOCUMENT WILL BE SENT TO THE DISTRICT ATTORNEYS OFFICE FOR EVALUATION FOR FRAUD AND FALSIFYING DOCUMENTS FOR RECORDING.
EXHIBIT "20" IS A COPY OF THE SAME ACKNOWLEDGEMENT OF SATISFACTION OF JUDGEMENT SIGNED BY HASHIMAN ON 10/30/2012  AT SAGHIAN'S BEVERLY HILLS OFFICE, THIS TIME YOUR OFFICE WHITED OUT THE DATE OF 10/30/2012 NEXT TO HASHIMAN'S SIGNATURE AND LEFT THE OCTOBER 25, 2012 UNCORRECTED. YOUR FIRM ALSO DELETED THE PHRASE "SEE EXHIBIT A" FROM BOX #6 PRIOR TO FILING IT WITH THE LOS ANGELES SUPERIOR COURT ON NOVEMBER 08, 2012. THE DATE AND INSTRUMENT NUMBER IN LINE 6 DOES MATCH THE ABSTRACT OF JUGEMENT FILED BY HASHIMAN ON 5/23/2012
THEN ON 11/01/2012, TWELVE DAYS PRIOR TO RECORDING THE FLAWED ACKNOWLEDGEMENT WITH THE LECCO PROPERTY ATTACHED , DANAT INVESTMENT COMPANY RECORDED A GRANT DEED GRANTING THE 17854 LECCO LANE PROPERTY TO A SHALE JWJ INVESTMENTS CORPORATION. THE RECORDED DOCUMENT IS HEREIN ATTACHED AS EXHIBIT "21" RECORDED AS INSTRUMENT NUMBER 20121659353 RECORDED WITH THE COUNTY OF LOS ANGELES RECORDER OFFICE. THIS DOCUMENT WAS PREPARED ON 10/3/2012 AND SIGNED BY DANIEL EGET'S DAUGHTER PAMELA JUHOS ON BEHALF OF DANAT INVESTMENT CO, A GENERAL PARTNERSHIP,  AUTHORIZED SIGNER ON 10/05/2012.

7

STILL ANOTHER TRANSFER DEED FOR 17854 LECCO LANE LOS ANGELES CA PROPERTY; EXHIBIT "22" SHOWS JWJ INVESTMENTS, INC., A CALIFORNIA CORPORATION HEREBY GRANTS TO JWJ REAL ESTATE LLC, A CALIFORNIA LIMITED LIABILITY COMPANY THE REAL PROPERTY AT 17854  LECCO LANE PACIFIC PALISADES CA 90272 ALSO KNOWN AS LOT 2 BLOCK 1 OF  CASTELLAMMARE, IN THE CITY OF LOS ANGELES , STATE OF CALIFORNIA RECORDED IN BOOK113, PAGES 3 TO 8  INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. EXECUTED ON 02/23/2017 BY JIAN HUI XU , PRESIDENT OF JWJ INVESTMENTS, INC. THE DOCUMENT WAS RECORDED ON 02/24/2017 AS INSTRUMENT NUMBER 20170221527 AT THE OFFICE OF THE RECORDERS AT THE COUNTY OF LOS ANGELES.

ON APRIL 23, 2019 YOUR FIRM ENGAGED YET IN ANOTHER FRAUDULANT RECORDING. THIS ACKNOWLEDGEMENT OF SATISFACTION OF JUDGEMENT WAS RECORDED WITH THE COUNTY OF LOS ANGES RECORDERS OFFICE AS INSTRUMENT 20190362511 HEREIN ATTACHED AS EXHIBIT "23".

THIS TIME THE DATE AND INSTRUMENT NUMBER IN LINE 6 **DOES NOT** MATCH THE ABSTRACT OF JUDGEMENT FILED BY HASHIMAN ON 5/23/2012. THE DOCUMENT HAS THE DATE AS 7/8/10 INSTEAD OF 5/23/2012 AND INSTRUMENT NUMBER 20100931032 INSTEAD OF 20120770697. THE INSTRUMENT NUMBER USED HERE IS THE BLANK AMENDED JUDGEMENT DOCUMENT FILED BY MR. MATT KOHN OF IMHOFF & ASSOCIATES,  CRIMINAL DEFENSE ATTORNEY FOR DANAT INVESTMENT CO AND DANIEL J. EGET ON 7/8/2010. SEE EXHIBIT "13".
 IN LATE DECEMBER 2019, FOUND THE  4/23/2019 RECORDED DOCUMENT IN HIS UNOPENED MAIL. HASHIMAN KNEW THAT THIS DOCUMENT WAS NOT RECORDED BY HIM AND A FRAUD HAD TAKEN PLACE.  HASHIMAN FOUND THE ORIGINAL  ACKNOWLEDGEMENT OF SATISFACTION OF JUDGEMENT WHICH HASHIMAN HAD PREPARED ON 10/10/2012 FOR THE FIRST MEETING WITH SAGHIAN . THE UNRECORDED DOCUMENTS WERE THEN FILED AND RECORDED AS INSTRUMENT NUMBER 20200022549 ON 1/7/2010 IN THE OFFICE OF THE RECORDER CLERK AT THE LOS ANGELES COUNTY RECORDERS OFFICE.
THE 17854 LECCO PROPERTY WAS ONE OF THREE PROPERTIES IN THE DANAT -HASHIMAN 2-21-2001 PARTNERSHIP AGREEMENT OR MEMORANDUM WHICH DANAT HAS USED  THROUGHOUT THESE PROCEEDINGS. I DO RECALL THAT THE MEMORANDUM WAS ONLY EFFICTIVE FOR TWO YEARS. PLEASE CHECK YOUR RECORDS.

### 705 ENCHANTED WAY PACIFIC PALISADES CA

AS MENTIONED ABOVE, BOTH 705 AND 711 ENCHANTED PROPERTIES WERE GRANTED TO DANAT POST BANKRUPCY DISMISSAL. DANAT HAD A LIEN ON HASHIMAN'S BANKRUPTCY ESTATE PENDING NON BANKRUPTCY FORUM "STATE JUDGEMENT" WHICH WAS RENDERED ON 8/11/2010. LIS PENDENCE WITHDRAW BY DANAT ON THE ENCHANTED PROPERTIES WERE FILED ON 7/7/10 AS SEEN IN EXHIBIT"15". HASHIMAN HAD A $190,000.00 LOAN WITH INDYMAC /ONE WEST ON THE THE 705 ENCHANTED PROPERTY SINCE HIS PURCHASE IN 2000. THE $190,000 LOAN WAS REPORTED IN HASHIMAN'S BANKRUPTCY PETITION ALONG WITH THE TWO ENCHANTED PROPERTIES.
AN ORDER BY THE STATE COURT HEREIN ATTACHED AS EXHIBIT "25" IS A COPY OF THE ORDER REQUEST BY DANAT TO PAYOFF IN CASH AND IN FULL, BANK LOAN BALANCE  ON LOT NO. 41 AT 705 ENCHANTED WAY ON 1/11/2010. ON JANUARY 7, 2020, FOUND THE FOLLOWING THREE DOCUMENTS RECORDED AGAINST HASHIMAN IN 2012 REGARDING 705 ENCHANTED WHICH DANAT HAD CONTROL OVER SINCE 6/24/2010.
1- 1/25/2012; EXHIBIT "26" SUBSTITUTION OF TRUSTEE DOCUMENT FROM MERIDIAN FORECLOSURE SERVICES :RECORDED  AS INSTRUMENT NUMBER 20120130145 REGARDING THE $190,000 INDYMAC LOAN WHICH DANAT WAS TO PAYOFF.
2-1/26/2012 EXHIBIT "27" NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

FORECLOSURE TRUSTEE SALE NO 21391CA FOR THE DEFAULT IN THE INDYMAC LOAN IN HASHIMAN'S NAME. RECORDED DOCUMENT INSTRUMENT NUMBER 20120130146 LA COUNTY RECORDER OFFICE.
3- 4/26/2012 EXHIBIT "28", "NOTICE OF TRUSTEE SALE" INSTRUMENT NUMBER 20120617022 RECORDED WITH THE COUNTY OF LOS ANGELES RECORDERS OFFICE
DANAT'S FAILURE AND MALACE TO FULLFIL THE COURT ORDER TO TRANSFER OF TITLE TO DANT'S NAME FROM HASHIMAN'S NAME THEN ALOOWING THE PROPERTY TO GO INTO FORECLOSURE WHILE IN HASHIMAN'S NAME SHOWS FRAUD AND INTENTIONAL INJURY.
PUBLIC RECORDS INDICATE THAT RS FAMILY PARTNERSHIP, LP (REZA SARANBAHA) PURCHASED THE PROPERTY IN THE FORECLOSURE SALE .
                    711 ENCHANTED WAY PACIFIC PALISADES CA
4- 8/17/18 EXHIBIT "29" "JUDGEMENT BY COURT ORDER BY DEFAULT ; CLAIM FOR QUIET TITLE FOR 711 ENCHANTED WAY PACIFIC PALISADES"  INSTRUMENT NUMBER 20180833961 RECORDED IN THE OFFICES OF THE RECORDERS OF THE LOS ANGELES COUNTY RECORDERS OFFICE.
STATE COURT ACTION BC629283; PLAINTIFF: RS FAMILY PARTNERSHIP (SARANBAHA)- DEFENDANTS: DANAT INVESTMENT COMPANY AGENERAL PARTNERSHIP(DISSOLVED) ; JEANNE A. EGET, TRUSTEE OF THE EGET 1988 FAMILY TRUST DATED DECEMBER 5,1988; LAWRENCE  R. GORDON, TRUSTEE OF THE GLORIA R REESE 2013 TRUST DATED APRIL25, 2013
JUDGEMENT IN FAVOR OF RS FAMILY PARTNERSHIP BY DEFAULT AGAINST DEFENDANT DANAT INVESTMENT CO.
THE ABOVE TWO RECORDINGS ILLUSTRATES DANAT AND SARANBAH'S PLOT AGAINST HASHIMAN BEGINING FROM 2000 TO PRESENT IN TAKING AWAY HASHIMAN' S RIGHTS BY FRAUD AND DECIET USING STATE AND BANKRUPTCY COURTS TO ACHIEVE IT, CIVILY AND CRIMINALLY. AS INDICATED IN EXHIBIT "3A"
HASHIMAN BELIEVES THAT DANAT AS A CREDITOR  AND LIEN HOLDER TO HASHIMAN'S BANKRUPTCY ESTATE OF 2010, HAS BEEN ACTIVE THROUGH THE TRUSTEE(S) AND RECEIVER(S) IN RENEWING ITS LIEN IN THE BANKRUPTCY COURT AND ITS RELIEF FROM AUTOMATIC STAY 362(d)(1).UTILIZING SHALE CORPORATIONS AND CONVERSIONS IS CURRENTLY ENGAGED WITH RS FAMILY PARTNERSHIP AND OTHER THIRD PARTIES  IN LIQUIDATING THE UNSECRED ASSETTS OF THE ESTATE IN THE BANKRUPTCY ESTATE SALES WHICH STARTED TO EMERGE ON THE TENTH ANAVERSARY OF HASHIMAN'S BANKRUPTCY COMMENCEMENT DATE 1/24/2020. DANAT AND THIRD PARTIES ARE ACTIVELY ENGAGED IN RENEWING THEIR RELIEF FROM AUTOMATIC STAY USING NUMEROUS MISLEADING FRAUD TAINTED BANKRUPTCY PETITIONS  UNDER BK RULES 6007 ,6004, 363(b)(1) and (f) . CHAPTER 7 TRUSTEES ARE INGAGED IN SECURING HASHIMAN'S DISMISSED -RESTRICTED-CLOSED- NON DICHARGEABLE BANKRUPTCY ESTATE'S UNSECURED REAL PROPERTIES TO SATISFY DANAT'S FRAUDULANT UNCHALLENGED CLAIMS. DANAT AND RS FAMILY PARTNERSHIP LLP THROUGH NON BANKRUPTCY , STATE TRUSTEE/RECEIVER ARE ACTIVELY ENGAGED IN CONVERTING THE ENCHANTED PROPERTIES FROM THE ESTATE INTO A CHAPTER 11. HASHIMAN HAS OPPOSED MANY OF THE CURRENT ESTATE SALES THAT EMERGED ON OR ABOUT 1/24/2020 GAINING INFORMATION FROM THE COURT'S WEB SITE SEE EXHIBIT "30"
BELOW ARE THE LIST OF CURRENT ACTIVE CASES IN WHICH HASHIMAN HAS OPPOSED AND APPEALED;  SEE CASE DOCKETS FOR HASHIMAN'S OPPOSITION AND OBJECTION PLEADINGS.
8:19-BK-13858-ES B. ELIFF FRAUDULANT CASE OF PROPERTY TRANSFERRS OPPOSED SALE 3/12/20
8:19-BK-13874-ES RELATED CASE  JOINTLY ADMINISTERED
8:19-BK-13875-ES "         "          "            "
9:17-BK-12045-DS  MAIN CASE (CONVERSION) OPPOSITION TO SALE OF STORAGE ASSETS 3/19/20
6:19-BK-13367-SY CHAPTER 7 OPPOSED SALE OF ESTATE ON 3/18/20 PENDING APPEAL
 MR. SAGHIAN, PLEASE PROVIDE THIS DEBTOR ANY CLAIMS OR JUDGEMENTS THAT DANAT HAS

CLAIMS THAT IS NOT MENTIONED IN THIS LETTER.YOUR ACTIONS AND ACTIVITIES OF THE PAST TEN
YEAR OR MORE ARE REASONABLE CAUSES FOR ME TO SUSPECT SUCH ACTIVITIES FROM DANAT.
HASHIMAN HAS FILED AN APPEALED ON 5/4/2020 AN ORDER DENYING APPLICATION TO REOPEN THE
CASE CASE NUMBER 6:10-BK-11820-WJ

SINCERELY,
EMIL HASHIMAN

14381 RAFAEL ST
CABAZON CA. 92230

TO: DANAT INVESTMENT CO
DANIEL J. EBET (General Pa
C/O Attorney MATT KOHN
IMHOFF P ASSOCIATES

844 25TH STREET
SANTA MONICA CALIFORNIA
.90403



14381 RAFAEL ST
CABAZON CA 92230

To: DANAT INVESTMENT COM.
c/o Attorney Jeffrey Shinbrot
8200 WILSHIRE BLVD
SUITE 400
BEVERLY HILLS CA
90211



CABAZON
CABAZON, CA 92230-9998
051086-0230
(800)275-8777
05/04/2020 01:35 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | $0.55 | $0.55 |

    (Domestic)
    (PASADENA, CA 91101)
    (Weight:0 Lb 0.50 Oz)
    (Estimated Delivery Date)
    (Thursday 05/07/2020)

Certified                                  $3.55
    (USPS Certified Mail #)
    (70151660000049307058)

Total:                                     $4.10

Cash                                      $20.00
Change                                   ($15.90)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

        Preview your Mail
        Track your Packages
        Sign up for FREE @
        www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

        HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

            Go to:
    https://postalexperience.com/Pos

    840-5920-0117-001-00017-81719-02

    or scan this code with
    your mobile device:



    or call 1-800-410-7420.

    YOUR OPINION COUNTS

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

PASADENA, CA 91101

| | | |
|---|---|---|
| Certified Mail Fee $3.55 | | 0230 |
| $ | | 11 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Postmark |
| ☐ Adult Signature Required $ $0.00 | | Here |
| ☐ Adult Signature Restricted Delivery $ $0.00 | | |
| Postage $0.55 | | |
| | | 05/04/2020 |
| Total Postage and Fees $4.10 | | |

Sent To  _Michael Plotkins_
Street and Apt. No., or PO Box No. _P.O.S. Lake Ave #702_
City, State, ZIP+4® _Pasadena CA 91101_

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 1660 0000 4930 7058

LETTER TO
PETITIONING CREDITOR 2
DALW HOLDINGS
SENT 5/

To: Dalw Holdings
Attorney: Michael Plotkins
80 South Lake Avenue Suite 725
Pasadena California 91101

150 South Los Robles Ave. #910
Pasadena CA 91101
626-568-8088

From: Emil Hashiman
14381 Rafael Street
Cabazon California 92230

Date 4/30/2020

Re: Your client John Boardman, DALW Holdings and your claims against my Bankruptcy Case 6:10-bk-11820-PC in 2010.

Dear Mr. Plotkins,
You were a petitioning Creditor in my chapter 13 bankruptcy case. You recorded an abstract of judgement, document #20080485173 recorded in the Los Angeles County recorders office on 3/20/2008 for An estimated $15,117.68 against me Emil Hashiman, operating Afghan Palace /Rancho kabob for a unlawful detainer suit for a commercial lease where $5,000.00 was paid and $10,000 was still owed as shown in document docket #10 page 23 herein attached.(see Exhibit A)
Breif History:
The five year lease commenced on January, 4, 2006 for $4499.20 first payment started on April 1, 2006. The contract increased to 4,665.50 on 1-1-2007. My business was shut down in 2007 by the health department issuing citations due to insect infestation caused by the mildew in the walls from leaking roof. Despite my complaints, the roof was not replaced and my rent was delayed and your clients, John Boardman filed a law suit and as well as fileing a lien against my 711 Enchanted Way Pacific Palisades CA property as well. Judgement granted DALW Holdings for the suit in the amount shown above. A $5000 payment was made towards the judgement in 2008 and the business was reopened untill June, 2010. The Health department Red Tagged the building in July 2010 due to MILDEW caused from lack of landlord maintinance (Leaking roof).

In the State civil trial SC 103155 commenced on 3/9/2010, after the commencement of the Bankruptcy petition of 1/24/2010, judgement of Quiet tile for 705 and 711 Enchanted way were granted to petitioning Creditor/ Plaintiff Danat Investment Company pending Reimbursments accounting granted to Debtor/ Defendant Emil Hashiman (see Exhibit B). On 6/24/2010, Amended Judgement rendered by the State Court awarding Emil Hashiman $50,317.45 in reimbursment stating the following :Plaintiff shall be entitled to pay off any existing lein on either 705 or 711 Enchanted Way , held by DALW Holdings, within the next 30 days (by 9/11/10), Upon giving 5 court days notice to D Hashiman so that D can bring Ex Parte application to this court to resolve any disputes. On 8/11/2010 a Hearing on Judgement RE: Reimbursement was held and the Order states the following: The Court orders Plaintiff Danat Investment to pau the defendant Emil hashiman in reimbursement the sum of $50,317.45 payable at 10%per annum interest from 4/22/2010. If Plaintiff pays any lien against the defendant from DALW Holdings in the amount of $15,141.00, that sum is to be deducted from the total amount of the reimbursement. Plaintiff is ordered to give 5 court day notice to the defendant prior to any lien payment. ( see page 6) An explanation of DALW Holdings account and

payment by Danat Investment to DALW Holdings is hand written ot the bottom of page 6 where Danat Investment deducted the $10,000 taking into account the $5000.00 previously paid to DALW Holdings by Emil Hashiman in 2008 thus giving Defendant Emil Hashiman a Cashier check for $40,154.92 on 10/30/2012 a copy of the check is herein attached as Exhibit C.

Mr. Plotkin, upon checking the Los Angeles County Recorders office  on 1/7/2020 and filing document 20200022549 for the Danat and not finding an Acknowledgement of Satisfaction of Judgement for your Abstract of judgement, I called you on the phone and asked why that satisfaction was not filed. You told me that DALW Holdings had not been paid. Is it your intention to collect twice with incurred interest on a twelve year loan. Is it your intention to again indulge in bad faith in misleading the courts in deception? I believe that the recorded, verified and  indisputable evidence herein will advance you in filing a Aknowledement of Satisfaction of Judgement in both San Bernardino and Los Angeles County Recorders office.


 Sincerely
Emil Hashiman

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,300.00** | **RENTS RECEIVED ON 5025 STATE STREET, MONTCLAIR, CA 91763** |

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **DALW HOLDINGS, LLC** **1659 S OAK KNOLL AVE** **San Marino, CA 91108** | | **$5,000.00** | **$10,000.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **DALW HOLDINGS, LLC** **1659 S OAK KNOLL AVE** **San Marino, CA 91108** **CREDITOR IS LANDLORD OF DEBTOR** | **5,000 PAID JANUARY 2008** | **$5,000.00** | **$10,000.00** |

*EXHIBIT B*




**This page is part of your document - DO NOT DISCARD**



## 20200022549

Pages:
0009

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**01/07/20 AT 04:50PM**

| | |
|---|---:|
| FEES: | 41.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 116.00 |





**L E A D S H E E T**



202001073240060

**00017713828**



010421566

SEQ:
01

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E646114




*PAGE 1*

EJ-100

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
After recording return to:

_EMIL HASHIMAN_
_P.O. BOX 418_
_MONTCLAIR CA 91763_
TELEPHONE NO. *(Optional):* _909 450 - 9668_
FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* _IN PRO PER_

01/07/2020

*20200022549*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF _LOS ANGELES_
STREET ADDRESS: _1725 MAIN ST._
MAILING ADDRESS:
CITY AND ZIP CODE: _SANTA MONICA CA 90401_
BRANCH NAME: _SANTA MONICA WEST DISTCT_

FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY

PLAINTIFF: _DANAT INVESTMENT COMPANY_

DEFENDANT: _EMIL HASHIMAN_

CASE NUMBER:
_SC 103155_

| ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT | FOR COURT USE ONLY |
|---|---|

[✓] FULL    [ ] PARTIAL    [ ] MATURED INSTALLMENT

1. Satisfaction of the judgment is acknowledged as follows:
   a. [✓] Full satisfaction
      (1) [ ] Judgment is satisfied in full.
      (2) [✓] The judgment creditor has accepted payment or performance other
          than that specified in the judgment in full satisfaction of the
          judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been
      satisfied as of *(date):*

2. Full name and address of judgment creditor:*
   _EMIL HASHIMAN_
   _P.O. BOX 418, MONTCLAIR CA 91763_      _EXHIBITS INCLUDED_
3. Full name and address of assignee of record, if any:      _EXHIBIT A - CERTIFIED COPY OF AMENDED JUDGMENT 6/24/10_
   _EXHIBIT B - RENEWAL - UPDATED MINUTE ORDER 8/11/10_
   _TOTAL JUDGEMENT IS $0,154.92 (SEE EXHIBIT -B)_

4. Full name and address of judgment debtor being fully or partially released:*
   _DANAT INVESTMENTS, 9711 W. PICO BLVD : SUITE PHE LOS ANGELES CA 90035 (CREDITOR+DEBTOR)_
   _EMIL HASHIMAN, P.O. BOX 418, MONTCLAIR CA 91763 (CREDITOR+DEBTOR)_
5. a. Judgment entered on *(date):* _6/24/10_
   b. [X] Renewal entered on *(date):* _8/11/10_

6. [ ] An [✓] abstract of judgment [ ] certified copy of the judgment has been recorded as follows *(complete all
   information for each county where recorded):*

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| _LOS ANGELES_ | _5/23/2012_ | _20120770697_ |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

NOTICE TO JUDGMENT DEBTOR: If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each
county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of
State to terminate any judgment lien on personal property.

Date: _10/10/2012_

▶ _(signature)_
(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)

_EMIL HASHIMAN_

Page 1 of 1

*The name of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary
acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. January 1, 2005]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Code of Civil Procedure, §§ 724.060,
724.120, 724.250

_Pg 2_

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of San Bernardino

On 10-10-2012 before me, Raul Esparza, Notary Public
      Date                                 Here Insert Name and Title of the Officer

personally appeared Emil Hashiman
                                     Name(s) of Signer(s)

RAUL ESPARZA
Commission # 1883671
Notary Public - California
Riverside County
My Comm. Expires Apr 4, 2014

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                             Signature of Notary Public

Place Notary Seal Above

—————————— OPTIONAL ——————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document** Demand for payment

Title or Type of Document: Acknowledgement of Satisfaction of Judgment

Document Date: 10-10-12        Number of Pages: 1 & 1 Total of Two

Signer(s) Other Than Named Above: SAME

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer Is Representing:
_____
_____

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer Is Representing:
_____
_____

Pg 3

3

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JUN ‹ 4 2011

John A. Clarke, Executive Officer/Clerk

1
2
3
4
5
6
7    **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
8    **IN AND FOR THE COUNTY OF LOS ANGELES**
9    (West District)
10
11
12   DANAT INVESTMENT COMPANY, a          )    **SC 103155**
     California general partnership;      )    Consolidated w/ SC 105908
13                                         )    Hon. Craig D. Karlan, Judge
                                          )
14          Plaintiffs,                    )
                                          )
15   vs.                                   )
                                          )
16   EMIL HASHIMAN, an individual;         )    **AMENDED**
     All Persons Unknown, Claiming Any Legal )  **J U D G M E N T**
17   or Equitable Right, Title, Stake, Lien, or )
     Interest in the Properties Described in the )
18   Complaint and Adverse to Plaintiff's Title, or )
     Any Cloud on Plaintiff's Title to Those )
19   Properties; DOES 1-20, inclusive,     )
                                          )
20          Defendants.                    )
                                          )
21                                         )
                                          )
22                                         )
                                          )
23                                         )
                                          )
24                                         )
                                          )
25                                         )
                                          )
26                                         )
27
28                              1

JUDGMENT AFTER COURT TRIAL

P 4

4

1

2      April 19, 20, and 22, 2010, the Court conducted the trial of this action in

3  Department "N" of the Los Angeles County Superior Court, Santa Monica. Hon. Craig D.

4  Karlan, Judge presiding. Matt Kohn (sbn 97660) appeared on behalf of plaintiff DANAT

5  INVESTMENT COMPANY. Walter R. Huff (sbn 144366) and Eric C Morris (sbn 243425)

6  appeared on behalf of defendant EMIL HASHIMAN. The parties introduced oral and

7  documentary evidence, and submitted the case for decision. The Court, having

8  considered and heard the arguments of counsel, hereby enters Judgment:

9

10      It is ordered that Judgment is awarded in this action in favor of plaintiff DANAT

11  INVESTMENT COMPANY and against defendant EMIL HASHIMAN:

12      Judgment is awarded in favor of plaintiff DANAT INVESTMENT COMPANY and

13  against defendant EMIL HASHIMAN for Quiet Title to the following described real

14  properties, together with all appurtenances, rents, and profits, and to forever quiet good

15  title in plaintiff DANAT INVESTMENT COMPANY against the claims and demands of

16  defendant EMIL HASHIMAN:

17

18      **705 Enchanted Way, Pacific Palisades, California 90272:**
19       Lot 41 of Tract 21995, in the City of Los Angeles, County of Los Angeles, State
20       of California, as per Map recorded in Book 590 Pages 44 to 48 inclusive of
         Maps, in the Office of the County Recorder of said County.
21
22      **711 Enchanted Way, Pacific Palisades, California 90272:**
23       Lot 42 of Tract 21995, in the City of Los Angeles, County of Los Angeles, State
         of California, as per Map recorded in Book 590 Pages 44 to 48 inclusive of
24       Maps, in the Office of the County Recorder of said County.

25
26      Judgment is awarded in favor of plaintiff DANAT INVESTMENT COMPANY and

27  against defendant EMIL HASHIMAN for breach of written contract -- the Memorandum

28                                          2

                        JUDGMENT AFTER COURT TRIAL

P-5

1   referred to as Trial Exhibit 8 -- by repudiation and rendering the Memorandum

2   terminated and cancelled with respect to the 705 and 711 Enchanted Way

3   properties, so there is no obligation on the part of plaintiff DANAT INVESTMENT

4   COMPANY to perform under it.

5

6     It is ORDERED plaintiff DANAT INVESTMENT COMPANY shall pay as

7   reimbursement ~~$50,317.45~~ _CK_ principal amount to defendant EMIL HASHIMAN with interest of

8   10% per annum from _4/22/10_, REDUCED BY ANY EXISTING

9   DALW HOLDINGS LIEN. ~~The Court shall retain jurisdiction for either party to~~ _CK_  ** *

    ~~substantiate said principal amount.~~

10

11    It is ORDERED plaintiff DANAT INVESTMENT COMPANY shall recover its costs of

12   suit incurred in this action, under law, by statute, or in contract, in the amount of

13   #3,890.80

14

15

16   Date: _6/24/10_

17

18                              _CK_

19

20                         JUDGE OF THE SUPERIOR COURT

21   CASE NO. SC103155
     Page 2 of 3 page Judgment
22

23

24   ** PLAINTIFF SHALL BE ENTITLED TO PAY OFF

25   ANY EXISTING LIEN ON EITHER 705 OR 711

26   ENCHANTED WAY, HELD BY DALW HOLDINGS, ~~WITHIN~~

27   WITHIN THE NEXT 30 DAYS (BY 9/11/10), UPON

28   ~~WITH~~ GIVING 5 COURT DAYS NOTICE TO D HASHIMAN
     FIRST
                              3
     SO THAT D CAN BRING AN EX PARTE APPLICATION BEFORE
     THIS COURT TO RESOLVE ANY DISPUTES. _CK_ 8/11/10 P6

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 08/11/10

DEPT. WEN

HONORABLE   CRAIG D. KARLAN   #11   JUDGE   F. HINOJOSA   DEPUTY CLERK

HONORABLE   JUDGE PRO TEM   ELECTRONIC RECORDING MONITOR

J. MORGAN, CT ASST   Deputy Sheriff   T. McCOWAN, CSR# 10147   Reporter

8:45 am   SC103155

DANAT INVESTMENT COMPANY
VS
EMIL HASHIMAN

CONSOLIDATED WITH SC105908
SC103155 LEAD CASE

Plaintiff Counsel   MATT KOHN (X)

Defendant Counsel   WALTER R. HUFF (X)

**NATURE OF PROCEEDINGS:**

HEARING ON JUDGMENT RE: REIMBURSEMENT;

Matter is called for hearing and is argued.

The Court orders plaintiff Danat Investment to pay
the defendant Emil Hasiman in reimursement the sum of
$50,317.45 payable at 10% per annum interest from
4/22/2010. If plaintiff pays any lien against the
defendant from DALW Holdings in the amount of
$15,141.000, that sum is to be deeucted from the
total amount of the reimbursement. Plaintiff is
ordered to give a 5 court day notice to the defendant
prior to any lien payment.

The Court has received Notice of Related cases
SC103155 and BC436117. The Court finds that case
numbers SC103155 and BC436117 are not related within
the meaning of California Rules of Court 804 and Local
Rule 7.3.

Clerk is to give notice.

          CLERK'S CERTIFICATE OF MAILING/
             NOTICE OF ENTRY OF ORDER

I, the below named Executive Officer/Clerk of the
above-entitled court, do hereby certify that I am not
a party to the cause herein, and that this date I

Page   1 of 2   DEPT. WEN

MINUTES ENTERED
08/11/10
COUNTY CLERK

*DALW HOLDINGS LIEN ON 711 ENCHATED WY WAS FILED
AS AN ABSTRACT OF JUDGMENT DOC #20080485173 ON 3/20/08 FOR $15,117.58
DALW WAS PAID $5,000.00 IN 2008, $10,000.00 REMAINING BALANCE ON
THE DATE OF THIS ORDER
DANAT PAID OFF DALW TO REMOVE LIEN ON 711 ENCHATED WY (10,000)
THE AMOUNT OF REIMBURSED JUDGEMENT WAS $50,317.45
A TOTAL OF $40,154.92 WAS PAID BY              - 10,000.00
DANAT TO EMIL HASHMAN AS FULL      Interest 162.53
REIMBURSTMENT JUDGEMENT  Emil H___   $40,154.92*

Pg 8

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 08/11/10

DEPT. WEN

HONORABLE CRAIG D. KARLAN     JUDGE | F. HINOJOSA     DEPUTY CLERK
#11

HONORABLE     JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR

J. MORGAN, CT ASST    Deputy Sheriff | T. McCOWAN, CSR# 10147     Reporter

8:45 am | SC103155

DANAT INVESTMENT COMPANY
VS
EMIL HASHIMAN

CONSOLIDATED WITH SC105908
SC103155 LEAD CASE

Plaintiff
Counsel    MATT KOHN (X)

Defendant
Counsel    WALTER R. HUFF (X)

NATURE OF PROCEEDINGS:

served Notice of Entry of the above minute order of
8/11/2010 upon each party or counsel named below by
depositing in the United States mail at the courthouse
in Santa Monica, California, one copy of the
original entered herein in a separate sealed envelope
for each, addressed as shown below with the postage
thereon fully prepaid.

Date: August 12, 2010

John A. Clarke, Executive Officer/Clerk

By: _____
        F. Hinojosa, Deputy Clerk

MATT KOHN, ESQ.
844 25TH STREET
SANTA MONICA, CALIFORNIA 90403

WALTER R. HUFF, ESQ.
9559 CENTER AVENUE, SUITE F
RANCHO CUCAMONGA, CALIFORNIA 91730

Page    2 of  2    DEPT. WEN

MINUTES ENTERED
08/11/10
COUNTY CLERK

Pg 9

282111107 NEW 01/08 88100043

**CHASE** ◯

CASHIER'S CHECK

1157317968    91-2 / 1221

Date    10/30/2012

Remitter    DANAT INVESTMENT COMPANY

Pay:    FORTY THOUSAND ONE HUNDRED FIFTY FOUR DOLLARS AND 92 CENTS

Pay To The
Order Of    EMIL HASHIMAN

$    *******40,154.92 ***

Drawn    JPMORGAN CHASE BANK, N.A.

*Michael Andrews*

Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈ 1157317968⑈ ⑆1221000 24⑆ 80600 2234⑈

CHECK PAID By DANAT Attorney
SAGHIAN LAW FIRM

Pg 1D

CERTIFIED LETTER SENT

LETTER TO _____LTY MORTGAGE
LENDERS WHOM BANKRUPTCY
ATTORNEYS ILL NOT LIST ON
THE BANK_____ SCHEDULE
LOAN WAS OBTAINED BY
HASHMAN ON 3/9/10 THREE
DAYS BEING CASE DISMISSAL


POST COMMENCEMENT CREDITOR

13 PAGES

To: Mr. Tom Mulally Esq.

Spencer and Mullaly

14156 Magnolia Boulevard Suite 200

Sherman Oaks CA 91423


From: Emil Hashiman

14381 Rafael St.

Cabazon CA 92230


Mr. Mulally,

As per our telephone conversations on 4/28/2020 and the previous on 4/10/2020, we discussed how to remedy my dispute with your client Fidelity Morgage Lenders, Inc. President Charles H. Hershson. Your initial call was your concerns about my filing an opposition to Notice of Sale of Estate Property in a Bankruptcy case pending in Riverside Federal Bankruptcy  Court case # 6:19-bk-13367-SY Debtor Urban Logic Consultants Inc., where I had mentioned in my opposition that Fidelity Mortgage Lenders, Inc. may be a third party creditor in that case which may be linked to my previously closed, dismissed chapter 13 case which had not been discharged. case # 6:10-bk-11820-PC and my recent filings to reopen that case for discharge. That case was dismissed on 3/12/2010 and Mr. Hershings loan was recorded on 3/9/2010, and my Bankruptcy attorneys failiure to report this mortgage loan on my shedule prior to it's dismissal.  I had opposed a similar complaint opposition to a Notice of Sale of Estate Property in another case in the Santa Ana Bankruptcy Court case nuber 8:19-bk-13858-ES, 8:19-bk-13874, 8:19-bk-13875-ES where Fidelity Mortgage was mentioned in my opposition to that sale.

As you know, the 22 page loan contract, DEED OF TRUST, recorded on 3/9/2010 instrument number 2010-0090523 recorded in the San Bernardino county recorder's office as loan number SC9184-S for $275,000 against my commercial property at 5025 State Street, Montclair/Ontario Ca 91762, APN 1011-301-09-0-000, see the 1st page herein attached DOC.#1.

A Beneficiay's Demand For Payoff letter from Fidelity Mortgage Lender's Inc was sent to me on 5/31/2013 when I requested the loan payoff balance. See attached document DOC #2. Mr. Hershson payoff amount was $262,184.27 which I immediately wired to him according to his directions in the letter.

That loan was paid off in full in June of 2013 and a Full Reconveyance was recorded  By Mr. Hershson as instrument number 2013-0288997 in the San Bernardino County Recorders office on 7/01/2013, see attached document DOC#3

My concerns emerged on 12/6/2019 when I obtained a copy of the Official Records in the San Bernardino Assessor-Recorder -County Clerks office of recorded deeds in my State Street Property,( a copy is herein attached DOC #4) and noticed that Mr. Hershson had recorded five seperate recordings under the same instrument number, 2010-0090523 ON 3/9/2010. The following is the items recorded: First, item #9- DEED OF TRUST, second, item  #10- ASSIGNMENT OF LEASES, third item #11- UCC FIXTURE FILING, fourth item #12- AGREEMENT,and fifth item #13- ASSIGNMENT OF RENTS on the attached document. The reconveyance is Item #19 instrument #2013-0288997.

After consulting with my attorney, in mid December, a telephone call was made to Fidelity by my attorney at the time where we both confernced wirh loan service representative for Fidelity, Yvonne Waite, where we addressed our concern regarding the issue of the 4 (four) additional recordings in addition to the Deed of Trust. Mr. Hershings was requested to call me back but did not. A follow up email was sent to Mr. Hershson in early January 2020, again without a response, herein attached.

In mid January, I telephoned Mr. Hershson and spoke to him for 45 minutes regarding the issues of the faulty Reconveyance and the additional 4 recordings which had not been reconveyed, he agreed

hesitantly for me to bring the next morning as Notary at his office to correct the issues. At 6pm that same day I received a phone call from Mr. Hershson's attorney Mr. Altman, who cancelled the previously arranged meeting. I then sent a certified letter to Mr. Hershson in early February, 2020, herein attached without a response.

Mr. Mulally, your phone call to me assuring Fidelity's cooperation in resolving this issue is appreciated. You mentioned in our phone conversation a few day ago that Fidelity was in the process of pulling the files from their storage facility in order to reissue a corrected Reconveyance with the release from the Lender of the Loan's release, Martin Seaton and Sheila Seaton Trustees of the Seaton Revocable Trust, whom the money was borrowed from.

The Reconveyance issued by Mr Hershson, instrument # 2013-0288997 has the following mistakes and errors that needs correction DOC #3

1- Loan number #SC9184 This loan number should be corrected as SC9184-S as is stated on the Deed of Trust document attached DOC #1

2- Property description has the following error: it states, PROPERTY COMMONLY KNOWN AS : 5379 GRANADA STREET, MONTCLAIR, CA 91763 INSTEAD IT SHOULD STATE: 5025 STATE STREET, MONTCLAIR CA 91762.

3- Signature of the releaseing parties: The beneficiary to this loan as I stated above is MARTIN SEATON AND SHEILA SEATON, TRUSTEES OF THE SEATON REVOCABLE TRUST DATED NOBEMBER 5,2002 ("LENDER") , THE TRUSTEE FOR THE LOAN IS PROPERTY GURANTEE COMPANY INC. AND FIDELITY MORTGAGE LENDERS, INC  IS THE SERVICER FOR THE LOAN (BOTH COMPANIES ARE OWNED BY HERSHSON), OLD REPUBLIC TITLE INSURANCE COMPANY IS THE LENDER'S TITLE COMPANY. THE LENDER'S ADDRESS IS THE SAME AS FIDELITY'S ADDRESS LEADING ONE TO ASSUME THAT THIS LOAN WAS A PERSONAL LOAN FROM MR. HERSHSON'S MENY ASSETTS. THE CORRECTION HERE WOULD BE TO ADD A SECOND LINE TO THE SIGNATURE LIST TO INCLUDE THE BENEFICIARY, MARTINE AND SHEILA SEATON, ALONG WITH THE TRUSTEE CHARLES H. HERSHSON. THIS IS SPELLED OUT DOC #5 HEREIN ATTACHED (PAGE 21 WHICH I REFERRED TO) WHICH REQUIRES SEATONS SIGNATURE. THIS IS THE DOCUMENT I WAS ARRANGING WITH HERSHSON TO SIGN WITH MY NOTARY AND HIS ATTORNEY ALTMAN CANCELLED

4- CORRECT ANY ENCUBERANCES PLACED ON PROPERTY BY OLD REPUBLIC TITLE WHICH HERSHINGS USED AS HIS TILE INSURANCE (PREVIOUS TITLE WAS CHICAGO TITLE) WHICH INCLUDES THE FOLLOWING ITEMS:

On 2/15/2020 I obtained a Property Profile  (DOC # 6) from  attorney Orantes. This report lists the loans and liens list on the State Street propery.  Item #7 it is showing SEATON TRUST as Lender for $275,000 filed on 3/9/2010 as still an outstanding debt. DOC # 90523.  In addition, items 1,2,3,4, on the profile were settled with FRONTIER PACIFIC INS.CO  by Mr. Hershson prior to the loan approval with $0 outpay to Perez Bail bond co. The reconveyance is herein attached as DOC # 7, 8, 9 and 10 from Perez Bail bond, there was no money's owed, the bonds were satisfied, it was not removed until Hershings contacted them to remove it pending the loan approval. I have all the documents.

Please correct my mailing address for all future documents as 14381 Rafaeal Street, Cabazon CA 92230 instead of: PO Box 418 Montclair CA 91763.

Thank you for your immediate attention in resolving this old issue.
  Sincerely,
Emil Hashiman , AKA Aimal Hashemeyan

*Emil Hasl*        4/29/2020

Recorded in Official Records, County of San Bernardino                3/09/20
                                                                      8:00 AM
                                                                      AC

**LARRY WALKER**
Auditor/Controller — Recorder

RECORDING REQUESTED BY:

OLD REPUBLIC TITLE INSURANCE COMPANY        789 Old Republic Title — Glendale

WHEN RECORDED MAIL TO:        Doc#:  2010—0090523

FIDELITY MORTGAGE LENDERS, INC.
11952 WILSHIRE BOULEVARD
LOS ANGELES, CA 90025

| Titles: | 5 | Pages: |
|---|---|---|
| Fees | | 111.0 |
| Taxes | | 0.0 |
| Other | | 0.0 |
| PAID | | $111.0 |

Title Order No: <u>2476009591-33</u>

A.P.N.: <u>1011-301-09-0-000</u>

_____
                        Space above this line for recorder's use

INSTRUCTIONS TO RECORDER:
Index this document as (i) a deed of trust; (ii) a security agreement; (iii) an assignment of rents and
(iv) a fixture filing.

                                        Loan No.:<u>SC 9184-S</u>

        DEED OF TRUST, SECURITY AGREEMENT, ASSIGNMENT OF LEASES
                    AND RENTS AND FIXTURE FILING

                    THIS IS A FIRST DEED OF TRUST.

NOTICE:  THE NOTE SECURED BY THIS DEED OF TRUST CONTAINS PROVISIONS ALLOWING
                FOR CHANGES IN THE INTEREST RATE AND PAYMENT RATE.

    THIS DOCUMENT ALSO IS A FIXTURE FILING IN ACCORDANCE WITH SECTION 9102(40) AND
            SECTION 9502 OF THE CALIFORNIA COMMERCIAL CODE

        This DEED OF TRUST, SECURITY AGREEMENT, ASSIGNMENT OF LEASES AND RENTS AND
FIXTURE FILING (this "**Deed of Trust**") is made as of this 2ND day of **MARCH, 2010**, by **EMIL HASHIMAN,
A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY**, as Trustor ("**Borrower**"), whose mailing
address is **5379 GRANADA STREET, MONTCLAIR, CA 91763**, to **PROPERTY GUARANTEE COMPANY,
INC.**, California Corporation ("**Trustee**"), whose mailing address is 11952 Wilshire Boulevard, Los Angeles,
CA 90025, for the benefit of **MARTIN SEATON AND SHEILA SEATON, TRUSTEES OF THE SEATON
REVOCABLE TRUST DATED NOVEMBER 5, 2002** ("**Lender**"), whose mailing address is C/O FIDELITY
MORTGAGE LENDERS, INC.**, 11952 Wilshire Boulevard, Los Angeles, CA 90025.

                            <u>RECITALS</u>

        A.        Lender has agreed, subject to the terms and conditions of certain Escrow Instructions dated
as of <u>MARCH 2, 2010</u>, by and between Borrower and Lender (the "**Loan Agreement**"), to make a loan (the
"**Loan**") to Borrower. The Loan is evidenced by that certain Promissory Note executed by Borrower, as
Maker, in favor of Lender, as Holder, dated as of <u>MARCH 2, 2010</u>, in the original principal amount of <u>TWO
HUNDRED SEVENTY FIVE THOUSAND AND NO/100 DOLLARS</u> ($275,000.00) (which note, together with
all notes issued in substitution or exchange therefore and all amendments thereto, is hereinafter referred to as
the "**Note**"), providing for monthly payments as set forth in the Note, with the balance thereof, due and
payable on <u>MARCH 15, 2030</u>. (Said date, any later date to which the maturity date may be extended in
accordance with the Note, or any earlier date on which the entire unpaid principal amount shall be required to

Initial        Initial                    1 of 22                    Initial        Initial

# FIDELITY MORTGAGE LENDERS, INC.

11952 WILSHIRE BLVD.
LOS ANGELES, CA 90025
(800) 752-9533

05/31/2013

EMIL HASHIMAN
P.O. BOX 418
MONTCLAIR, CA 91763
Account: SC9184

## BENEFICIARY'S DEMAND FOR PAYOFF

Dear EMIL HASHIMAN,

You are authorized to use the following amounts to payoff the above-mentioned loan. All necessary legal documents will be forwarded to the trustee for Full Reconveyance upon receipt of payment in full.

| | |
|---|---|
| Payoff Date | 06/03/2013 |
| Maturity Date | 03/15/2030 |
| Next Payment Due | 06/15/2013 |
| Interest Rate | 11.000% |
| Interest Paid-To Date | 05/15/2013 |
| Principal Balance | $260,616.97 |
| Unpaid Interest | $0.00 |
| Accrued Interest lFrom 05/15/2013 To 06/03/2013 | $1,492.30 |
| Unpaid Late Charges | $0.00 |
| Accrued Late Charges | $0.00 |
| Unpaid Charges | $0.00 |
| Prepayment Penalty | $0.00 |
| Other Fees *For additional details see itemization attached | $75.00 |
| Trust Balance | $0.00 |
| Payoff Amount | $262,184.27 |

Please add $78.64 for each additional day past 06/03/2013.

We reserve the right to amend this demand should any changes occur that would increase the total amount for payoff. **Please note that this demand expires on 06/03/2013,** at which time you are instructed to contact this office for additional instructions (DEMAND FORWARDING FEES ARE DUE EVEN UPON CANCELLATION OF YOUR ESCROW).

PAYOFF MUST BE BY WIRE ONLY. SEE WIRE INSTRUCTIONS ATTACHED.

Sincerely,

*Yvonne Waite*

YVONNE WAITE
Loan Service Representative
(310) 820-4300
(310) 207-3291

RECORDING REQUESTED BY:

FIDELITY MORTGAGE LENDERS, INC.

WHEN RECORDED MAIL TO

EMIL HASHIMAN
P.O. BOX 418
MONTCLAIR, CA 91763

Recorded in Official Records, County of San Bernardino    7/01/2013
8:42 AM
EM



DENNIS DRAEGER
ASSESSOR – RECORDER – CLERK

P Counter

Doc#:  2013−0288997    Titles:  1    Pages:  1

| Fees | 18.00 |
|---|---|
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $18.00 |

_____ space above this line for recorder's use _____

## FULL RECONVEYANCE

LN #SC9184

PROPERTY GUARANTEE COMPANY, INC., A California corporation, as duly appointed Trustee under Deed of Trust hereinafter referred to, having received from holder of the obligations thereunder a written request to reconvey, reciting that all sums secured by said Deed of Trust have been fully paid, and said Deed of Trust and the note or notes secured thereby having been surrendered to said Trustee for cancellation, does hereby RECONVEY, without warranty, to the person or persons legally entitled thereto, the estate now held by it thereunder. Said Deed of Trust was executed by

EMIL HASHIMAN, A MARRIED MAN AS HIS SOLE AND SEPERATE PROPERTY, _____ Trustor,

and recorded in the official records of _____ SAN BERNARDINO _____ County, California, as follows.

REC. DATE    MARCH 9, 2010 _____ AS INSTR. NO ____ 2010−0090523

DESC. LOT 2, BLOCK 1, MONTE VISTA TRACT NO. 2, EXCEPTING THEREFROM THE EAST 150 FEET, AS PER MAP RECORDED IN BOOK 16, PAGE 33 OF PLAT MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PROPERTY COMMONLY KNOWN AS: 5379 GRANADA STREET, MONTCLAIR, CA 91763

APN: #1011−301−09−0−000

IN WITNESS WHEREOF, PROPERTY GUARANTEE COMPANY, INC., as such Trustee, has caused its corporate name and seal to be hereto affixed by its authorized signature, thereunto duly authorized.

Dated    PROPERTY GUARANTEE COMPANY, INC., as such Trustee

JUNE 21, 2013 _____    By _____

CHARLES H. HERSHSON, PRESIDENT

STATE OF CALIFORNIA    }
                                          } ss.
COUNTY OF LOS ANGELES    }

On ____ JUNE 21, 2013 _____ before me, ____ LAURENCE FRANK, NOTARY PUBLIC ____
      (date)                                                    (here insert name and title of the officer, a notary public)

personally appeared ____ CHARLES H. HERSHSON _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)



LAURENCE FRANK
Commission # 1949404
Notary Public - California
Los Angeles County
My Comm. Expires Sep 19, 2015



# Official Records Search Results
## San Bernardino County

| Start Date | |
| --- | --- |
| End Date | |
| Both Names | HASHIMAN |
| Location | |

| Document Number | Document Type | Recording Date | Num Pages |
| --- | --- | --- | --- |
| 2003-0514170 | DEED | 07/15/2003 12:00:00 AM | 1 |
| 2003-0514171 | DEED | 07/15/2003 12:00:00 AM | 1 |
| 2004-0793590 | DEED | 11/01/2004 12:00:00 AM | 2 |
| 2004-0946498 | DEED | 12/27/2004 12:00:00 AM | 1 |
| 2008-0630858 | ABSTRACT OF JUDGEMENT | 09/14/2008 12:00:00 AM | 2 |
| 2008-0289952 | NOTICE OF CITY/COUNTY/STATE TAX LIEN | 07/01/2008 12:00:00 AM | 3 |
| 2010-0090521 | DEED | 03/09/2010 12:00:00 AM | 1 |
| 2010-0090522 | DEED | 03/09/2010 12:00:00 AM | 1 |
| 2010-0090523 | DEED OF TRUST | 03/09/2010 12:00:00 AM | 22 |
| 2010-0090523 | ASSIGNMENT OF LEASES | 03/09/2010 12:00:00 AM | 22 |
| 2010-0090523 | UPC FIXTURE FILING | 03/09/2010 12:00:00 AM | 22 |
| 2010-0090523 | AGREEMENT | 03/09/2010 12:00:00 AM | 22 |
| 2010-0090523 | ASSIGNMENT OF RENTS | 03/09/2010 12:00:00 AM | 22 |
| 2010-0312520 | DEED | 08/03/2010 12:00:00 AM | 1 |
| 2010-0312521 | DEED | 08/03/2010 12:00:00 AM | 1 |
| 2010-0316867 | DEED | 08/05/2010 12:00:00 AM | 1 |
| 2010-0319852 | DEED | 08/06/2010 12:00:00 AM | 1 |
| 2010-0468934 | RELEASE OF CITY/COUNTY/STATE TAX LIEN | 11/09/2010 12:00:00 AM | 1 |
| 2013-0288997 | RECONVEYANCE | 07/01/2013 12:00:00 AM | 1 |
| 2014-0169903 | DEED | 05/09/2014 12:00:00 AM | 1 |
| 2016-0163116 | DEED | 04/28/2016 12:00:00 AM | 2 |
| 2014-0036614 | FBN STATEMENT | 03/28/2014 12:00:00 AM | 1 |
| 2019-0013954 | FBN STATEMENT | 12/02/2019 12:00:00 AM 12/02/2019 12:31:25PM | 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR FULL RECONVEYANCE

TO PROPERTY GUARANTEE COMPANY, INC., TRUSTEE:

The undersigned is the holder of the note or notes secured by this Deed of Trust, Security Agreement, Assignment of Leases and Rents and Fixture Filing. Said note or notes together **with all other Indebtedness secured by this Deed of Trust, Security Agreement, Assignment of Leases and Rents and Fixture Filing have been paid in full. You are hereby directed to cancel said note or notes and this Deed of Trust, Security Agreement, Assignment of Leases and Rents And Fixture Filing,** which are delivered hereby and to reconvey, without warranty, all the estate now held by you under this Deed of Trust, Security Agreement, Assignment of Leases and Rents And Fixture Filing to the person or persons legally entitled thereto.

_____      Date: _____

_____      Date: _____

Initial      Initial                    Initial      Initial

Giovanni Orantes

# Property Profile

213-389-4362
go@gobklaw.com

The Orantes Law Firm, P.C.

www.gobklaw.com

## 5025 E STATE ST, MONTCLAIR, CA 91762

### Property Details

| | | | | | |
|---|---|---|---|---|---|
| Type | IND | Use Code | ILIG | County | SAN BERNARDINO |
| Year Built | 1976 | Zoning | | APN | 1011-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 |
| Beds | 0 | Units | 10 | Radar ID | P1A4D89B |
| Baths | 0 | Rooms | 0 | Subdivision | MONTE VISTA 02 |
| Sq Ft | 7,382 | Garage | No | Census | 304 |
| Lot Sq Ft | 133,293 | Pool | No | Tract | 2 |
| Lot Acres | 3.1 | Fireplace | No | Lot | 2 |
| Stories | 1 | HVAC | No | | |
| Legal | MONTE VISTA TRACT NO 2 LOT 2 BLK 1 EX E 150 FT THEREOF EX ST | | | | |



### Tax Assessment

| | | | |
|---|---|---|---|
| Total Value | $489,371 | Year Assessed | 2019 |
| Land Value | $301,149 | Annual Taxes | $5,556 |
| Improvements | $188,222 | Est. Tax Rate | 1.1% |
| Owner Exempt | No | Tax Rate Area | 11033 |

### Status

| | | | |
|---|---|---|---|
| Est. Value | $489,371 | Listed for Sale | No |
| Loan Balance | $224,573 | In Foreclosure | No |
| Equity | $264,798 | 54% | Owner Occupied | No |

### Market Value and Rent

| | | | |
|---|---|---|---|
| Estimated Value | $489,371 | $66/sf as of 1/1/2019 | 1% confidence |
| Comp. Sales | $2,071,109 | $281/sf as of Today | $850k - $3,400k |
| Comp. Listings | $1,527,557 | $207/sf as of Today | $1,053k - $1,585k |
| HUD FM Rent | $0 | $0.00/sf | |

### Ownership & Mailing Address

Transfer Date 8/3/1994

Purchase Amt

Down Payment

Transfer Type NonMarket-Other

BAMIYAN LLC
PO BOX 418
MONTCLAIR, CA 91763

### Listing History

| Type | Status | As Of | DOM | Price |
|---|---|---|---|---|

### Transaction History (Current Owner)

| | Type | # | Date | Doc# | Party | Name | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Loan CashOut | 2r | 8/8/1996 | 289162 | Borrower Lender | HASHEMEYAN AIMAL FRONTIER PACIFIC INS C( | $7,000 |
| 2 | Loan CashOut | 3r | 8/8/1996 | 289163 | Borrower Lender | HASHEMEYAN AIMAL FRONTIER PACIFIC INS C( | $2,500 |
| 3 | Loan CashOut | 3r | 8/8/1996 | 289164 | Borrower Lender | HASHEMEYAN AIMAL FRONTIER PACIFIC INS C( | $5,000 |
| 4 | Loan CashOut | 3r | 8/8/1996 | 289165 | Borrower Lender | HASHEMEYAN AIMAL FRONTIER PACIFIC INS C( | $7,500 |
| 5 | Quitclaim Deed NonMarket-Family | | 3/9/2010 | 90521 | Grantor Grantee | HASHIMAN,HAWA HASHIMAN,EMIL | $0 |
| 6 | Grant Deed NonMarket-Other | | 3/9/2010 | 90522 | Seller Buyer | HASHIMAN EMIL HASHIMAN EMIL | |
| 7 | Loan R&T Refi | 1 | 3/9/2010 | 90523 | Borrower Lender | HASHIMAN,EMIL SEATON TRUST (RT) | $275,000 |
| 8 | Grant Deed NonMarket-Other | | 8/5/2010 | 316887 | Seller Buyer | HASHIMAN EMIL BAMIYAN LLC | $0 |
| 9 | Grant Deed NonMarket-Other | | 12/0/2019 | 453837 | Seller Buyer | BAMIYAN LLC HASHIMAN EMIL | |
| 10 | Grant Deed NonMarket-Other | | 1/3/2020 | 3612 | Seller Buyer | HASHIMAN EMIL BAMIYAN LLC | |

Recorded in Official Records, County of San Bernardino    4/28/2010
8:00 AM
EM

**LARRY WALKER**
Auditor/Controller — Recorder

789 Old Republic Title — Glendale

AND WHEN RECORDED MAIL TO

MR. EMIL HASHIMAN
P.O. BOX 418
MONTCLAIR, CA 91763

Doc#:  **2010-0163088**

| Titles: | 1 | Pages: | 1 |
|---|---|---|---|
| Fees |  |  | 15.00 |
| Taxes |  |  | 0.00 |
| Other |  |  | 0.00 |
| PAID |  |  | $15.00 |

Space above this line for Recorder's Office

## Full Reconveyance

IN CONSIDERATION of the payment of the debt or the exoneration of the obligation secured by the Deed of Trust executed by **Aimal Hashemeyan** as trustor, recorded **August 8, 1996** Document Number **19960289162** RECORDS, in the Office of the Recorder of **San Bernardino County**, State of **California** the undersigned, at the request of the holder of the note or obligation thereby secured, does hereby remise, release and reconvey to the person lawfully entitled thereto, all the estate now in said Trustee in the property granted by said Deed of Trust, reference being made to the record of said deed of trust for a particular description of said property.

IN WITNESS WHEREOF **Patricia D. Hernandez**, as Trustee, has caused his name to be signed to these presents this **1**st day of **April 2010.**

Patricia D. Hernandez, Trustee

State of **California**                )
                                      )   ss.
County of **Los Angeles**            )

On **April 1, 2010** before me **Hector E. Leon, Notary Public** personally appeared **Patricia D. Hernandez,** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Hector E. Leon, Notary Public

HECTOR E. LEON
Commission # 1799499
Notary Public - California
Los Angeles County
My Comm. Expires May 28, 2012

Recording Requested By

AND WHEN RECORDED MAIL TO

MR. EMIL HASHIMAN
P.O. BOX 418
MONTCLAIR, CA 91763

Recorded in Official Records, County of San Bernardino    4/28/2010
8:00 AM
**LARRY WALKER**    EM
Auditor/Controller — Recorder

789 Old Republic Title — Glendale

Doc#:  **2010-0163089**    Titles:  1    Pages:  1

| | |
|---|---|
| Fees | 15.00 |
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $15.00 |

_____ Space above this line for Recorder's Office

## Full Reconveyance

IN CONSIDERATION of the payment of the debt or the exoneration of the obligation secured by the Deed of Trust executed by **Aimal Hashemeyan** as trustor, recorded **August 8, 1996** Document Number **19960289163** RECORDS, in the Office of the Recorder of **San Bernardino County**, State of **California** the undersigned, at the request of the holder of the note or obligation thereby secured, does hereby remise, release and reconvey to the person lawfully entitled thereto, all the estate now in said Trustee in the property granted by said Deed of Trust, reference being made to the record of said deed of trust for a particular description of said property.

IN WITNESS WHEREOF **Patricia D. Hernandez,** as Trustee, has caused his name to be signed to these presents this **1**st day of **April 2010.**

_____
Patricia D. Hernandez, Trustee

State of **California**    )
                          )    ss.
County of **Los Angeles**    )

On **April 1, 2010** before me **Hector E. Leon, Notary Public** personally appeared **Patricia D. Hernandez,** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
**Hector E. Leon, Notary Public**

HECTOR E. LEON
Commission # 1799499
Notary Public - California
Los Angeles County
My Comm. Expires May 28, 2012

Recording Requested By

___ TITLE

AND WHEN RECORDED MAIL TO

MR. EMIL HASHIMAN
P.O. BOX 418
MONTCLAIR, CA 91763

Recorded in Official Records, County of San Bernardino                        4/28/2010
                                                                                8:00 AM
**LARRY WALKER**                                                                 EM
Auditor/Controller — Recorder

789 Old Republic Title — Glendale

Doc#:  **2010-0163090**

| Titles: 1 | | Pages: 1 |
|---|---|---|
| Fees | | 15.00 |
| Taxes | | 0.00 |
| Other | | 0.00 |
| PAID | | $15.00 |

_____ Space above this line for Recorder's Office

### Full Reconveyance

IN CONSIDERATION of the payment of the debt or the exoneration of the obligation secured by the Deed of Trust executed by **Aimal Hashemevan** as trustor, recorded **August 8, 1996** Document Number **19960289164** RECORDS, in the Office of the Recorder of **San Bernardino County**, State of **California** the undersigned, at the request of the holder of the note or obligation thereby secured, does hereby remise, release and reconvey to the person lawfully entitled thereto, all the estate now in said Trustee in the property granted by said Deed of Trust, reference being made to the record of said deed of trust for a particular description of said property.

IN WITNESS WHEREOF **Patricia D. Hernandez**, as Trustee, has caused his name to be signed to these presents this **1**st day of **April 2010.**

_____
Patricia D. Hernandez, Trustee

State of **California**          )
                                 ) ss.
County of **Los Angeles**        )

On **April 1, 2010** before me **Hector E. Leon, Notary Public** personally appeared **Patricia D. Hernandez,** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
Hector E. Leon, Notary Public

HECTOR E. LEON
Commission # 1799499
Notary Public - California
Los Angeles County
My Comm. Expires May 28, 2012

Recording Requested By

AND WHEN RECORDED MAIL TO

MR. EMIL HASHIMAN
P.O. BOX 418
MONTCLAIR, CA 91763



Recorded in Official Records, County of San Bernardino    4/28/2010
                                                          8:00 AM
**LARRY WALKER**                                          EM
Auditor/Controller — Recorder

789 Old Republic Title — Glendale

Doc#:  **2010-0163091**       Titles:  1    Pages:  1

| | |
|---|---|
| Fees | 15.00 |
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $15.00 |

_____
Space above this line for Recorder's Office

## Full Reconveyance

IN CONSIDERATION of the payment of the debt or the exoneration of the obligation secured by the Deed of Trust executed by **Aimal Hashemeyan** as trustor, recorded **August 8, 1996** Document Number **19960289165** RECORDS, in the Office of the Recorder of **San Bernardino County**, State of **California** the undersigned, at the request of the holder of the note or obligation thereby secured, does hereby remise, release and reconvey to the person lawfully entitled thereto, all the estate now in said Trustee in the property granted by said Deed of Trust, reference being made to the record of said deed of trust for a particular description of said property.

IN WITNESS WHEREOF **Patricia D. Hernandez**, as Trustee, has caused his name to be signed to these presents this **1st** day of **April 2010.**

_____
Patricia D. Hernandez, Trustee

State of **California**        )
                              )  ss.
County of **Los Angeles**     )

On **April 1, 2010** before me **Hector E. Leon, Notary Public** personally appeared **Patricia D. Hernandez,** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
**Hector E. Leon, Notary Public**

HECTOR E. LEON
Commission # 1799499
Notary Public - California
Los Angeles County
My Comm. Expires May 28, 2012

1/4/2020

Confirmation for reconveyance

From:  Sayed Hashemeyan (afghanmirror3@yahoo.com)

To:    info@fidelityca.com

Date:  Friday, January 3, 2020, 08:33 AM PST


To: Fidelity Mortgage Lenders Inc.
11952 Wilshire Boulivard
Los Angeles California 90025
Attention : Charles Hershison

Date :1/2/2020
From : Emil  Hashiman
P.O.Bo 418
Montclair CA 91763

Dear Mr. Hershison,
I hope all is well  with you. I wanted to clear up an issue with regards to the reconveyance you
issued on my property backi in 2013. As you are aware, I took out a loan for $275,000- on my
property at 5025 State Street , Montclair CA 91762. The loan was recorded as instrument
20100090523 ,Deed of Trust, recorded in the San Bernardino County recorders office on 3-9-
2010. At the time, there were no outstanding loans on the property. On June 21,2013, upon
receipt of the full payment , you issued  a Full Reconveyance document and recorded it with the
County recorders office as instrument 20130288997 on 7/1/2013. I have not heard from you since
that date except for the periodic mailers you send out. There was no prepayment penalty for a
Bloon payment.
I have prepared a list of all the documents for the transfers that have taken place in the past 23
years.:

References:
1-   19789408-0770 - recorded 4/11/1978 Grant Deed  from grantors Stones, 4 members to
Ricard and Belle Tuckerman
2-   19789408-0771 -Deed of trust  on 4/11/1978 trustor , Fortress Trust  Deed  Corp  to
Tuckermans as Trustor and t
     the stones, as Beneficiaries. Loan amount, $190,000.00
3-   80-138509 6-17-1980  Assignment of Deed of Trust  Fortress Trust deed  $190,000 Richard
Stone to Beverly          Stone as Beneficiary, Tuckerman as Trustor
4-   86-172135  Deed of Trust from Upland Bank to Tuckerman"s $120,000
5-   94331696- dated 8/3/1994 Grant deed  from R& B Properties Grants to Tuckerman's
6-   94331697- 8/3/1994, Grant Deed  from Tuckerman's to  Aimal Hashemeyan
7-   94331698  8/3/1994  Deed of Trust for $253,000 Aimal Hashemeyan Trustor Tuckerman /
Beverly beneficiary
     All inclusive Fortress trust, and Upland bank note 86172135 and 197894080771
8-   2001-0527461  11/20/2001 Full conveyance for note $120,000 from Upland  Bank to
Tuckerman paid by Aimal          Hashemeyan

To: Fadility Mortgage lenders
11952 Wilshire Blvd. -
Los Angeles Ca 90025

Loan No. SC 9184- 8
1011 - 301 - 09 -0 - 00
Reg. Propert 5025 STATE STREET
           Ontario  CA 91762

INSTRUMENT # 2010-0090523

The loan taken out For The above Property
on 3/2010  Loan No. SC9184 was Paid
in full  by Payee Emil Hashiman on
June 4, 2013.  A Full RECON VEYANCE
WAS ISSUD AND RECORDED WITH The
SAN BERNARDINO COUNT RECORDERS OFFLE
AS INSTRUMENT # 2013-02 88997

Recorded on 7/01/2013.
Please NOTE That The Reconveyance was For
Lot 2 - BLOCK 1 Monte VISTA TRACT NO 2
EXCEPTING Therefrom The EAST 150 FEET
AS PER MAP DECORDED IN BOOK 16 PAGE 33
OF PLAT MAPS IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY. APN 1011-301-09-0-000
PROPERTY commonly known as 5025 STATE STREET
MontClair  CA 91763. You HAVE LISTED
5379 GRANADA St MONtCLAIR CA 91763 This
is AN OBVIOUS ERROR. I HAVE BROUGHT This
UP With YOU AND (CHARLES H. HERSHSON)
AND YOUR ATTORNEY Mr. ALTMAN ON MID
JANUARY 2020. IF This LOAN EFFECTS The
GRANADA Property By WAY OF This ERROR
YOUR COMPANY WILL BE ADDRESSED WITH

2

Franchise [handwritten]

Case 6:10-bk-11820-WJ    Claim 1-1   Filed 02/12/10   Desc Main Document      Page 1 of
FORM B10 (Official Form 10) (12/03)                                                            3

| UNITED STATES BANKRUPTCY COURT   **Central District of California** | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br><br>EMIL HASHIMAN | Case Number<br>RS 1011820 PC |
|---|---|

NOTE. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | | |
|---|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br><br>FRANCHISE TAX BOARD<br><br>Name and address where notices should be sent<br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>PO Box 2952<br>Sacramento CA 95812-2952<br>Telephone number (916) 845-4750 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | **FILED**<br><br>FEB 1 2 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk<br><br>THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor:<br>1202245108 | CHECK HERE  ☐ replaces<br>                         a previously filed claim, dated.<br>IF THIS CLAIM  ☐ amends |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Service performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☒ Taxes
- ☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)

Last four digits of SS # _____

Unpaid compensation for services performed

from _____ to _____
       (date)                     (date)

**2. Date debt was incurred:**
2005 2006 2007 2008 2009

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**

| $2152.00 | $9590.06 | $4142.69 | $15884.75 |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (total) |

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
- ☐ Real Estate  ☐ Motor Vehicle
- ☒ Other ___tax lien___

Value of Collateral: $9590.06

Amount of arrearage and other charges at time case filed included in secured claim above, if any $_____

**6. Unsecured Nonpriority Claim** $2152.00
☒ Check this box if: a) there is no collateral or lien securing your claim; or b) your claim exceeds the value of the property securing it; or if c) none or part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $4142.69
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)
- ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7).
- ☒ Taxes or penalties owed to government units – 11 U.S.C. § 507(a)(8)
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a) (____)
*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is For Court Use Only

| Date<br>02/09/10 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>/s/ ROMEO BARNUEVO   [signature]   Franchise Tax Board Claim Agent |
|---|---|

Penalty for presenting fraudulent claim : Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C. §§ 152 and 3571.

FTB 6631 C ARCS (REV 06-2008)                    SIDE 1

STATE OF CALIFORNIA
BANKRUPTCY SECTION MS A340
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA 95812-2952

TELEPHONE NUMBER: (916) 845-4750

FAX NUMBER: (916) 845-9799

**BANKRUPTCY CASE NUMBER:**
RS 1011820 PC

**ACCOUNT NUMBER:**
1202245108

## SIDE 2 OF PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT
**Central District of California**

3420 Twelfth St RM 125
Riverside CA 92501-3819

**TAXPAYER:**
EMIL HASHIMAN

**PETITION DATE:**
01/24/2010

**TYPE OF LIABILITY:**
Personal Income Tax

## BASIS OF LIABILITY STATEMENT

| CLAIM | BASIS | PERIOD | TAX | PENALTY | INTEREST | COSTS | TOTAL CLAIM |
|-------|-------|--------|-----|---------|----------|-------|-------------|
| A | 3 | 12/31/2005 | $4894.00 | $2447.00 | $1959.06 | $290.00 | $9590.06 |
| B | 3 | 12/31/2006 | $2228.00 | $0.00 | $451.62 | $0.00 | $2679.62 |
| B | 3 | 12/31/2007 | $1318.00 | $0.00 | $145.07 | $0.00 | $1463.07 |
| C | 3 | 12/31/2006 | $0.00 | $1139.00 | $122.00 | $113.00 | $1374.00 |
| C | 3 | 12/31/2007 | $0.00 | $659.00 | $0.00 | $119.00 | $778.00 |
| T | 3 | 12/31/2008 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |
| T | 3 | 12/31/2009 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |

CLAIM

A. Secured
B. Unsecured Priority
C. Unsecured General
D. 1305(a)(1)
T. To Be Determined

BASIS

1. Return filed with balance due
3. No return filed
4. Audit Assessment
5. Other
6. Community Claim (Nondebtor Liability)

## TAX LIEN INFORMATION FOR SECURED CLAIM

| LIEN CERTIFICATE NUMBER | RECORDING DATE | COUNTY RECORDER OR SECRETARY OF STATE | RECORDING INFORMATION | TAX YEARS SECURED |
|------------------------|----------------|---------------------------------------|----------------------|-------------------|
| 08183391619 | 07/01/08  – | SAN BERNARDINO | 20080298952 | 05 |
|  |  | *Brian* | *2010 0465934* |  |

The Franchise Tax Board Bankruptcy Section takes an active role in resolving bankruptcy issues. The section can receive delinquent tax returns and encourages correspondence and telephone calls. The section is committed to providing assistance to prevent unnecessary litigation.

FTB 6631 C ARCS (REV 06-2008)

*INSTMAC*

*INSTMAC    S*
*LOAN*

1   MATT KOHN – State Bar No. 97660
2   Law Office of Matt Kohn
    844 25th Street
3   Santa Monica, California 90403

4
5   telephone: 310.828.6116
    fax-email: mattkohn@msn.com
6   Attorney for Plaintiff

7

8
                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
9
                    IN AND FOR THE COUNTY OF LOS ANGELES
10
                                (West District)
11

12

| 13  DANAT INVESTMENT COMPANY, a<br>California general partnership; | CASE NO. **SC 103155**<br>Related case no. SC105908<br>**Hon. Craig Karlan, Judge**<br>( unlimited civil case ) |
|---|---|
| 15          Plaintiffs, | |
| 16  vs. | [proposed] **O R D E R** |
| 17  EMIL HASHIMAN, an individual;<br>All Persons Unknown, Claiming Any Legal<br>or Equitable Right, Title, Stake, Lien, or<br>Interest in the Properties Described in the<br>Complaint and Adverse to Plaintiff's Title, or<br>Any Cloud on Plaintiff's Title to Those<br>Properties; DOES 1-20, inclusive, | **SUBJECT TO COURT<br>CONTINUING JURISDICTION,<br>THIS ORDER AUTHORIZES<br>DANAT INVESTMENT<br>COMPANY TO PAY-OFF IN<br>CASH AND IN FULL, BANK<br>LOAN BALANCE ON LOT NO.<br>41 AT 705 ENCHANTED WAY.** |
| 21<br>22          Defendants. | **Hearing + Order: TBD<br>Dept./Time: "N" 8:30** |
| 23 | **Case Filed: 5/18/2009<br>Discovery Cut-Off: 12/25/2009<br>Final Status: Jan. 11, 2010<br>Court Trial: Jan. 25, 2010** |

23

24

25

26

27
                                          )
28
                                    1

16

**O R D E R** ON PLAINTIFF'S REQUEST TO PAY-OFF BANK LOAN BALANCE ON SUBJECT PROPERTY

THIS MATTER comes before the Court upon plaintiff Danat Investment

Company ("Danat") pre-trial request for Order pending Trial, authorizing Danat to

pay-off in cash and in full a promissory note on OneWest Bank, F.S.B. loan balance

and fees which encumber vacant Lot #41 at 705 Enchanted Way, Pacific Palisades,

California, legally described as:

> Lot 41 of Tract 21995, in the City of Los Angeles,
>
> County of Los Angeles, State of California, as per Map
>
> recorded in Book 590 Pages 44 to 48 inclusive of Maps,
>
> in the Office of the County Recorder of said County.

THE COURT REVIEWED THE REQUEST, the evidence, declaration,

exhibits, records and files, and now makes the follow Findings and Orders:

The parties to this Order are plaintiff, defendant Emil Hashiman, and their

attorneys.

Danat, through counsel, has requested authority to pay-off in cash and in full a

promissory note, OneWest Bank, F.S.B. loan balance, which encumbers the above

described real property loan number 1002354734 in amount $189,022.20 plus fees,

demands, and charges.

Based on the evidence and representations of counsel, the Court finds there is

good cause to go forward with the transaction for an all-cash in full method of pay-

off of the above bank loan.

IT IS THEREFORE ORDERED THAT, Danat and its designated agent-

representative are authorized to and shall forthwith obtain and sign all necessary

pay-off papers, instruments, and authorization, in its and her discretion to pay-off in

cash and in full the subject loan. The pay-off funds shall be applied to the current

total unpaid principal balance and interest due to date per the above bank loan, plus

2

ORDER ON PLAINTIFF'S REQUEST TO PAY-OFF BANK LOAN BALANCE ON SUBJECT PROPERTY

1   customary recording and demand fees. The amount of Danat's pay-off funds shall

2   be subject to Danat's right to adjustment, reimbursement, off-set, contract recession,

3   and equitable unjust enrichment claims it plans to pursue at trial.

4

5   **IT IS ORDERED THAT,** the disposition, control, and possession of the re-

6   conveyance Deed of Trust (to ostensible party Hashiman) shall be subject to the

7   statement of decision and judgment upon trial in this matter and to the continuing

8   jurisdiction of the Court. Neither party shall use and shall not authorize anyone

9   under their consent to use, the subject property and re-conveyance Deed of Trust to

10  borrow, finance, re-finance, pledge, hypothecate, secure, or to attach to any pre-

11  existing or new loans, debts, or lines-of-credit, personal or business.

12

13  **IT IS ORDERED THAT,** the transaction contemplated by this Order and the

14  manner in which the re-conveyance Deed of Trust is prepared, executed, signed,

15  and recorded shall be expressly subject to the Court's continuing jurisdiction,

16  possession, and control of the subject real property, as to its ownership, title, right,

17  and interest. By authorizing this transaction, the Court expresses no view as to the

18  immediate or potential legal consequence pertaining to the outcome of trial in this

19  matter.

20

21  **IT IS ORDERED THAT,** this is a time-being-of-the essence transaction. The

22  parties shall cooperated and comply with each other's requests to forthwith

23  complete the transaction authorized under this Order. No party or anyone under

24  acting with actual or tacit consent of a party shall interfere, interceded, delay, or

25  obstruct the transaction authorized under this Order, or attempt to do so. If either

26  party encounters delay caused by the acts or omissions of a party or anyone

27  purporting to act with consent of a party, the party may apply *ex parte*, with or

28

3

1    without notice, to the Court for relief, which may include a request for reasonable

2    attorney fees.

3

4

5    **IT IS SO ORDERED.**

6    DATED:  January 11, 2010

7

8

9                      _____

                          JUDGE OF THE SUPERIOR COURT

10

11    Case No. SC103155

     Related Case No. SC105908

12    DANAT Investment Company vs. Emil Hashiman

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                          4

**O R D E R** ON PLAINTIFF'S REQUEST TO PAY-OFF BANK LOAN BALANCE ON SUBJECT PROPERTY

CENTRAL MORTGAGE 6

Recorded in Official Records, County of San Bernardino

4/02/2012
2:16 PM
NC



**DENNIS DRAEGER**
ASSESSOR – RECORDER – CLERK

C Priority Mail

Doc#:  2012 – 0125811

| | | |
|---|---|---|
| Titles: | 2 | Pages:  1 |
| Fees | | 36.00 |
| Taxes | | 0.00 |
| Other | | 1.00 |
| PAID | | $37.00 |

[REQUESTED BY]
Nationwide Title Clearing
[WHEN RECORDED MAIL TO]
SAMEYA HASHEMEYAN
PO BOX 418
MONTCLAIR, CA 91763-0418
(TRUSTOR)

Loan #: 9031342652

## SUBSTITUTION OF TRUSTEE and FULL RECONVEYANCE

Whereas **SAMEYA HASHEMEYAN** was the original Trustor under that certain Deed of Trust recorded on 04/10/2002 in the office of the County Recorder of SAN BERNARDINO County, California, as instrument # 2002-0177636, in Book , Page .

Whereas, the undersigned, as the present Beneficiary(s) under said Deed of Trust desires to substitute a new Trustee under said Deed of Trust in place and stead of original Trustee, now therefore, the undersigned hereby substitutes itself as Trustee under said Deed of Trust and does hereby reconvey without warranty to the persons legally entitled thereto all Estate now held by it under said Deed of Trust.

Dated on 03/ 07 /2012 (MM/DD/YYYY)
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) AS NOMINEE FOR CENTRAL MORTGAGE COMPANY, ITS SUCCESSORS AND ASSIGNS

By: _____
    KIM GOELZ
    VICE PRESIDENT

STATE OF FLORIDA
COUNTY OF PINELLAS .
The foregoing instrument was acknowledged before me on 03/ 07 /2012 (MM/DD/YYYY), by KIM GOELZ as VICE PRESIDENT for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) AS NOMINEE FOR CENTRAL MORTGAGE COMPANY, ITS SUCCESSORS AND ASSIGNS. who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.    ****************

_____
MIRANDA AVILA EE 019063
Notary Public - State of FLORIDA
Commission expires: 08/22/2014

Miranda Avila
Notary Public State of Florida
My Commission # EE 019063
Expires August 22, 2014

**Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
CMCRC 15967038 _@ CJ3610546  100202690313426522 MERS PHONE 1-888-679-MERS  FORM1\RCNCA1

*15967038*

Motion for Relief from Stay (Non-bankruptcy Action) - Page 3 of 35    **F 4001-1M.NA**

| In re | (SHORT TITLE) | | CHAPTER: 13 |
|---|---|---|---|
| Emil Hashiman | | Debtor(s). | CASE NO.: 6:10-bk-11820 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### (MOVANT: DANAT INVESTMENT COMPANY_____)

1. **The Non-bankruptcy Action:** Movant moves for relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to the following pending lawsuit or administrative proceeding (the "Non-bankruptcy Action") in a non-bankruptcy forum:

   Case name: DANAT INVESTMENT COMPANY VS. EMIL HASHIMAN (and consolidated matter)
   Docket number: SC103155 AND CONSOLIDATED MATTER:SC105908
   Court or agency where pending: LOS ANGELES SUPERIOR COURT, WEST DISTRICT

2. **Case History:**
   a. ☒ A voluntary  ☐ An involuntary  petition under Chapter  ☐ 7  ☐ 11  ☐ 12  ☒ 13 was filed on *(specify date)*:
   b. ☐ An Order of Conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on *(specify date)*:
   c. ☐ Plan was confirmed on *(specify date)*:
   d. ☐ Other bankruptcy cases affecting this action have been pending within the past two years.  See attached Declarations.
   e. For additional case history, see attached continuation page.

3. **Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Non-bankruptcy Action to final judgment in the non-bankruptcy forum for the following reasons:
   a. ☒ The bankruptcy case was filed in bad faith specifically to delay, hinder or interfere with prosecution of the Non-bankruptcy Action.
   b. ☐ The claim is insured.  Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor(s) or estate property.
   c. ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   d. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   e. ☒ The claims are non-dischargeable in nature and can be most expeditiously resolved in the non-bankruptcy forum.
   f. ☒ The claims at issue arise under non-bankruptcy law and can be most expeditiously resolved in the non-bankruptcy forum.
   g. ☒ Other reasons to allow the Non-bankruptcy Action to proceed are set forth in an attached Declaration.

4. ☐ Movant also seeks annulment of the stay so that filing of the bankruptcy petition does not affect any and all of the enforcement actions that were taken after the filing of the bankruptcy petition in this case, as specified in the attached Declaration(s).

5. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*
   a. ☒ Movant submits the attached Declaration(s) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.
   b. ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims set forth in Debtor's(s') Schedules.  Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 4001-1M.NA**

*December 2009*

7E                                                                          2/08/10  9:12PM

**Suits and administrative proceedings, executions, garnishments and attachments**

None
☒    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, SANTA MONICA, SC103155. FILED MAY 21, 2009, PLAINTIFF: DANAT INVESTMENT COMPANY. DEFENDANT: EMIL HASHIMAN. | COMPLAINT TO QUIET TITLE, BREACH OF CONTRACT, SET ASIDE FRAUDULENT TRANSFERS, BREACH OF FIDUCIARY DUTY, FRAUD, DECEIT, COMMON COUNTS, ACCOUNTING, UNFAIR COMPETITION, CONVERSION, INTERFERENCE W/ PROSPECTIVE BUSINESS, SLANDER OF TITLE, REMEDIES. | SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, SANTA MONICA, SC103155, 1725 MAIN ST, SANTA MONICA, CA | PENDING |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, SANTA MONICA, SC105908. FILED NOVEMBER 30, 2009. CROSS CLAIM. CONSOLIDATED: JANUARY 11, 2010. PLAINTIFF: EMIL HASHIMAN. DEFENDANT: DANIEL EGET, GLORIA VALLES (INDISPENSIBLE PARTIES: INDYMAC BANK FSB, FDIC) | COMPLAINT FOR CANCELLATION OF INSTRUMENTS, QUIET TITLE, CANCELLATION OF CLOUD ON TITLE, DECLARATORY RELIEF, FRAUD, CONSPIRACY TO DEFRAUD, TEMPORARY PRELIMINARY AND PERM INJUCTIONS, EQUITABLE LIEN, CONVERSION, ACCOUNTING, CIVIL CONSPIRACY, UNFAIR BUSINESS PRACTICES, UNJUST ENRICHMENT, RICO.  REGARDING HASHIMAN'S PROPERTY 705 AND 711 ENCHANTED WAY, PACIFIC PALISADES, CALIF. | SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, SANTA MONICA, SC105908. 1725 MAIN ST, SANTA MONICA, CA | PENDING. COURT RELATED AND CONSOLIDATED CLAIM SC103155 AND COUNTER-CLAIM SC 105908 ON JANUARY 11, 2010. |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| DALW HOLDINGS, LLC 1659 S OAK KNOLL AVE San Marino, CA 91108 | LIEN ATTACHED ON 711 ENCHANTED WAY, PACIFIC PALISADES, CA | LANDLORD, DALW HOLDINGS LLC ATTACHED JUDGMENT LIEN FOR $15,000 ON FEBRUARY 2008 ON 711 ENCHANTED WAY, PACIFIC PALISADES, CA ON |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

55

2/08/10 9:11PM

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Emil Hashiman**

Debtor

Case No.   **6:10-bk-11820**

Chapter   **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 3,185,000.00 | | |
| B - Personal Property | Yes | 4 | 8,800.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 275,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 8,800.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 10,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,800.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,028.08 |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| Total Assets | | | 3,193,800.00 | | |
| Total Liabilities | | | | 293,800.00 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

2/08/10 9:11PM

B6A (Official Form 6A) (12/07)

In re    **Emil Hashiman**                                          Case No.    **6:10-bk-11820**
                                                    Debtor
                                                                 ,

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 705 Enchanted Way<br>Pacific Palisades, CA 90272 | Fee simple | - | 1,000,000.00 | 190,000.00 |
| 711 ENCHANTED WAY<br>PACIFIC PALISADES, CA 90272 | Fee simple | - | 1,000,000.00 | Unknown |
| 5379 GRANADA ST<br>MONTCLAIR, CA 91763 | Fee simple | - | 125,000.00 | 85,000.00 |
| 5025 STATE ST<br>MONTCLAIR, CA 91763 | Fee simple | - | 1,000,000.00 | 0.00 |
| Jewel Drive, Crestline, CA APN 0339-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 | Fee simple | - | 30,000.00 | 0.00 |
| 1097 JUNGFRAU DR, CRESTLINE, CA<br>APN-0340-392-17-000 | Fee simple | - | 30,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 3,185,000.00 | (Total of this page) |
| Total > | 3,185,000.00 | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

2/08/10 9:11PM

B6D (Official Form 6D) (12/07)

In re    **Emil Hashiman**                                                                     Case No.    **6:10-bk-11820**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. 9031342652 | | | | | 4/10/2002 | | | | | |
| **CENTRAL MORTGAGE COMPANY** PO BOX 2026 Flint, MI 48501-2026 | | | - | | FIRST DEED OF TRUST 5379 GRANADA ST MONTCLAIR, CA 91763 | | | | | |
| | | | | | Value $                     125,000.00 | | | | 85,000.00 | 0.00 |
| Account No. **xxx1129** | | | | | 09/25/2009 | | | | | |
| Onewest Bank 6900 Beatrice Dr Kalamazoo, MI 49009 | | | - | | FIRST DEED OF TRUST 705 Enchanted Way Pacific Palisades, CA 90272 | | | | | |
| | | | | | Value $                  1,000,000.00 | | | | 190,000.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

<u>0</u>   continuation sheets attached

|  | Subtotal (Total of this page) | 275,000.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 275,000.00 | 0.00 |

2/08/10 9:11PM

B6E (Official Form 6E) (12/07) - Cont.

In re   **Emil Hashiman**                                                                  Case No.   **6:10-bk-11820**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | TYPE OF PRIORITY | | | | | |
| Account No. **xxx-xx-3458** | | | | UNK | | | | | |
| **CALIFORNIA FRANCHISE TAX BOARD** PO BOX 942840 Sacramento, CA 94240-0040 | - | | | | | | | | 0.00 |
| | | | | | | | | 8,800.00 | 8,800.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 8,800.00 | 8,800.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 8,800.00 | 8,800.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

2/08/10 9:11PM

B6F (Official Form 6F) (12/07)

In re    **Emil Hashiman**                                                Case No.    __6:10-bk-11820__
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **UNK** | | | | JUDGMENT - ENTERED 11/2007 | | | | |
| **DALW HOLDINGS LLC** 1659 S OAK KNOLL AVE San Marino, CA 91108 | - | | | | | | X | |
| | | | | | | | | 10,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| __0__   continuation sheets attached | Subtotal (Total of this page) | 10,000.00 |
| | Total (Report on Summary of Schedules) | 10,000.00 |

Case 6:10-bk-11820-WJ    Doc 10    Filed 02/08/10    Entered 02/08/10 21:23:06    Desc
Main Document      Page 16 of 40

2/08/10 9:11PM

B6G (Official Form 6G) (12/07)

In re     **Emil Hashiman**                                                    Case No.    **6:10-bk-11820**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| DALW HOLDINGS LLC<br>1659 S OAK KNOLL AVE<br>San Marino, CA 91108 | PROPERTY LEASE - 8685 BASELINE RD, UNIT B, RANCHO CUCAMONGA, CA |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

2/08/10  9:11PM

B6H (Official Form 6H) (12/07)

In re    **Emil Hashiman**                                          Case No. __**6:10-bk-11820**__
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

2/08/10 9:12PM

B6J (Official Form 6J) (12/07)

In re __Emil Hashiman__       Case No. __6:10-bk-11820__
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,100.00 |
|   a. Are real estate taxes included? | Yes X   No ___ | |
|   b. Is property insurance included? | Yes X   No ___ | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 200.00 |
|   b. Water and sewer | | $ 100.00 |
|   c. Telephone | | $ 120.00 |
|   d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 400.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 20.00 |
| 7. Medical and dental expenses | | $ 120.00 |
| 8. Transportation (not including car payments) | | $ 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|   a. Homeowner's or renter's | | $ 75.00 |
|   b. Life | | $ 0.00 |
|   c. Health | | $ 0.00 |
|   d. Auto | | $ 75.00 |
|   e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|   (Specify)  __See Detailed Expense Attachment__ | | $ 1,268.08 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|   a. Auto | | $ 0.00 |
|   b. Other | | $ 0.00 |
|   c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  __MORTGAGE PAYMENT 705 ENCHANTED, PACIFIC PALISADES, CA__ | | $ 1,100.00 |
|   Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 5,028.08 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 6,800.00 |
| b. | Average monthly expenses from Line 18 above | $ 5,028.08 |
| c. | Monthly net income (a. minus b.) | $ 1,771.92 |

2/08/10  9:12PM

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Central District of California

In re   **Emil Hashiman**

Debtor(s)

Case No.   **6:10-bk-11820**

Chapter   **13**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $6,500.00 | 2010 YTD: Husband Self-Employment Income |
| $72,000.00 | 2009: Husband Self-Employment Income |
| $74,000.00 | 2008: Husband Self-Employment Income |
| $100.00 | 2010 YTD: Husband AFGHAN PALACE, INC |
| $1,200.00 | 2009: Husband AFGHAN PALACE, INC |
| $1,600.00 | 2008: Husband AFGHAN PALACE, INC |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $5,300.00 | RENTS RECEIVED ON 5025 STATE STREET, MONTCLAIR, CA 91763 |

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| DALW HOLDINGS, LLC 1659 S OAK KNOLL AVE San Marino, CA 91108 | | $5,000.00 | $10,000.00 |

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| DALW HOLDINGS, LLC 1659 S OAK KNOLL AVE San Marino, CA 91108 CREDITOR IS LANDLORD OF DEBTOR | 5,000 PAID JANUARY 2008 | $5,000.00 | $10,000.00 |

## CLASS 4

### OTHER SECURED CLAIMS ON WHICH THE LAST PAYMENT IS DUE AFTER THE DATE ON WHICH THE FINAL PAYMENT UNDER THE PLAN IS DUE

1. ☐    The post-confirmation monthly payment pursuant to the promissory note will be made by the Chapter 13 Trustee from the Plan Payment to:

2. ☒    The post-confirmation monthly payment pursuant to the promissory note will be made by the Debtor directly to:

CENTRAL MORTGAGE COMPANY                                          xxxxxx2652
　　　　(name of creditor)                                      (last 4 digits of account number)

Onewest Bank                                                       xxx1129
　　　　(name of creditor)                                      (last 4 digits of account number)

**The Debtor will cure all prepetition arrearages on these claims through the Plan Payment as set forth below.**

| Name of Creditor | Last Four Digits of Account Number | Cure of Default | | | | |
|---|---|---|---|---|---|---|
| | | AMOUNT OF ARREARAGE | INTEREST RATE | MONTHLY PAYMENT | NUMBER OF MONTHS | TOTAL PAYMENT |
| | | | | | | |
| | | | | | | |

## CLASS 5

### NON-PRIORITY UNSECURED CLAIMS

Debtor estimates that non-priority unsecured claims total the sum of  $10,000.00 .
Class 5 claims will be paid as follows:

(Check one box only.)

☒    Class 5 claims (including allowed unsecured amounts from Class 3) are of one class and will be paid pro rata.
OR

☐    Class 5 claims will be divided into subclasses as shown ~~on the attached exhibit~~ *directly below* (which also shows the justification for the differentiation among the subclasses) and the creditors in each subclass will be paid pro rata.

## III.    COMPARISON WITH CHAPTER 7

The value as of the effective date of the Plan of property to be distributed under the Plan on account of each allowed claim is not less than the amount that would be paid on such claim if the estate of the Debtor were liquidated under chapter 7 of the Bankruptcy Code on such date. The amount distributed to nonpriority unsecured creditors in chapter 7 would be $  2,880,475.00  which is estimated to pay  100  % of the scheduled nonpriority unsecured debt.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

**F3015-1.1**
Best Case Bankruptcy

N-1

## United States Bankruptcy Court
### Central District of California

#### Riverside
#### Judge Peter Carroll, Presiding
#### Courtroom 304 Calendar

Thursday, March 4, 2010                                    Hearing Room  304

<u>9:30 am</u>

6:10-11820    Emil Hashiman                                            Chapter 13
#163.00       Jeffrey S. Shinbrot, APLC - movant attorney

              Motion for relief from the stay
              (Action in Non-bankruptcy Forum)

              Danat Investment Company vs. DEBTOR
              (Motion filed 2/1/10)

              EH ___X___

                                    Docket #:    9

                                                        J. Shinbrot,
                                                        Movant

Matter Notes:

  (X) Granted          ( ) Denied                       W. Huff

     ( ) Tentative / Final Ruling is Final Order of the Court
                                                        E. Morris,
     (X) Based on findings of fact and conclusions of law made on the record    Debtor.

  ( ) Stipulation by the parties with respect to relief sought to be filed with the court
      within 7 days

  ( ) Continuance - Hearing on the motion is continued to _____
       at _____ a.m./p.m.

  ( ) Off Calendar

  (X) Other  §362(d)(1); 14-days stay is waived;
             binding despite conversion

Courtroom Deputy:
  - NONE LISTED -

3/4/2010      7:57:52AM                    Page 482 of 516

Case 6:10-bk-11820-PC   Doc 29   Filed 03/17/10   Entered 03/17/10 12:53:20   Desc
Page 5 of 8

1  ROD DANIELSON
   CHAPTER 13 TRUSTEE
2  4361 Latham Street, Suite 270
   Riverside, CA 92501
3  Tel.: (951) 826-8000
   Fax: (951) 826-8090
4

5              UNITED STATES BANKRUPTCY COURT
         CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION
6  In re:
                                        Chapter 13
7  EMIL HASHIMAN                        Case No.:  6:10-bk-11820-PC
   PO BOX 418
8  MONTCLAIR, CA  91763
                                        NOTICE OF INTENT TO FILE TRUSTEE'S
9                                       FINAL REPORT AND ACCOUNT, OBTAIN
                                        DISCHARGE OF TRUSTEE, AND CLOSE
10                                      CASE

11              Debtor(s).             (DISMISSED CASE)

12
13 TO:  THE ABOVE NAMED DEBTOR(S), CREDITORS, THE UNITED STATES TRUSTEE FOR THE
   CENTRAL DISTRICT OF CALIFORNIA AND ALL OTHER PARTIES IN INTEREST:

14       NOTICE IS HEREBY GIVEN that the Chapter 13 Trustee in the above-captioned case whose
15 name and address is set forth in the upper left-hand corner of this notice, intends to file a Final Report, a
   summary of which is attached hereto; and
16
17       NOTICE IS FURTHER GIVEN that in the event no objection is filed within thirty (30) days
   after the date of this Notice, the Court will discharge the Trustee and close the case (see 11 U.S.C. 350
18 (a) and Rule 5009, F.R.B.P.); and

19       NOTICE IS FURTHER GIVEN that any objection together with a notice setting forth the date,
20 time and location of the hearing on the objection, shall be filed with this Court and served upon the
   Chapter 13 Trustee at the address set forth above, upon the Debtor(s) and Debtor's attorney, if any, and
21 upon the Office of the United States Trustee.

22       Failure to schedule a hearing and serve notice thereof shall be deemed a waiver/withdrawal of
   any objection, and the case will be closed accordingly.  Filing a claim or amended claim does not
23 constitute filing an "objection" for purposes of case closing.  Contact your attorney for more
   information.
24
25       Executed on 1/1/1900 at Riverside, California.
26
27                                    _____
                                      Rod Danielson, Chapter 13 Trustee
28

FG:046

Page 1 of 4

# UNITED STATES BANKRUPTCY COURT
## Central District Of California

| Debtor(s) Name:<br><br>Emil Hashiman | For Court Use Only<br><br>FILED<br><br>May 27, 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY KXF DEPUTY CLERK |
|---|---|
| Chapter: 13<br>Case Number: 6:10-bk-11820-PC | ORDER CLOSING CASE |

Order dismissing the case of the Debtor(s) named above was entered on **03/12/2010** , and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged from his/her duties in this case, his/her bond is exonerated, and the case is closed.

Dated: 5/27/10

By Order of the United States Bankruptcy Court

Kathleen J. Campbell
Clerk of Court

THIS CASE REMAIN
OPEN

34/ KXF

3 I

10/18/07

RECORDING REQUESTED BY

**EMIL HASHIMAN**



20072375316

WHEN RECORDED MAIL TO
AND MAIL TAX STATEMENTS TO

NAME      EMIL HASHIMAN

ADDRESS    5379 GRANADA ST.

CITY      MONTCLAIR
STATE & ZIP  CALIFORNIA   91763

TITLE ORDER NO.                    ESCROW OR LOAN NO.              APN NO. 4419 - 005 - 41

## QUITCLAIM DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s)DOCUMENTARY TRANSFER TAX is $_____ NONE _____
CITY TAX $_NONE_____
☐ computed on full value of property conveyed, or
☐ computed on full value less value of liens or    encumbrances remaining at time of sale,
☐ Unincorporated area:  X  City of __LOS ANGELES_____ , and
THIS IS A BONEFIDE GIFT AND THE GRANTOR RECEIVED NOTHING IN RETURN.R & T 11911

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
     **** DANAT INVESTMENT COMPANY*****
hereby remises, release and forever quitclaim to
     **** EMIL HASHIMAN,  a married man as his sole and separate property ****
the following described real property in the  County of        LOS ANGELES
, State of California: A.P.N. :4419-005-41

LOT 42 OF TRACT NO. 21995, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES,
STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 590 PAGE(S) 44 TO 48
INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
COMMONLY KNOWN AS  705 ENCHANTED WAY,  PACIFIC PALISADES, CA 90272

Dated _October 17,_ ,2007            DANAT INVESTMENT COMPANY

                         By _____
                              EMIL HASHIMAN

STATE OF CALIFORNIA,
COUNTY OF  LOS ANGELES} S.S.

On _October 17th,_ 2007 before me, _Michaeline Ponce de Leon/Notary Public_ , personally
appeared _Emil Hashiman,_ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Michaeline Ponce de Leon_

DOCUMENT PROVIDED BY STEWART TITLE OF CALIFORNIA, INC.

MICHAELINE PONCE DE LEON
Commission # 1711473
Notary Public - California
San Bernardino County
My Comm. Expires Dec 17, 2010

QUITCLM.DOC

## APPLICANT/CONSULTANT'S AFFIDAVIT

### OWNER MUST SIGN AND BE NOTARIZED;

### IF THERE IS AN AGENT, THE AGENT MUST ALSO SIGN AND BE NOTARIZED

I, _David Investment Co_                    I, _EMIL HASHIMAN_

  Owner (Owner in escrow)*                    Consultant*
    (Please Print)                             (Please Print)

Signed: _____                   Signed: _____
         Owner                                        Agent

being duly sworn, state that the statements and information contained in this Environmental Assessment Form are in all respects true and correct to the best of my knowledge and belief.

State of California, County and City of Los Angeles

| | |
|---|---|
| Signed: _____<br>Notary | Signed: _____<br>Notary |
| Subscribed and sworn to before me this<br><br>___ day of _November_ , 20 _07_<br>(NOTARY or CORPORATE SEAL) | Subscribed and sworn to before me this<br><br>_17th_ day of _October_ , 20 _07_<br>(NOTARY) |

* If acting for a corporation, include capacity and company name.



MICHELLE TERENO
Commission # 1291610
Notary Public - California
Los Angeles County
My Comm. Expires Jan 21, 2005



MICHAELINE PONCE DE LEON
Commission # 1711473
Notary Public - California
San Bernardino County
My Comm. Expires Dec 17, 2010

CP-1204 (04/11/01)

RECORDING REQUESTED BY:

DANAT INVESTMENT COMPANY

WHEN RECORDED, MAIL TO:

DANAT INVESTMENT COMPANY
~~10866 WILSHIRE BLVD.~~ 911 W. Pico Blvd
~~SUITE 830~~ Suite PH-E
LOS ANGELES CA ~~90024~~ 90035

09/21/07

20072188674

## QUITCLAIM DEED

THE UNDERSIGNED GRANTOR DECLARES DOCUMENTARY TRANSFER TAX ✓ none

[  ]   Computed on full value of property conveyed, or
[  ]   Computed on full value less the value of loans or encumbrances remaining at date of sale
[  ]   Incorporated area  [  ] Los Angeles, and

*This is a bonafide gift and the grantor received nothing in return*
FOR VALUABLE CONSIDERATION, Receipt of which is hereby acknowledged  *Hashiman*
*** EMIL HASHIMAN ***

hereby remises, releases and forever quitclaims to
*** DANAT INVESTMENT COMPANY ***

the following described property in the city of ___LOS ANGELES___, County of ___LOS ANGELES___
State of ___CALIFORNIA___

LOT 41 OF TRACT 21995, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES,
STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 590, PAGE(S) 44 TO 48
INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

COMMONLY KNOWN AS 705 ENCHANTED WAY, PACIFIC PALISADES, CA 90272

Date: __11/16/2000__, 2000

EMIL HASHIMAN

State of California  )
                     ) ss.
County of Los Angeles)

On __11/16__, 2000, before me, _Gloria V Valles_ notary personally
appeared _Emil Hashiman_ personally known to me (or proved to me on the basis of
satisfactory evidence) to be the person(s) whose name(s) are/is subscribed to the within instru-
ent and acknowledged to me that he/they executed the same in his/their authorized capacity and
that by his/their signature on the instrument the person(s) executed the instrument.

WITNESS my hand and official seal.



Gloria V Valles
Notary Public



GLORIA V. VALLES
COMM. # 1122795
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires January 16, 2001

EXHIBIT  C

5/14/2020

CM/ECF - U.S. Bankruptcy Court (v5.2.1 - LIVE)

**PInDue, DesisDue, DEFER, JNTADMN, LEAD**

## U.S. Bankruptcy Court
### Central District of California (Santa Barbara)
#### Bankruptcy Petition #: 9:17-bk-12045-DS

*Assigned to:* Deborah J. Saltzman

*Date filed:* 11/09/2017
*341 meeting:* 05/24/2018

**Debtor**
**Bikram's Yoga College of India LP, a limited partnership**
731 Eringer Road
Simi Valley, CA 93065
VENTURA-CA
Tax ID / EIN : 47-0885846

Chapter 11
Voluntary
Asset

represented by **Martin J Brill**
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067
310-229-1234
Fax : 310-229-1244
Email: mjb@lnbyb.com

**Kirkor J Mesheteljian**
10250 Constellation Blvd
Ste 1700
Los Angeles, CA 90067
310-229-1234
Fax : 310-229-1244
Email: kjm@lnbyb.com

**Debtor**
**Emil Hashiman**
14381 Rafael St
Cabazon, CA 92230
RIVERSIDE-CA

represented by **Emil Hashiman**
PRO SE

**Trustee**
**Robbin L. Itkin (TR)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
310-595-3000

represented by **Eric D Goldberg**
DLA Piper LLP
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
310.595.3000
Fax : 310.595.3357
Email: eric.goldberg@dlapiper.com

**Robbin L. Itkin**
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
310-595-3000
Fax : 310-595-3343
Email: robbin.itkin@dlapiper.com

**David M Riley**
DLA Piper LLP (US)
2000 Avenue of the Stars, Ste 400
North Tower
Los Angeles, CA 90067
310-595-3000
Fax : 310-595-3300
Email: david.riley@dlapiper.com

**U.S. Trustee**
**United States Trustee (ND)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

represented by **Russell Clementson**
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017
213-894-4505
Fax : 213-894-0276
Email: russell.clementson@usdoj.gov

**Brian D Fitpaldi**
United States Department of
Justice/OUST
1415 State Street
Suite 148
Santa Barbara, CA 93101
805-957-4100
Fax : 805-957-4103
Email: brian.fitpaldi@usdoj.gov

| Filing Date | # | clear | Docket Text |
|---|---|---|---|
| 11/09/2017 | 1 (15 pgs) | 1.249149 MB | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1717 Filed by Bikram's Yoga College of India LP, a limited partnership List of Equity Security Holders due 11/24/2017. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 11/24/2017. Schedule A/B: Property (Form 106A/B or 206A/B) due 11/24/2017. Schedule C: The Propery You Claim as Exempt (Form 106C) due 11/24/2017. Schedule D: Creditors Who Have Claims Secured by Property (Form 2 |

https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?104487167469577-L_1_0-1

1/88

https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?104487167469577-L_1_0-1

 **Gmail**

**Bikram Case**
1 message

Fittipaldi, Brian (USTP) <Brian.Fittipaldi@usdoj.gov>                    Wed, May 20, 2020 at 4:26 PM
To: i has <isaachashiman@gmail.com>
Cc: "Misken, Kenneth M. (USTP)" <Kenneth.M.Misken@usdoj.gov>, "Clementson, Russell (USTP)"
<Russell.Clementson@usdoj.gov>

Dear Mr. Hashiman:

The Clerk's Office has removed you from their entry in the Bikram case.  Please see the current PACER introductory
page below.

Thank you, Brian Fittipaldi

**U.S. Bankruptcy Court**
**Central District of California (Santa Barbara)**
**Bankruptcy Petition #: 9:17-bk-12045-DS**

                                                              *Date filed:* 11/09/2017
Assigned to: Deborah J. Saltzman
Chapter 11                                                    *341 meeting:* 05/24/2018
Voluntary
Asset

Show Associated Cases

Claims Register

| | | |
|---|---|---|
| **Debtor**<br>**Bikram's Yoga College of India LP, a limited partnership**<br>2731 Erringer Road<br>Simi Valley, CA 93065<br>VENTURA-CA<br>Tax ID / EIN: 47-0885846 | represented by | **Martin J Brill**<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067<br>310-229-1234<br>Fax : 310-229-1244<br>Email: mjb@lnbrb.com |

Santa Barbara, CA 93101
805-957-4100
Fax : 805-957-4103
Email: brian.fittipaldi@usdoj.
gov

| | | |
|---|---|---|
| **Trustee**<br>**Robbin L Itkin (TR)**<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4704<br>310-595-3000 | represented by | **Eric D Goldberg**<br>DLA Piper LLP<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067<br>310.595.3000<br>Fax : 310.595.3357<br>Email: eric.goldberg@dlapiper.com |
| | | **Robbin L. Itkin**<br>DLA Piper LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4704<br>310-595-3000<br>Fax : 310-595-3343<br>Email: robbin.itkin@dlapiper.com |
| | | **David M Riley**<br>DLA Piper LLP (US)<br>2000 Avenue of the Stars, Ste 400<br>North Tower<br>Los Angeles, CA 90067<br>310-595-3000<br>Fax : 310-595-3300<br>Email: david.riley@dlapiper.com |
| **U.S. Trustee**<br>**United States Trustee (ND)**<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017 | represented by | **Russell Clementson**<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017<br>213-894-4505<br>Fax : 213-894-0276<br>Email: russell.clementson@usdoj.gov |
| | | **Brian D Fittipaldi**<br>United States Department of Justice/OUST<br>1415 State Street<br>Suite 148 |

**Krikor Meshefejian**
10250 Constellation Blvd
Ste 1700
Los Angeles, CA 90067
310-229-1234
Fax : 310-229-1244
Email: kjm@lnbyb.com



**Brian D. Fittipaldi**
**Trial Attorney**
U.S. Department of Justice
Office of the United States Trustee
1415 State Street, Suite 148
Santa Barbara, CA 93101
805-957-4100~ Telephone
805-957-4103~ Facsimile
Email: brian.fittipaldi@usdoj.gov

EXHIBIT    D

# ⋈ Gmail

i has <isaachashiman@gmail.com>

---

## Court error in Bikram's Yoga College of India 's case where Emil Hashiman was placed as a Debtor to Bikram's case in error made by the Court and related Chater 7 cases to which Hashiman had to oppose to protect his interests due to the Court's error. Case # 's 6:19-bk-13367-SY, 8:19-bk-13858-ES and 8:19-bk-14171-ES

---

**i has** <isaachashiman@gmail.com>                                          Thu, May 21, 2020 at 6:17 PM
To: brian.fittipaldi@usdoj.gov, russell.clementson@usdoj.gov, kenneth.m.misken@usdoj.gov, ustpregion16.rs.ecf@usdoj.gov

Dear Brian,
As per our email exchanges yesterday, you stated that a mistake had occurred in placing my name/case together with Bikram's case.
As a result of that error by the Court, I opposed the motion to sell Property of the Estate under 363(b)(f) in the Bikram case on 3/19/2020 in docket #398. In that document I mentioned case # 6:19-bk-13367-SY as a related case by a chapter 7 trustee as well as other cases.
An order approving stipulation re motion under 11 USC 1112(b) was entered in Docket # 31 to covert to chapter 7.... unsure if that motion was related to my case, I opposed the motion to sell property of the estate under 363(b) in the urban logic consultants case in late march 2020 as well. In that hearing which I participated in on 3/26/2020, I explained to Hon. Judge Yun about my concerns about the error of my name being placed in the Bikram case and other related cases stemming from Bakram which was denied however the Hon. Judge Yun did allow the Sale to proceed with The city of Beaumont awarded highest bid of $75,000 with the condition that the sale was in Bad Faith, the trustee, Miss. Bui failed to state that important statement made by the Honorable Juge Yun in her final order on 4/3/2020 to which I appealed. The City of Beaumont bought the Debtors account receivable in order to proceed in nonbankruptcy forum in order to prosecute the Debtor (Debtor in this case was not clearly identified or hidden in layers of shale corporations).
It is possible that the Attorney for Bikram, Martine J Brill of Levene Neal Bender, Yoo & Brill LLP have employed Chapter 7 Trustee Lynda Bui of Shulman Bastian Friedman & Bui LLP to liquidate Bikram's unsecued estate and have included my estate in this mix up. It is possible that Danat Investment Co. and other interested creditors in my base case of 2010 are renewing liens in my case to take it back to nonbankruptcy or State court for collection or prosecution. as I pointed out in my complaint, all creditors in my case have been paid and the chapter 13 plan was completed in 2013 but the Movant and other creditors failed to report such payments to the Trutees in violation of 362 and 1104(e).
The third party attorneys/ trustees mentioned above should be questioned to make sure that my estate is not involved in their inventory of estates for sale as a result of the Court's error in the Bikram's case with my case.
The attached filing by Lynda Bui chapter 7 trustee who has employed her own firm, Shulman Bastian Friedman and Bui LLP to proceed with adversary proceedings against me for my opposition to her motion to sell property or the estate all stemming from errors made by the Court in Bikram case.
I have received a BAP appeal case number CC-20-1107 for my case 6:10-bk-11820-wj.
I would have no reason to oppose or intervene in any bankruptcy proceedings unless there was cause and my rights were being violated in this case an error of the court and violations of 362 by Creditors. I will present these issues with the BAP appeal board as well as the US Trutee's office in Orlando Florida as an addition to my complaint against Danat for their violation of Automatic Stay.
I seek an immediate automatic Stay in my Base Case to protect my Estate pending your Department's investigation. Anything less, this Debtor will be prejudiced if the nonbankruptcy Action is allowed to continue in the nonbankruptcy forum.
I have addresses the fact that identity theft has occurred with regards to myself my mother, Sameya Hashemeyan who is a co owners to part of my bankruptcy estate.
I mentioned it in case number 6:19-bk-13367-SY and in case 8:19-bk-13858-es which I also opposed in march 2020 as well as case 8:19-bk-14171-ES filed by Shulman Bastian Friedman & Bui LLP with similar 363(b)(1) and (f) motions which I opposed in mid April 2020 as a result of the Courts error in Bikram's case.
Thank you
Emil Hashiman

---

EXHIBIT  E

Search  Images  Maps  Play  YouTube  News  **Gmail**  Drive  More »

**isaachashiman@gmail.com** | Google Account | Settings | Help | Sign out

**You are currently viewing Gmail in basic HTML.**  Switch to standard view | Set basic HTML as default view

# M Gmail

[Search Mail]  [Search the Web]  Show search options
Create a filter

**Compose Mail**

**Inbox (59)**

Starred ☆
Sent Mail
**Drafts (16)**
All Mail
Spam
Trash

**Contacts**

Labels
Notes
 Edit labels

« Back to Inbox  [Archive]  [Report Spam]  [Delete]  [More Actions... ▼]    **1** of about **120**
[Go]                                                                        Older ›

🔲 Expand all  🖨 Print  🗔 New window

### RE: Court error in Bikram's Yoga College of India 's case where Emil Hashiman was placed as a Debtor to Bikram's case in error made by the Court and related Chater 7 cases to which Hashiman had to oppose to protect his interests due to the Court's err...  Inbox

⬜ **USTP Region16 RS ECF**                                    Thu, May 21, 2020 at 6:38 PM
⬜ **Fittipaldi, Brian (USTP)**<Brian.Fittipaldi@usdoj.gov>     Thu, May 21, 2020 at 7:03 PM
To: i has <isaachashiman@gmail.com>, "Clementson, Russell (USTP)" <Russell.Clementson@usdoj.gov>, "Misken, Kenneth M. (USTP)" <Kenneth.M.Misken@usdoj.gov>, USTP Region16 RS ECF <USTPRegion16.RS.ECF@usdoj.gov>, "Fittipaldi, Brian (USTP)" <Brian.Fittipaldi@usdoj.gov>
Cc: "Ridley, Cameron (USTP)" <Cameron.Ridley@usdoj.gov>

Reply | Reply to all | Forward | Print | Delete | Show original

Dear Mr Hashiman

I am forwarding your email to Cameron Ridley of our Riverside office regarding your case. You may want to contact the Santa Barbara Clerks Office regarding how the mistake occurred. In any event, you are not listed on PACER as connected to the Bikram cases any longer. Thank you.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: i has <isaachashiman@gmail.com>
Date: 5/21/20 6:38 PM (GMT-08:00)
To: "Fittipaldi, Brian (USTP)" <Brian.Fittipaldi@UST.DOJ.GOV>, "Clementson, Russell (USTP)" <Russell.Clementson@UST.DOJ.GOV>, "Misken, Kenneth M. (USTP)" <Kenneth.M.Misken@UST.DOJ.GOV>, USTP Region16 RS ECF <USTPRegion16.R.ECF@UST.DOJ.GOV>
Subject: Court error in Bikram's Yoga College of India 's case  where Emil Hashiman was placed as a Debtor to Bikram's case in error made by the Court and related Chater 7 cases to which Hashiman had to oppose to protect his interests due to the Court's error. ...

Dear Brian,
As per our email exchanges yesterday, you stated that a mistake had occurred in placing my name/case together with Bikram's case.
As a result of that error by the Court, I opposed the motion to sell Property of the Estate under 363(b)(f) in the Bikram case on 3/19/2020 in docket #398. In that document I mentioned case # 6:19-bk-13367-SY as a related case by a chapter 7 trustee as well as other cases.
An order approving stipulation re motion under 11 USC 1112(b) was entered in Docket # 31 to covert to chapter 7....
unsure if that motion was related to my case, I opposed the motion to sell property of the estate under 363(b) in the urban logic consultants case in late march 2020 as well. In that hearing which I participated in on 3/26/2020, I explained to Hon. Judge Yun about my concerns about the error of my name being placed in the Bikram case and

EXHIBIT F

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Emil Hashiman<br>14381 Rafael St.<br>Cabazon California 92230<br>(909) 450 9668<br><br>isaachashiman@gmail.com<br><br><br><br>☒ *Respondent appearing without attorney*<br>☐ *Attorney for Respondent:* | |

<table>
<tr><td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA ·NORTHERN DIVISION</b>  ▾</td></tr>
<tr>
<td>In re:<br>Bikram's Yoga College of India LP Debtor/DIP<br>9:17-bk-12045-DS<br>Emil Hashiman Debtor (error by court )<br>Jointly administered with:<br>Bikram Choudhury Yoga Inc. Debtor/DIP<br>9:17-bk-12046-DS<br>Bikram Inc. a Delware Corp Debtor/DIP<br>9:17-bk-12047-DS<br>Yuz Inc. a California Corp  (9:17-bk-12048-DS Debtor/DIP<br>International Trading Representative LLC Delaware Corp<br>9:17-bk-12049-DS<br><br> Debtor(s). </td>
<td>CASE NO.: 9:17-bk-12045-DS<br>CHAPTER: 11    ▾<br><br> <b>RESPONSE TO MOTION REGARDING<br>THE AUTOMATIC STAY AND<br>DECLARATION(S) IN SUPPORT</b> <br><br>DATE:05/13/2020<br>TIME: 11:30 am<br>COURTROOM:201<br>PLACE:<br>      1415 State Street<br>      Santa Barbra California 93101</td>
</tr>
<tr><td colspan="2"><b>Movant:</b> Danat Investment Company Movant in Base Case 6:10-bk-11820-PC chapter 13</td></tr>
</table>

**Respondent:**  ☒ Debtor    ☐ trustee    ☐ other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
>
> A copy of the Response, exhibit(s) and declaration(s) must be served upon:
>
> (1) Movant's attorney (or Movant, if Movant does not have an attorney);
> (2) the trustee; and
> (3) the judge who presides over this bankruptcy case.
>
> Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**

   The Respondent does not oppose the granting of the Motion.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

2.  ☒ **LIMITED OPPOSITION**

a.  ☒ Respondent opposes the Motion only to the extent that it seeks immediate ~~relief from~~ stay. Respondent requests that no lock out, foreclosure, or repossession take place before (*date*): __8/1/2020__ and the reason for this request is Respondent requests that the Stay remain in place in the  base case 6:10-bk-11820-WJ due to 1-Court's error in r 9:17-bk-12045-DS with respect to the Respondent.2- Respondent has filed a criminal complaint against the Movant in his base case with the violating the stay under 362 on 5/20/2020. 3-Outcome of Respondent's Appeal with BAP to reopen the Base case. BAP No.CC-20-1107 filed 5

b.  ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

The Debtor:

(1) ☐ has no knowledge of the Property.
(2) ☐ has no interest in the Property.
(3) ☐ has no actual possession of the Property.
(4) ☐ was not involved in the transfer of the Property.

c.  ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time. Evidence of a pending loan modification is attached as Exhibit _____.

3.  ☒ **OPPOSITION:** The Respondent opposes granting of the Motion for the reasons set forth below.

a.  ☐ The Motion was not properly served (*specify*):

(1) ☐ Not all of the required parties were served.
(2) ☐ There was insufficient notice of the hearing.
(3) ☐ An incorrect address for service of the Motion was used for (*specify*):

b.  ☒ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:

(1) ☐ The value of the Property is $ _____, based upon (*specify*):

(2) ☐ Total amount of debt (loans) on the Property is $ _____.

(3) ☐ More payments have been made to Movant than the Motion accounts for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

(4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments. A true and correct copy of the loan modification agreement is attached as Exhibit _____.

(5) ☐ The Property is necessary for an effective reorganization. Respondent filed or intends to file a plan of reorganization that requires use of the Property. A true and correct copy of the plan is attached as Exhibit _____.

(6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current. A true and correct copy of the chapter 13 plan is attached as Exhibit _____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit _____.

(7) ☐ The Property is insured. Evidence of current insurance is attached as Exhibit _____.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                Page 2                                F 4001-1.RFS.RESPONSE

(8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.

(9) ☐ Respondent denies that this bankruptcy case was filed in bad faith.

(10) ☒ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.
Only pertaining to case number 6:10-bk-11820-WJ (PC) which was entangled with this case by Court error.

(11) ☒ Other (specify):    Respondent wants to insure that his Base Case 6:10-bk-11820-PC(WJ) is not effected with this motion of Relief from Automatic Stay due to the Court's mistake in listing respondant as a Debtor in this case 9:17-bk-12045-DS. A criminal complaint against Movant Danat Investment Company as well as other creditors for violations of automatic stay (362) was filed with UST on 5/20/2020 in the Base Case is attached as Exhibit _A___.

c.  ☒ Respondent asserts the following as shown in the declaration(s) filed with this Response:

(1) ☐ The bankruptcy case was converted from chapter ___ to chapter ___.

(2) ☐ All postpetition arrearages will be cured by the hearing date on this motion.

(3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments
☐ are current, or ☐ will be cured by the hearing date on this motion.

(4) ☐ The Debtor has equity in the Property in the amount of $ _____.

(5) ☐ Movant has an equity cushion of $ _____ or _____% which is sufficient to provide adequate protection.

(6) ☐ The Property is necessary for an effective reorganization because (specify):

(7) ☐ The motion should be denied because (specify):

(8) ☒ An optional memorandum of points and authorities is attached in support of this Response.

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

Attached are the following documents in support of this Response:

☒ Declaration by the Debtor
☐ Declaration by trustee
☐ Declaration by appraiser

☐ Declaration by the Debtor's attorney
☐ Declaration by trustee's attorney
☐ Other (specify):

Date: 05/20/2020

_____
Printed name of law firm for Respondent (if applicable)

Emil Hashiman
_____
Printed name of individual Respondent or attorney for Respondent

_____
Signature of individual Respondent or attorney for Respondent

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **100**
*14381 RAFAEL St. CABAZON CA 92230*

A true and correct copy of the foregoing document entitled (*specify*): **C**

_____ will be served or was served **(a)** on the
judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following
persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Chapter 7 Trustee**: Lynda T. Bui (TR)    trustee.bui@shulmanbastian.com, C115@ecfcbis.com
- **Interested Party**: Brent S Clemmer    garduno@sbemp.com, clemmer@sbemp.com
- **Interested Party**: Caroline Djang    caroline.djang@bbklaw.com, evelyn.gomez@bbklaw.com; sansanee.wells@bbklaw.com
- **Attorney for Debtor**:  Jenny L Doling    JD@jdl.law, dolingjr92080@notify.bestcase.com
- **Interested Party**: United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **May 24 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case
or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first
class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge
will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for
each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/23/2020 | EMIL HASHMAN | *Emil Hood* | _____ |
|-----------|--------------|-------------|------------------|
| Date | Printed Name | Signature | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## U.S. MAIL SERVICE LIST

**DEBTOR**
URBAN LOGIC CONSULTANTS, INC.
8549 WILSHIRE BLVD # 962
BEVERLY HILLS, CA 90211-3104

**NEF - ATTORNEY FOR DEBTOR**
JENNY L DOLING
J. DOLING LAW, PC
36-915 COOK STREET, STE 101
PALM DESERT, CA 92211-6067

**NEF - INTERESTED PARTY**
UNITED STATES TRUSTEE (RS)
3801 UNIVERSITY AVENUE, SUITE 720
RIVERSIDE, CA 92501-3255

**CREDITOR LISTING**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR LISTING**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR LISTING**
GROBSTEIN TEEPLE LLP
6300 CANOGA AVENUE SUITE 1500W
WOODLAND HILLS, CA 91367-2555

**CREDITOR LISTING**
WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS
C/O CAROLINE R. DJANG
BEST BEST & KRIEGER LLP
18101 VON KARMAN AV., SUITE 1000
IRVINE, CA 92612-0164

**CREDITOR LISTING**
BEST BEST & KRIEGER, LLP
18101 VON KARMAN AVENUE #1000
IRVINE, CA 92612-0164

**CREDITOR LISTING**
BEST BEST & KRIEGER, LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
RIVERSIDE, CA 92501-3369

**CREDITOR LISTING**
CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
SPECIAL OPS, MIC:55
PO BOX 942879
SACRAMENTO, CA 94279-0055

**CREDITOR LISTING**
CITY OF BEAUMONT
550 E. 6TH STREET
BEAUMONT, CA 92223-2253

**CREDITOR LISTING**
DAVID DILLON
C/O KINSELLA WEITZMAN ISER KUMP & ALDISERT, LLP
808 WILSHIRE BOULEVARD, 3RD FL
SANTA MONICA, CA 90401-1889

**CREDITOR LISTING**
DEEPAK MOORJANI
C/O KINSELLA WEITZMAN ISER KUMP &
ALDISERT, LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CA 90401-1889

**CREDITOR LISTING**
DEEPAK MOORJANI
C/O WERKSMAN JACKSON HATHAWAY & QUINN, LLP
888 WEST SIXTH STREET, FOURTH FLOOR
LOS ANGELES, CA 90017-2703

**CREDITOR LISTING**
ERNEST A. EGGER
C/O KINSELLA WEITZMAN ISER KUMP & ALDISERT, LLP
808 WILSHIRE BOULEVARD, 3RD FL
SANTA MONICA, CA 90401-1889

**CREDITOR LISTING**
INTERNAL REVENUE SERVICE*
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**CREDITOR LISTING**
KIERAN MCKIERNAN
458 N. DOHENY DRIVE
UNIT 69672
WEST HOLLYWOOD, CA 90069-7435

**CREDITOR LISTING**
KINSELLA WEITZMAN ISER KUMP & ALDISERT, LLP
808 WILSHIRE BOULEVARD, 3RD FL
SANTA MONICA, CA 90401-1889

**CREDITOR LISTING**
PROCOPIO, CORY, HARGREAVES AND ANDSAVITCH
12544 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130-3051

**CREDITOR LISTING**
SLOVAK BARON EMPEY MURPHY & PINKNEY, LLP
1800 E. TAHQUITZ CANYON WAY
PALM SPRINGS, CA 92262-7104

**CREDITOR LISTING**
SOUTHERN CALIFORNIA EDISON
2131 WALNUT GROVE AVENUE
ROSEMEAD, CA 91770-3769

**CREDITOR LISTING**
SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

**CREDITOR LISTING**
THE HARTFORD
690 ASYLUM AVENUE
HARTFORD, CT 06155-0002

**CREDITOR LISTING**
TORCAL, LLC
8549 WILSHIRE BOULEVARD, STE 962
BEVERLY HILLS, CA 90211-3104

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**CREDITOR LISTING**
WERKSMAN JACKSON
HATHAWAY &
QUINN, LLP
888 WEST SIXTH STREET,
FOURTH FL
LOS ANGELES, CA 90017-2703

**CREDITOR LISTING**
WESTERN RIVERSIDE COUNCIL
OF GOVERNMENT
3390 UNIVERSITY AVENUE
SUITE 450
RIVERSIDE, CA 92501-3315

**UNDELIVERABLE**
COURTESY NEF

**RETURNED MAIL**

**N/A**
RIVERSIDE DIVISION
3420 TWELFTH STREET,
RIVERSIDE, CA 92501-3819

**N/A**
LYNDA T. BUI (TR)
SHULMAN BASTIAN LLP
3550 VINE STREET, SUITE 210
RIVERSIDE, CA 92507-4175

**DUPLICATE**
U.S. TRUSTEE
3801 UNIVERSITY AVENUE
RIVERSIDE, CA 92501-3255

**DUPLICATE**
WESTERN RIVERSIDE COUNCIL OF
GOVERNMENT
3390 UNJIVERSITY AVENUE
SUITE 450
RIVERSIDE, CA 92501-3315

**DUPLICATE**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS
A340
PO BOX 2952
SACRAMENTO CA 95812-2952

**DUPLICATE**
STATE OF CALIFORNIA*
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

**DUPLICATE**
WESTERN RIVERSIDE COUNSEL OF
GOVERNMENTS
C/O CAROLINE R. DJANG
BEST BEST & KRIEGER LLP
18101 VON KARMAN AVE., SUITE 1000
IRVINE, CA 92612-0164

**DUPLICATE**
EMPLOYMENT DEVELOPMENT
DEPARTMENT*
BANKRUPTCY GROUP MIC92E
P.O. BOX 826880
SACRAMENTO. CA 94280-0001

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE