**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED JUN 24 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

| In re:<br>URBAN LOGIC CONSULTANTS, INC.<br><br>Debtor(s) | CASE NO.: 6:19-BK-13367 SY<br>ADVERSARY NO.: N/A<br>BAP/USDC NO.: 5:20-CV-00808-JLS<br>NOTICE OF APPEAL FILED: 04/16/2020<br>APPEAL DOCKET ENTRY NO.: 67 |
|---|---|
| Plaintiff(s)<br>vs.<br><br>Defendant(s) | **APPEAL DEFICIENCY NOTICE TO:**<br>☐ BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT<br>☒ UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

☒ Statement of Issues
☒ Designation of Record
☐ Notice of Transcript
☐ Transcript(s)
☐ Filing Fee for Notice of Appeal
☐ Other (*specify*):

Date: 06/24/2020    By: Kathleen J. Campbell, Clerk of Court
Rosanna Sandoval
Deputy Clerk