# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, June 25, 2020**                                      **Hearing Room    302**

9:30 AM

**6:19-13367    Urban Logic Consultants, Inc.**                           **Chapter 7**

Telephonic Hearing

#1.10    Chapter 7 Trustee's Application to Employ Shulman
         Bastian Friedman & Bui LLP as General Counsel

**Caroline R Djang to appear by telephone (949)263-2600**
**Brandon Iskander to appear by telephone (949)340-3400**

*Western Rivers council of Gov*
*Ch. 7 trustee*

Docket        78

**Matter Notes:**

    GRANTED: _____ ✓       DENIED: _____

    CONT'D. TO: _____

        **Briefing filed:** _____

        **Opposition filed:** _____

        **Reply filed:** _____

**WITHDRAWN:** _____

    **Order Lodged by:** _____ B. Iskander _____

**Tentative Ruling:**

Approve the application and strike the response filed by Emil Hashiman.

| Party Information |
|---|

**Debtor(s):**

    Urban Logic Consultants, Inc.              Represented By
                                     Jenny L Doling

**Trustee(s):**

    Lynda T. Bui (TR)                           Represented By

## United States Bankruptcy Court
### Central District of California
Riverside
**Judge Scott Yun, Presiding**
**Courtroom 302 Calendar**

**Thursday, June 25, 2020**                                                        **Hearing Room    302**

9:30 AM
**CONT...    Urban Logic Consultants, Inc.**                                               **Chapter 7**

Brandon J Iskander