Leonard M. Shulman – Bar No. 126349
Brandon J. Iskander – Bar No. 300916
SHULMAN BASTIAN FRIEDMAN & BUI LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
biskander@shulmanbastian.com

Proposed Attorneys for Lynda T. Bui,
Chapter 7 Trustee

**FILED & ENTERED**

**JUN 30 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY potier    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.  6:19-bk-13367-SY |
| **URBAN LOGIC CONSULTANTS, INC.,** | Chapter  7 |
| Debtor. | **ORDER AUTHORIZING THE TRUSTEE'S EMPLOYMENT OF SHULMAN BASTIAN FRIEDMAN & BUI LLP AS GENERAL COUNSEL** |
| | Hearing:<br>Date:   June 25, 2020<br>Time:   9:30 a.m.<br>Place:  Courtroom 302<br>           3420 Twelfth Street<br>           Riverside, CA 92501 |

    The Chapter 7 Trustee's Application to Employ Shulman Bastian Friedman & Bui LLP as General Counsel ("Application"), filed on May 7, 2020 [docket no. 78], came on for hearing on June 25, 2020, the Honorable Scott H. Yun, United States Bankruptcy Judge presiding. Lynda T. Bui ("Trustee"), the chapter 7 trustee for the bankruptcy estate of Urban Logic Consultants, Inc. ("Estate") appeared through her proposed counsel, Shulman Bastian Friedman & Bui LLP ("Firm") by Brandon J. Iskander. Western Riverside Council of Governments appeared through its counsel, Best Best & Krieger by Caroline R. Djang. There were no other appearances as reflected on the court's record.

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

6207-000\EXP. 23

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

The court, having read and considered the Application and the declaration in support, the response of Emil Hashiman filed in opposition ("Response") [docket no. 83], and the Trustee's reply thereto [docket no. 88], the record in this case, the court having found that proper notice having been given, and based on the findings of fact and conclusions or law presented by the court on the record,

**IT IS ORDERED** that:

1. The Application is approved.

2. The Firm is a "disinterested person" as defined by 11 U.S.C. § 101(14), and the Firm holds no interest adverse to the debtor or the Estate.

3. The Trustee is authorized under 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014(a) to employ the Firm as her general counsel to render services in this case effective as of April 14, 2020, with compensation in such amount as the court may hereafter allow in accordance with law, on the terms set forth in the Application.

4. Compensation to be received hereafter by the Firm is subject to approval by the court, upon appropriate application and hearing in conformity with 11 U.S.C. §§ 330 and 331.

5. The Response filed by Emil Hashiman is stricken based on his lack of standing in this case.

###

Date: June 30, 2020

Scott H. Yun
United States Bankruptcy Judge

2

6207-000\EXP. 23