CAROLINE R. DJANG, Bar No. 216313
Caroline.Djang@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, CA  92612
Telephone:  (949) 263-2600
Facsimile:  (949) 260-0972

Attorneys for Creditor
CITY OF BEAUMONT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**URBAN LOGIC CONSULTANTS, INC. fdba INFRA CONSULTANTS,**<br><br>Debtor. | Case No.  6:19-bk-13367-SY<br><br>Chapter 7<br><br>**STIPULATION TO DISMISS MOTION FOR RELIEF FROM THE AUTOMATIC STAY – ACTION IN A NON-BANKRUPTCY FORUM [DOC. 97]**<br><br>**Hearing Date**<br>Date: November 4, 2020<br>Time: 9:30 a.m.<br>Ctrm: 302 |

- 1 -

STIPULATION TO DISMISS MOTION FOR RELIEF FROM STAY

20323.00071\33418950.1

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND PARTIES IN INTEREST:**

This Stipulation is entered into by and between City of Beaumont, a creditor in the above-entitled Chapter 7 case, on the one hand (the "City"), and Torcal, LLC and Kieran McKiernan, on the other hand (the "Non-Debtor Defendants") and is based on the following:

On October 14, 2020, the City filed its Notice of Motion and Motion for Relief from Automatic Stay [Doc. #97] ("Motion").

On October 21, 2020, the Non-Debtor Defendants filed a response to the Motion [Doc. #100].

The City and the Non-Debtor Defendants have agreed to dismiss the Motion without prejudice.

NOW THEREFORE, IT IS STIPULATED that the Motion is dismissed without prejudice.

Dated: October 28, 2020                    BEST BEST & KRIEGER LLP


By: /s/ Caroline R. Djang
    CAROLINE R. DJANG
    Attorneys for Creditor
    CITY OF BEAUMONT

Dated: October 28, 2020                    DENTONS US LLP


By: [signature]
    NICHOLAS A. KOFFROTH
    Attorneys for _____
    TORCAL, LLC AND KIERAN MCKIERNAN

- 2 -

STIPULATION TO DISMISS MOTION FOR RELIEF FROM STAY

20323.00071\33418950.1

LAW OFFICES OF
BEST BEST & KRIEGER LLP
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
18101 Von Karman Avenue, Suite 1000, Irvine, California  92612

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION TO DISMISS MOTION FOR RELIEF FROM THE AUTOMATIC STAY – ACTION IN A NON-BANKRUPTCY FORUM [DOC. 97] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/28/20, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Lynda T. Bui (TR)    trustee.bui@shulmanbastian.com, C115@ecfcbis.com
Brent S Clemmer    garduno@sbemp.com, clemmer@sbemp.com
Caroline Djang    caroline.djang@bbklaw.com, lverstegen@bbklaw.com;wilma.escalante@bbklaw.com
Jenny L Doling    JD@jdl.law, dolingjr92080@notify.bestcase.com
Brandon J Iskander    biskander@shulmanbastian.com, avernon@shulmanbastian.com
Nicholas A Koffroth    nick.koffroth@dentons.com, chris.omeara@dentons.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/28/20, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott H. Yun
United States Bankruptcy Court
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

Courtesy Copy:
Rodric Pacheco, Esq.
Pacheco & Neach PC
3 Park Plaza, Suite 120
Irvine, CA 92614-2588

Courtesy Copy:
Laurence R. Phillips, Esq.
Mike Nolan, Esq.
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
12544 High Bluff Drive, Suite 300
San Diego, CA 92130

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/28/20, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/28/20 | LAURIE VERSTEGEN | /s/ *Laurie Verstegen* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**