Lynda T Bui, Trustee
3550 Vine Street, Suite 210
Riverside, CA 92507
Telephone:   (949) 340-3400
Facsimile:   (949) 340-3000
Email: Trustee.Bui@shulmanbastian.com

Chapter 7 Trustee

**FILED & ENTERED**

**APR 22 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Mason      **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**URBAN LOGIC CONSULTANTS, INC.**<br><br>                    Debtor. | Case No.  6:19-bk-13367-SY<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION RESOLVING CLAIM OF WESTERN RIVERSIDE COUNSEL OF GOVERNMENTS/CITY OF BEAUMONT** |

The court having reviewed the Stipulation Resolving Claim of Western Riverside Counsel of Governments/City of Beaumont [Dkt. No. 124] ("Stipulation") filed on April 15, 2022, and good cause appearing,

///

///

///

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claim 4-1 is allowed in the amount of $23,000 as a general unsecured claim pursuant to the terms set forth in the Stipulation.

3. Claim No. 5-1 is allowed in the amount of $0 pursuant to the terms set forth in the Stipulation.

###

Date: April 22, 2022

Scott H. Yun
United States Bankruptcy Judge