**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Riverside DIVISION**

In re: URBAN LOGIC CONSULTANTS, INC.   §   Case No. 6:19-bk-13367-SY
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Lynda Bui, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $884,144.52 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $24,263.34 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $50,736.66 | | |

3) Total gross receipts of $75,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $75,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $53,607.57 | $50,736.66 | $50,736.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $840.73 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $375,521.00 | $46,422.61 | $46,422.61 | $24,263.34 |
| **TOTAL DISBURSEMENTS** | $375,521.00 | $100,870.91 | $97,159.27 | $75,000.00 |

4) This case was originally filed under chapter 7 on 04/22/2019.  The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2023        By: /s/ Lynda Bui
                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R Over 90 days old. Face amount = $880,000.00. Doubtful/Uncollectible accounts = $0.00. | 1121-000 | $75,000.00 |
| TOTAL GROSS RECEIPTS | | $75,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lynda Bui | 2100-000 | NA | $7,000.00 | $7,000.00 | $7,000.00 |
| Trustee, Expenses - Lynda Bui | 2200-000 | NA | $404.60 | $404.60 | $404.60 |
| Attorney for Trustee Fees - Shulman Bastian Friedman & Bui LLP | 3110-000 | NA | $29,792.50 | $27,957.04 | $27,957.04 |
| Attorney for Trustee, Expenses - Shulman Bastian Friedman & Bui LLP | 3120-000 | NA | $636.75 | $636.75 | $636.75 |
| Bond Payments - BOND | 2300-000 | NA | $194.27 | $194.27 | $194.27 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $2,161.10 | $2,161.10 | $2,161.10 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2820-000 | NA | $800.00 | $1,600.00 | $1,600.00 |
| Accountant for Trustee Fees (Other Firm) - Grobstein Teeple Financial Advisory Services, LLP | 3410-000 | NA | $12,596.00 | $10,760.55 | $10,760.55 |
| Accountant for Trustee Expenses (Other Firm) - Grobstein Teeple Financial Advisory Services, LLP | 3420-000 | NA | $22.35 | $22.35 | $22.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $53,607.57 | $50,736.66 | $50,736.66 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $840.73 | $0.00 | $0.00 |
| N/F | California Department of Tax and* | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Employment Development | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service* | 5800-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$840.73** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Southern California Edison Company | 7100-000 | $465.00 | $422.61 | $422.61 | $220.88 |
| 3-2 | TorCal, LLC | 7100-000 | $309,554.00 | $23,000.00 | $23,000.00 | $12,021.23 |
| 4 | Western Riverside Counsel of Governments | 7100-000 | $0.00 | $23,000.00 | $23,000.00 | $12,021.23 |
| 5 | City of Beaumont | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/F | Best Best & Krieger, LLP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | David Dillon c/o Kinsella Weitzman Iser Kump & | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Deepak Moorjani c/o Kinsella Weitzman Iser Kump & | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ernest A. Egger c/o Kinsella Weitzman Iser Kump & | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kieran McKiernan | 7100-000 | $15,994.00 | NA | NA | NA |
| N/F | Kinsella Weitzman Iser Kump & | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Procopio, Cory, Hargreaves and | 7100-000 | $49,121.00 | NA | NA | NA |
| N/F | Slovak Baron Empey | 7100-000 | $0.00 | NA | NA | NA |
| N/F | The Hartford | 7100-000 | $387.00 | NA | NA | NA |
| N/F | Werksman Jackson Hathaway & | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$375,521.00** | **$46,422.61** | **$46,422.61** | **$24,263.34** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 6:19-bk-13367-SY  
**Case Name:** URBAN LOGIC CONSULTANTS, INC.  
**For Period Ending:** 02/08/2023

**Trustee Name:** (001150) Lynda Bui  
**Date Filed (f) or Converted (c):** 04/22/2019 (f)  
**§ 341(a) Meeting Date:** 05/30/2019  
**Claims Bar Date:** 11/04/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account Account at Union Bank, xxxxxx4691<br>Burdensome and of inconsequential value to the estate. | 144.52 | 0.00 | | 0.00 | FA |
| 2 | A/R Over 90 days old. Face amount = $880,000.00. Doubtful/Uncollectible accounts = $0.00. | 880,000.00 | 25,000.00 | | 75,000.00 | FA |
| 3 | Miscellaneous Office Furniture - Nominal value, if any..<br>Burdensome and of inconsequential value to the estate. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Miscellaneous computers and laptops - Nominal value, if any..<br>Burdensome and of inconsequential value to the estate. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 2013 Dodge Ram 1500 - Mileage: 147,000 Market Value - $5,000.00 20% costs of sale & storage - $1,000.00 Net Value-$4,000.00 Appraisal by Bidlane. Valuation Method: Appraisal<br>Burdensome and of inconsequential value to the estate. | 4,000.00 | 0.00 | | 0.00 | FA |
| 6 | Complaint against City of Beaumont - Case number: RIC1707201-0001 Cross-Complainant, City of Beaument vs. Cross-Defendant, Urban Logic Consultants, Inc., David Dillion, Ernest Egger, & Deepak Moorjani - Case number: RIC1707201-0002 Western Riverside Council of Governments vs. Urban Logic Consultants, inc., David Dillion, Ernest Egger, & Deepak Moorjani - Case number: RIC1712042-0001 Cross-Complainant, Urgan Logic Consultants, Inc. vs. Cross-Defendants, David Dillion, Ernest Egger, & Deepak Moorjani - Case number: RIC1712042-0002 (Debtor's attorney, Procopio Cory Hargreaves & Savitch, LLP, 525 B. Steet, Suite 2200, San Diego, CA 92101, (619) 238-2900)., Breach of Contract; Reasonable Value; Promissory Estoppel. Amount Requested: $880,000.00<br>The potential assets in this lawsuit are (1) collection of the AR, which is scheduled as asset 2, and being sold, and (2) claim for indemnity (which the Trustee had her general counsel examined and determined that it is not valuable.<br>This is fully administered, see Asset No. 2. | 880,000.00 | 0.00 | | 0.00 | FA |
| 7 | Potential Avoidance Claims against third parties (u)<br>The Trustee has investigated and has determined there are no avoidance actions. | 0.00 | 250,000.00 | | 0.00 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$1,764,144.52** | **$275,000.00** | | **$75,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| | |
|---|---|
| **Case No.:** 6:19-bk-13367-SY | **Trustee Name:** (001150) Lynda Bui |
| **Case Name:** URBAN LOGIC CONSULTANTS, INC. | **Date Filed (f) or Converted (c):** 04/22/2019 (f) |
| | **§ 341(a) Meeting Date:** 05/30/2019 |
| **For Period Ending:** 02/08/2023 | **Claims Bar Date:** 11/04/2019 |

**Major Activities Affecting Case Closing:**

12.31.21 Status: All issues are resolved. The Trustee anticipates submitting the TFR on or before the projected date.

09.30.21 Status: The Trustee is negotiating with Torcal regarding their claim. Once resolved, the Trustee will prepare and submit the TFR.

06.30.21 Status: The Trustee and her accountant have determined there are no additional assets. The accountant is preparing the estate's final tax returns. The Trustee will negotiate a potential resolution of the claim Torcal has filed.

03.31.21 Status: Accountant completed initial review and there may be some claims. Trustee is investigating to determine if worth pursuing and if targeted defendants have means to respond to a judgment if she pursues and prevails.

12.31.20 Status: State court indemnity claims dismissed. Accountant needed additional documents so Trustee subpoenaed records from Union Bank. Once obtained, Trustee will provide to accountant to continue to review for possible avoidance claims.

09.30.20 Status: The Trustee is awaiting the analysis from the accountant regarding potential avoidance actions. 2019 consolidated tax returns are being prepared.

06.30.20 Status: The court overruled Hashiman's objection to the Firm's employment in the case and Hashiman has since filed a motion to dismiss his appeal. The Accountant is reviewing financial records for potential avoidance actions.

03.31.20 Status: Trustee sold the AR and after overbids will be receiving $75,000. The Trustee is still investigating potential avoidance claims.

12.31.19 Status: The Trustee believes the City is willing to purchase the AR for $25,000 subject to overbids. The Trustee is still investigating other potential assets discussed below.

09.30.19 Status: The potential asset in this case is the AR against the City, which the City claimed is subject to setoff rights. Notwithstanding, the Trustee is working on possibly selling the AR. The other potential assets relate to claims between the Debtor, WRCOG, the City and Debtor's parent co., TorCal.

GENERAL
03/01/22 TFR filed - Hearing 03/31/22 at 9:30 a.m.
10/19/21 ORDER Approving Stipulation Between the Trustee and Torcal, LLC for Allowance of Claim #3-1 in Reduced Amount
06/30/20 Order granting Trustee's Application to Employ Shulman Bastian Friedman & Bui LLP
06/11/20 Notice of Hearing on Trustee's Application to Employ Shulman Bastian Friedman & Bui LLP a
05/07/20 Application to Employ Shulman Bastian Friedman & Bui LLP as General Counsel
04/15/20 Order entered Granting/Approving Motion For Sale of Property under Section 363(b)
03/19/20 Objection to Motion for Sale of Property of the Estate filed by Interested Party Emil Hashiman
03/04/20 Order entered Granting/Approving Stipulation/Motion among the Chapter 7 Trustee, the Debtor and City of Beaumont regarding Debtor's Records located in storage and at Procopio
02/05/20 Trustee's Motion for Order: (1) Approving the Sale of the Estate's Interest in the Debtor's Accounts Receivable
02/05/20 Stipulation By Trustee, Debtor and City of Beaumont Regarding Debtor's Records Located in Storage and at Procopio
09/25/19 Order Granting/Approving Chapter 7 Trustee's Application to Employ Grobstein Teeple LLP as Accountants
08/01/19 Application to Employ Grobstein Teeple LLP as Accountant
08/01/19 Notice of Assets filed by Trustee

PROFESSIONALS

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 3

**Case No.:** 6:19-bk-13367-SY  
**Case Name:** URBAN LOGIC CONSULTANTS, INC.  
**For Period Ending:** 02/08/2023

**Trustee Name:** (001150) Lynda Bui  
**Date Filed (f) or Converted (c):** 04/22/2019 (f)  
**§ 341(a) Meeting Date:** 05/30/2019  
**Claims Bar Date:** 11/04/2019

Accountant: Grobstein Teeple, LLP  
General Counsel: Shulman Bastian Friedman & Bui LLP

LITIGATION  
N/A

INSURANCE  
N/A

TAX STATUS  
Pro Forma 2019 and 2020 final tax returns have been prepared and turned over to the non-debtor consolidating entity's counsel for their inclusion in their filed income tax returns.

CLAIMS STATUS  
Proofs of Claims due by 11/4/19. Government Proof of Claim due by 10/21/19. The Trustee has reviewed claims.

CLOSING  
The Trustee anticipates submitting the TFR on or before the projected date.

**Initial Projected Date Of Final Report (TFR):** 04/22/2022

**Current Projected Date Of Final Report (TFR):** 01/11/2022 (Actual)

02/08/2023  
Date

/s/Lynda Bui  
Lynda Bui

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 6:19-bk-13367-SY | Trustee Name: | Lynda Bui (001150) |
|---|---|---|---|
| Case Name: | URBAN LOGIC CONSULTANTS, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7164 | Account #: | ******3394 Checking |
| For Period Ending: | 02/08/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/29/20 | {2} | City of Beaumont | Payment per Order entered 4/15/20 DK 66 | 1121-000 | 75,000.00 | | 75,000.00 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 74,995.00 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 115.87 | 74,879.13 |
| 06/09/20 | 101 | INTERNATIONAL SURETIES, LTD | Bond No. 016030866 Effective 5/28/20 | 2300-000 | | 3.08 | 74,876.05 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 127.65 | 74,748.40 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 123.45 | 74,624.95 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 115.30 | 74,509.65 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 127.04 | 74,382.61 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 118.89 | 74,263.72 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 114.74 | 74,148.98 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 130.37 | 74,018.61 |
| 01/22/21 | 102 | INTERNATIONAL SURETIES, LTD | Bond # 016229732 | 2300-000 | | 191.19 | 73,827.42 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 114.66 | 73,712.76 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 110.30 | 73,602.46 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 129.75 | 73,472.71 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 117.75 | 73,354.96 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 109.72 | 73,245.24 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 129.13 | 73,116.11 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 117.18 | 72,998.93 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 124.79 | 72,874.14 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 116.79 | 72,757.35 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 112.72 | 72,644.63 |
| 05/16/22 | 103 | Lynda Bui | Distribution payment - Dividend paid at 100.00% of $7,000.00; Claim # FEE; Filed: $7,000.00 | 2100-000 | | 7,000.00 | 65,644.63 |
| 05/16/22 | 104 | Lynda Bui | Distribution payment - Dividend paid at 100.00% of $404.60; Claim # TE; Filed: $404.60 | 2200-000 | | 404.60 | 65,240.03 |
| 05/16/22 | 105 | Shulman Bastian Friedman & Bui LLP | Distribution payment - Dividend paid at 100.00% of $27,957.04; Claim # ; Filed: $29,792.50 | 3110-000 | | 27,957.04 | 37,282.99 |

Page Subtotals:    $75,000.00    $37,717.01

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 6:19-bk-13367-SY | Trustee Name: | Lynda Bui (001150) |
|---|---|---|---|
| Case Name: | URBAN LOGIC CONSULTANTS, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7164 | Account #: | ******3394 Checking |
| For Period Ending: | 02/08/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/16/22 | 106 | Grobstein Teeple Financial Advisory Services, LLP | Distribution payment - Dividend paid at 100.00% of $10,760.55; Claim # ; Filed: $12,596.00 | 3410-000 | | 10,760.55 | 26,522.44 |
| 05/16/22 | 107 | Shulman Bastian Friedman & Bui LLP | Distribution payment - Dividend paid at 100.00% of $636.75; Claim # ; Filed: $636.75 | 3120-000 | | 636.75 | 25,885.69 |
| 05/16/22 | 108 | Grobstein Teeple Financial Advisory Services, LLP | Distribution payment - Dividend paid at 100.00% of $22.35; Claim # ; Filed: $22.35 | 3420-000 | | 22.35 | 25,863.34 |
| 05/16/22 | 109 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | Distribution payment - Dividend paid at 100.00% of $1,600.00; Claim # 6; Filed: $800.00 | 2820-000 | | 1,600.00 | 24,263.34 |
| 05/16/22 | 110 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 100.00% of $840.73; Claim # 2; Filed: $840.73 | 5800-000 | | 840.73 | 23,422.61 |
| 05/16/22 | 111 | Southern California Edison Company | Distribution payment - Dividend paid at 50.46% of $422.61; Claim # 1; Filed: $422.61 | 7100-000 | | 213.23 | 23,209.38 |
| 05/16/22 | 112 | TorCal, LLC | Distribution payment - Dividend paid at 50.46% of $23,000.00; Claim # 3-2; Filed: $23,000.00 | 7100-000 | | 11,604.69 | 11,604.69 |
| 05/16/22 | 113 | Western Riverside Counsel of Governments c/o Caroline R. Djang Best Best & Krieger LLP | Distribution payment - Dividend paid at 50.46% of $23,000.00; Claim # 4; Filed: $23,000.00 | 7100-000 | | 11,604.69 | 0.00 |
| 10/10/22 | | State of California | State Tax Refund 12/2019 - Overpayment | 5800-000 | | -840.73 | 840.73 |
| 10/24/22 | 114 | Southern California Edison Company | Distribution payment - Dividend paid at 1.81% of $422.61; Claim # 1; Filed: $422.61 | 7100-000 | | 7.65 | 833.08 |
| 10/24/22 | 115 | TorCal, LLC | Distribution payment - Dividend paid at 1.81% of $23,000.00; Claim # 3-2; Filed: $23,000.00 | 7100-000 | | 416.54 | 416.54 |
| 10/24/22 | 116 | Western Riverside Counsel of Governments | Distribution payment - Dividend paid at 1.81% of $23,000.00; Claim # 4; Filed: $23,000.00 Stopped on 01/06/2023 | 7100-005 | | 416.54 | 0.00 |
| 01/06/23 | 116 | Western Riverside Counsel of Governments | Distribution payment - Dividend paid at 1.81% of $23,000.00; Claim # 4; Filed: $23,000.00 Stopped: check issued on 10/24/2022 | 7100-005 | | -416.54 | 416.54 |
| 01/11/23 | | Transfer Debit to TriState Capital Bank acct XXXXXX3124 | Transition Debit to TriState Capital Bank acct XXXXXX3124 | 9999-000 | | 416.54 | 0.00 |
| | | COLUMN TOTALS | | | 75,000.00 | 75,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 416.54 | |
| | | Subtotal | | | 75,000.00 | 74,583.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $75,000.00 | $74,583.46 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 6:19-bk-13367-SY | Trustee Name: | Lynda Bui (001150) |
|---|---|---|---|
| Case Name: | URBAN LOGIC CONSULTANTS, INC. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***7164 | Account #: | ******3124 Checking Account |
| For Period Ending: | 02/08/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/11/23 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX3394 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX3394 | 9999-000 | 416.54 | | 416.54 |
| 01/13/23 | 1000 | Western Riverside Counsel of Governments | 2nd Distribution payment - Dividend paid at 1.81% of $23,000.00; Claim # 4; Order entered 05/14/22 DK 131 | 7100-000 | | 416.54 | 0.00 |
| | | COLUMN TOTALS | | | 416.54 | 416.54 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 416.54 | 0.00 | |
| | | Subtotal | | | 0.00 | 416.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $416.54 | |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 4

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 6:19-bk-13367-SY | **Trustee Name:** | Lynda Bui (001150) |
| **Case Name:** | URBAN LOGIC CONSULTANTS, INC. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***7164 | **Account #:** | ******3124 Checking Account |
| **For Period Ending:** | 02/08/2023 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $75,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $75,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3394 Checking | $75,000.00 | $74,583.46 | $0.00 |
| ******3124 Checking Account | $0.00 | $416.54 | $0.00 |
| | **$75,000.00** | **$75,000.00** | **$0.00** |

02/08/2023  
Date

/s/Lynda Bui  
Lynda Bui

UST Form 101-7-TDR (10 /1/2010)